1  KARIN G. PAGNANELLI (SBN 174763)
      kgp@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile:  (310) 312-3100

5  IAN J. BLOCK (*pending pro hac vice*)
      iblock@nge.com
6  ANDREA S. FUELLEMAN (*pending pro hac vice*)
      afuelleman@nge.com
7  KARA C. MICHELS (*pending pro hac vice*)
      kmichels@nge.com
8  NEAL, GERBER & EISENBERG LLP
   Two North LaSalle Street, Suite 1700
9  Chicago, IL  60602-3801
   Telephone: (312) 269-8000
10  Facsimile:  (312) 269-1747

11  Attorneys for Plaintiffs Amorepacific Corporation
    and Amorepacific US, Inc.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15  AMOREPACIFIC CORPORATION         Case No.  2:23-cv-08749
16  AND AMOREPACIFIC US, INC.,

17              Plaintiffs,
                                      **COMPLAINT FOR INJUNCTIVE
18  v.                                RELIEF AND DAMAGES**

19  SUNSHINE MALL
    D/B/A SM KOREA BEAUTY
20  AND TAE WOONG KIM,                **DEMAND FOR JURY TRIAL**

21              Defendants.

22

23

24

25

26

27

28

Plaintiffs Amorepacific Corporation and Amorepacific US, Inc., for their Complaint against Defendants Sunshine Mall d/b/a SM Korea Beauty and Tae Woong Kim, allege as follows:

## **THE PARTIES**

1.      Plaintiff Amorepacific Corporation is a corporation organized under the laws of the Republic of Korea.  Amorepacific maintains its principal place of business at 100, Hangang daero, Yongsan gu, Seoul, Republic of Korea 04386.

2.      Plaintiff Amorepacific US, Inc. ("Amorepacific US") is a corporation organized under the laws of New York.  Amorepacific US maintains its principal place of business at 1407 Broadway, Suite 210, New York, New York 10018.

3.      Unless specifically identified, Plaintiff Amorepacific Corporation and Plaintiff Amorepacific US are referred to collectively herein as "Plaintiffs."

4.      On information and belief, Defendant Sunshine Mall d/b/a SM Korea Beauty ("SM Korea Beauty") is a corporation organized under the laws of California that maintains places of business at 6950 Aragon Circle, Suite 2, Buena Park, California 90620 and 3300 West 6th Street, Suite 5, Los Angeles, California 90020.

5.      On information and belief, Defendant Tae Woong Kim ("Kim") is an individual residing and doing business in Los Angeles, California.  On information and belief, Defendant Kim is the founder, CEO, CFO, director, and registered agent of Defendant SM Korea Beauty, and he is responsible for directing the infringing activities set out in this Complaint.  On information and belief Defendant maintains a professional address at 6950 Aragon Circle, Suite 2, Buena Park, California 90620, which is identified in California Secretary of State records as his address in his capacity as SM Korea Beauty's registered agent.

6.      Unless specifically identified, Defendant SM Korea Beauty and Defendant Kim are referred to collectively herein as "Defendants."

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 2 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

**JURISDICTION AND VENUE**

7.     This is an action arising in part under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*; the Copyright Act, 17 U.S.C. §§ 101, *et seq.*; and California statutory and common law.

8.     This Court has jurisdiction because (1) this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051, *et seq.* (the Lanham Act), and the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, jurisdiction being conferred pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b); and (2) this is a civil action between citizens of California on one side (Defendants) and a citizen of the Republic of Korea and a citizen of New York on the other side (Plaintiffs), in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332.  Jurisdiction for the claims made under California state law is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

9.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) in that Defendants reside in this judicial district and a substantial part of the activities giving rise to the claims alleged herein occurred in this District.

**NATURE OF THE CASE**

10.     This is an action for trademark infringement, unfair competition, copyright infringement, interference with contractual relations, and breach of contract under federal law and California statutory and common law, which Plaintiffs bring to protect some of its most valuable assets, namely, the goodwill and consumer recognition associated with Amorepacific Corporation's federally registered AMOREPACIFIC company name and various product-line names and marks.  In addition to AMOREPACIFIC, these marks include the brands that Defendants are infringing: SULWHASOO, LANEIGE, HANYUL, HERA, IOPE, and MAMONDE.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 3 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

Collectively, all of Amorepacific Corporation's asserted marks are referred to herein as the "Amorepacific Marks."[1]  For many years, Plaintiffs have continuously used and extensively promoted the Amorepacific Marks in connection with a range of cosmetics products, which are exceedingly popular.  Amorepacific Corporation is one of the world's leading cosmetics companies.  Amorepacific US is a subsidiary of Amorepacific Corporation and is the authorized distributor for the Amorepacific Products that are sold in the United States under the Amorepacific Marks.  Amorepacific US enters into distribution agreements with U.S. retailers for the sale of these products in the United States.

11.    Defendant SM Korea Beauty is cosmetics retailer based in the Los Angeles area.  Defendant Kim is SM Korea Beauty's owner, director, and manager.  On information and belief, Kim directs and is personally involved in SM Korea Beauty's activities accused in this Complaint.

12.    As described more fully below, without Plaintiffs' authorization or consent and with full knowledge and willful disregard of Amorepacific Corporation's longstanding rights in its federally registered Amorepacific Marks, Defendants have been selling unauthorized versions of Plaintiffs' cosmetics products that are not intended or approved for use or sale in the United States.  These products have numerous material differences from Plaintiffs' authorized U.S. versions.  Defendants' promotion and sales of these unauthorized products are likely to create confusion among consumers – who are likely to believe that Defendants' unauthorized products are approved by Plaintiffs for sale in the United States – in violation of Plaintiffs' rights.

13.    The false impression of association, affiliation, and approval that Defendants intentionally seek to foster is amplified by Defendants' unauthorized and

---

[1]  The Amorepacific Marks also include other of Amorepacific Corporation's registered marks, such as its cosmetics brands ARITAUM, HAPPY BATH, MISE EN SCENE, RYO, and PRIMERA.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 4 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

infringing use of copies and modified versions of Plaintiffs' advertising materials to promote these unauthorized products.

14.     Worse yet, Defendants have repeatedly recognized the impropriety of their actions, but continue to promote and sell the unauthorized products today over Plaintiffs' repeated objections.  Indeed, Defendant Kim signed an agreement not to sell these products, and Defendants had removed the offending products, for a time, from SM Korea Beauty's website in response to Plaintiffs' requests.

15.     Defendants' activities harm Plaintiffs, their customers, the goodwill in the Amorepacific Marks, and Plaintiffs' contractual relationships with their authorized U.S. distribution partners.  Defendants' activities must be stopped. Plaintiffs accordingly brings this action to protect Amorepacific Corporation's valuable federally registered Amorepacific Marks, to ensure the safety of Plaintiffs' customers, and to prevent substantial consumer confusion as well as the inevitable damages and irreparable harm Plaintiffs will suffer as a result of Defendants' actions.

## **FACTS**

### *Plaintiffs' Domestic Products and Well-Known, Registered Trademarks*

16.     Amorepacific Corporation is engaged in the manufacture, distribution, sale, and marketing of a range of cosmetics products (collectively, "Amorepacific Products"), throughout the United States and in various other countries around the world.   Amorepacific US is the authorized distributor for the authorized Amorepacific Products that are imported into and sold in the United States under the Amorepacific Marks.  Amorepacific US enters into distribution agreements with U.S. retailers for the sale of these products in the United States.

17.     Since Amorepacific US was formed in 1978 and entering the U.S. market thereafter, the Amorepacific Products have achieved enormous success through extensive marketing and promotional efforts.  Amorepacific Corporation is among the world's largest cosmetics companies by revenue – over $3 billion in

Neal, Gerber &
Eisenberg LLP
Attorneys At Law
Chicago

- 5 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

worldwide sales in 2022 – is a leader in the K-beauty segment of the U.S. and worldwide industry.  Driven by strong and growing U.S. performance, particularly of its Sulwhasoo and Laneige product lines, Amorepacific Corporation had sales of over $130 million in North America in 2022.

18.    Since long prior to Defendants' acts complained of herein, Plaintiffs have made continuous use of the Amorepacific Marks in the United States on and in connection with authorized Amorepacific Products intended for distribution and sale in the United States.

19.    Amorepacific Corporation owns, among many others, the following federal trademark registrations issued by the United States Patent and Trademark Office for the Amorepacific Marks for use on and in connection with its Amorepacific Products:

| Mark (Reg. No.) | Reg. Date | Goods |
| --- | --- | --- |
| AMOREPACIFIC (Reg. No. 2813604) | Feb. 10, 2004 | Class 3: Skin milk lotions; skin fresheners; perfumes; nourishing creams; make-up bases, cleansing creams; massage creams; eye shadows; lipsticks; cosmetic soaps; body cleansers; powder foundation; mascaras; facial masks; essential skin moisturizers; eau de toilettes; hair shampoos; eyebrow pencils; skin cleansing foam; foundation creams |
| AMOREPACIFIC (Reg. No. 4810560) | Sept. 15, 2015 | Class 3: Cosmetics; perfumes; beauty masks; hair shampoos; dentifrices; liquid bath soaps |
| SULWHASOO (Reg. No. 3962642) | May 17, 2011 | Class 3: Skin lotions, foundation creams, eye creams; cosmetic nourishing creams; cosmetic skin fresheners; make-up powder; cosmetics; cosmetic creams for skin care |

| **Mark (Reg. No.)** | **Reg. Date** | **Goods** |
|---|---|---|
| LANEIGE (Reg. No. 2110811) | Nov. 4, 1997 | Class 3: Cosmetic lotions and cosmetic creams for the skin, face, and body; face powder, make-up foundation, eye shadow, face color, mascara, lipstick, eye pencils and make-up powder |
| HANYUL (Reg. No. 4965227) | May 24, 2016 | Class 3: Cosmetics; cosmetic preparations for skin care; make-up; non-medicated balms for use on skin; lipsticks |
| HERA (Reg. No. 2370737) | July 25, 2000 | Class 3: Eye shadow; toilet water; cosmetic creams for skin, face and body; lipstick; lotion for cosmetic purposes, namely, skin lotion; makeup powder sold in compact; soap for cosmetic purposes; and, skin cleansing creams for cosmetic purposes |
| IOPE (Reg. No. 2297281) | Dec. 7, 1999 | Class 3: Cosmetics, namely, skin lotions, massage creams, skin cleansing creams, essential oils, lipsticks, mascara, eye shadow, face powder, make-up foundation, cosmetic creams for the skin, face and body |
| MAMONDE (Reg. No. 4377629) | July 30, 2013 | Class 3: Cosmetics; cosmetic preparations for bath and shower; hair care lotions; cleaning preparations |

20.     Each of the U.S. trademark registrations listed above is valid, subsisting, and incontestable, thereby constituting conclusive evidence of Amorepacific Corporation's exclusive right to use the Amorepacific Marks for the goods specified in the registrations.   15 U.S.C. §§ 1065, 1115(b).   Copies of the registration certificates for these representative U.S. trademark registrations are attached as **Exhibit A** hereto.

21.    Plaintiffs have spent millions of dollars advertising and promoting the Amorepacific Products and Amorepacific Marks in the United States.  For example, from 2018 to 2022, Amorepacific US spent over $65 million advertising and promoting Amorepacific Products branded with the Amorepacific Marks in the United States.  This includes over $24 million in such advertising in 2022 alone.

22.    Plaintiffs advertise the Amorepacific Products featuring the Amorepacific Marks in the United States through various means, including electronic media (*e.g.*, its U.S. corporate and brand websites, on social media, and in online videos), print media, and other promotional and point of sale materials (*e.g.*, in-store displays, billboards, and events).  In addition, Plaintiffs promote the Amorepacific Marks in connection with affiliations with brand ambassadors, such as the singer Rosé from the exceedingly popular K-pop music group BLACKPINK and the actress Tilda Swinton.  Moreover, Plaintiffs' brands are exceedingly popular among consumers in the United States, as evidenced, for example, by the approximately 1 million likes received by Amorepacific US's Facebook account for the U.S. Sulwhasoo handle (https://www.facebook.com/sulwhasoo.us/).

23.    Plaintiffs tightly control the supply channels for their authorized U.S. products in the United States.  Amorepacific US is the exclusive distributor and licensee with Amorepacific Corporation for such sales in the United States, and Amorepacific US has entered into various agreements with distributors and other licensees that are authorized to sell U.S. versions of its Amorepacific Products in the United States.  These include retailers, such as department stores and Sephora, as well as Amorepacific US's licensee Aritaum's brick-and-mortar stores across the United States (https://us.aritaum.com/apps/store-locator).

24.    As a result of Plaintiffs' extensive sales, promotion, and advertising of the Amorepacific Products, the Amorepacific Marks are exceedingly valuable assets to Amorepacific Corporation and represent extraordinarily valuable goodwill to the company and its subsidiaries.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 8 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

*Plaintiffs' Foreign Products Intended for Sale in Foreign Markets*

25.     In addition to its promotion, distribution, and sales of authorized Amorepacific Products in the United States through Amorepacific US and authorized U.S. distribution channels, Amorepacific Corporation also is engaged in the manufacture, promotion, distribution, and sale of cosmetics bearing the Amorepacific Marks that are only authorized for sale in specific *foreign* countries or regions ("Gray Market Amorepacific Products").

26.     Gray Market Amorepacific Products are tailored to specific geographic regions or countries (such as South Korea, China, the European Union, etc.) to reflect differences in language, permitted ingredients, and government regulations (including requirements for labeling and packaging), among other things.

27.     Plaintiffs, either directly or through distributors or agents acting under contract, strive to maintain the quality and safety associated with products bearing the Amorepacific Marks within each particular region or country for which they are authorized.

28.     Gray Market Amorepacific Products are not authorized or intended for export from their intended region or country.  Gray Market Amorepacific Products are not authorized for importation in the United States or for sale, marketing, or distribution in the United States.

*SM Korea Beauty's Unauthorized Promotion and Sales*
*of Gray Market Amorepacific Products*

29.     Upon information and belief, SM Korea Beauty imports, promotes, distributes, and sells Gray Market Amorepacific Products that are intended for sale in South Korea and/or China, and are not authorized for sale in the United States.

30.     The unauthorized Gray Market Amorepacific Products that SM Korea Beauty sells within the United States are materially different in many respects from the Amorepacific Products that are authorized for sale in the United States through Plaintiffs' authorized U.S. distribution channels.  For example, and without

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 9 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

limitation, the Gray Market Amorepacific Products that SM Korea Beauty sells in the United States may include at least the following material differences:

a. The specific compositions and formulations of Plaintiffs' authorized U.S. products and Defendants' unauthorized Gray Market Amorepacific Products can differ. Upon information and belief, certain ingredients included in Defendants' unauthorized Gray Market Amorepacific Products are not expressly authorized by U.S. Food and Drug Administration's requirements for ingredients that may be included in authorized products sold in the United States.

b. Upon information and belief, the packaging and labeling for Defendants' unauthorized Gray Market Amorepacific Products are not intended to conform to U.S. legal and regulatory requirements, including with respect to FDA labeling requirements and, in some instances, U.S. advertising law under the Lanham Act, 15 U.S.C. § 1051, *et. seq*.

c. Gray Market Amorepacific Products oftentimes are not required to include English-language business information, ingredient lists, and directions for use. If Gray Market Amorepacific Products without such information in English (or at all) are sold in the United States, they can pose dangers to consumers of these products. For example, a U.S. consumer could inadvertently use one of the unauthorized Gray Market Amorepacific Products that contains ingredients to which the consumer is allergic if the consumer is unable to read the product's ingredients. Furthermore, Gray Market Amorepacific Products do not identify Amorepacific US as the authorized U.S. distributor of these products, meaning that consumers will not know to contact the company if any issues arise with these products.

d. Unauthorized Gray Market Amorepacific Products do not travel through Plaintiffs' authorized supply chains and therefore are not subject to Plaintiffs' quality control standards for transporting authorized products in a manner that ensures that products are shipped at proper temperatures to prevent degradation of products' chemical compositions.

Neal, Gerber &
Eisenberg LLP
Attorneys At Law
Chicago

- 10 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

e.  Unauthorized Gray Market Amorepacific Products do not travel through Plaintiffs' authorized supply chains and therefore are not subject to Plaintiffs' quality control standards for transporting authorized products in a manner that ensures the outer packaging does not get nicks, dents, and scratches that may result in products that look to be inferior and may also result in leakage inner bottles or containers.

f.  Consumers who purchase unauthorized Gray Market Amorepacific Products are likely to be confused and disappointed when they learn that there is no actionable warranty in the United States on those products and that such products are not eligible to be returned to Amorepacific US under the company's refund policy.

g.  Because the unauthorized Gray Market Amorepacific Products are imported and sold outside of Plaintiffs' authorized – and optimized – distribution channels, they likely take longer to reach end consumers, resulting in consumers receiving either nearly expired or expired (and thus potentially ineffective) products.

In these ways, among others, SM Korea Beauty's unauthorized sales of materially different foreign products to U.S. consumers are likely to confuse and disappoint them, and could even cause them physical injury.

31.  Consumers buying from SM Korea Beauty are likely to believe – mistakenly – that the products SM Korea Beauty sells under the Amorepacific Marks are authorized for sale in the United States and/or that SM Korea Beauty's sales are somehow endorsed or approved by Plaintiffs, even though that is not the case.

32.  SM Korea Beauty's actions also harm Plaintiffs by undermining the goodwill in Plaintiffs' brands as a result of consumer confusion SM Korea Beauty's unauthorized products create, and by potentially exposing Plaintiffs to legal and regulatory liability from the existence of potentially non-conforming Gray Market Amorepacific Products in the U.S. marketplace.

33.  Furthermore, SM Korea Beauty's diversion of sales from Amorepacific's authorized U.S. distribution channels undermines Plaintiffs'

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 11 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

relationships with their legitimate U.S. distributors and licensees, causing yet further damage.

34.     Worse yet, SM Korea Beauty promotes and has promoted Gray Market Amorepacific Products to U.S. consumers in multiple ways that are likely to lead consumers believe that Plaintiffs approve these unauthorized products.  This includes using copies and modified versions of Amorepacific Corporation's copyrighted advertising materials on SM Korea Beauty's website (https://smkoreabeauty.com/), in print advertising, in electronic mailers, on social media, on in-store advertisements, and through direct outreach to U.S. consumers by text message.  Representative examples of these unauthorized uses are attached as **Exhibit B** hereto.  SM Korea Beauty's unauthorized copying includes copying of Amorepacific Corporation's copyrighted advertising materials featuring its brand ambassadors Rosé from the K-pop music group BLACKPINK and the actress Tilda Swinton, as well as copyrighted advertising photographs of Amorepacific Products (collectively, the "Copyrighted Works").  Representative examples of the Copyrighted Works are attached as **Exhibit C** hereto.

35.     SM Korea Beauty does not own any rights to use or to modify Amorepacific's advertisements, particularly in connection with its unauthorized promotion and sale of unauthorized Gray Market Amorepacific Products.  SM Korea Beauty's use of Plaintiffs' own marketing materials to sell products bearing the Amorepacific Marks makes it all the more likely that U.S. consumers will believe that the Gray Market Amorepacific Products that SM Korea Beauty is offering are authorized products and/or that SM Korea Beauty is an authorized seller of Plaintiffs' Amorepacific Products, even though neither is the case.

36.     On information and belief, Defendant Kim has directed and been personally involved in SM Korea Beauty's various unauthorized and infringing activities accused in this lawsuit.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 12 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

***Defendant Kim's Agreement to Stop Selling***
***Unauthorized Gray Market Amorepacific Products***

37.     On March 30, 2020, Plaintiffs' counsel sent Defendants a cease-and-desist letter, in which Plaintiffs asserted Amorepacific Corporation's longstanding registered rights in the Amorepacific Marks; identified the numerous material differences between Plaintiffs' authorized U.S. products and the unauthorized Gray Market Amorepacific Products; explained that SM Korea Beauty's promotion and sales of the unauthorized Gray Market Amorepacific Products to U.S. consumers infringed Plaintiffs' rights; and demanded that Defendants stop promoting and selling any Amorepacific Products bearing any Amorepacific Marks.  The letter included signature blocks for Defendants to indicate their understanding of Plaintiffs' assertions and their agreement to comply with the demands set out in the letter.  A copy of Plaintiffs' March 30, 2020 letter is attached as **Exhibit D** hereto.

38.     On April 10, 2020, Defendant Kim returned the letter to Plaintiffs' counsel with his signed agreement (the "2020 Agreement").  A copy of Kim's signed 2020 Agreement is attached as **Exhibit E** hereto.

39.     Shortly thereafter, SM Korea Beauty removed listings for Gray Market Amorepacific Products from its retail website (https://smkoreabeauty.com/).

40.     Over time, however, SM Korea Beauty – on information and belief, at Kim's direction and with his personal involvement – reposted numerous listings for Gray Market Amorepacific Products, in violation of the 2020 Agreement.

41.     During 2020 and into 2021, SM Korea Beauty would remove listings for the Gray Market Amorepacific Products at Plaintiffs' request, thereby also recognizing that such sales were infringing and in violation of the 2020 Agreement.

42.     Thereafter, however, SM Korea Beauty stopped responding to Plaintiffs' enforcement correspondence and stopped removing the infringing product listings for Gray Market Amorepacific Products.

43.     Plaintiffs have raised SM Korea Beauty's continued unauthorized and infringing promotion and sales of the Gray Market Amorepacific Products and SM Korea Beauty's infringement of Amorepacific Corporation's copyrights in the Copyrighted Works on multiple occasions.  A copy of one such demand letter, sent on February 14, 2023, is attached as **Exhibit F** hereto.  Defendants did not respond to this letter, despite Plaintiffs' counsel's repeated follow up by phone and email.

44.     In light of SM Korea Beauty's refusal to remove its infringing listings for Gray Market Amorepacific Products from its website, Amorepacific Corporation was forced to take direct measures through Shopify, SM Korea Beauty's website host, requesting that Shopify remove the infringing listings.  On August 31, 2023, Shopify took down approximately 125 unauthorized listings for Gray Market Amorepacific Products from SM Korea Beauty's website.  These included scores of materially different gray market versions of Plaintiffs' Sulwhasoo, Hanyul, Hera, Iope, Laneige, and Mamonde products, many of which SM Korea Beauty had promoted in conjunction with infringing copies of the Copyrighted Works.

45.     Notwithstanding this vindication of Plaintiffs' rights, SM Korea Beauty listed yet another unauthorized Gray Market Amorepacific Product via what appeared to be a hidden link within a week of this takedown.  Amorepacific Corporation had Shopify remove that one as well.  Amorepacific Corporation has identified SM Korea Beauty as a repeat infringer to Shopify in light of SM Korea Beauty's repeated, knowing, and egregious conduct.

46.     Notwithstanding Amorepacific Corporation's repeated takedowns of products from SM Korea Beauty's website, SM Korea Beauty continues to post and offer new listings for Gray Market Amorepacific Products.  For example, attached as **Exhibit G** are printouts of two product listings on SM Korea Beauty's website for Laneige-brand Gray Market Amorepacific Products that, on information and belief, SM Korea Beauty posted *after* Amorepacific Corporation's takedowns in August and

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 14 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

September 2023.  These listings also make extensive unauthorized and infringing use of Amorepacific Corporation's Copyrighted Works, such as product photographs.

47.    Furthermore, even though Amorepacific Corporation secured the removal of scores of Sulwhasoo-brand Gray Market Amorepacific Products from SM Korea Beauty's website, SM Korea Beauty is still promoting and trying to sell these illegal and removed products on the site by soliciting phone orders for them.  For example, the Sulwhasoo brand "collection" page on SM Korea Beauty's website (https://smkoreabeauty.com/collections/sulwhasoo) that previously promoted listings for the removed Sulwhasoo products now directs consumers to order these unauthorized products by contacting SM Korea Beauty by phone, as follows:



A current printout of this webpage is attached as **Exhibit H** hereto.

48.    What is more, SM Korea Beauty blatantly continues to sell unauthorized Gray Market Amorepacific Products through its brick-and-mortar retail stores in this judicial district, displaying the Gray Market Amorepacific Products on its shelves and store windows.  Indeed, in approximately August or September 2023, SM Korea Beauty expanded its physical footprint by opening a new retail location in Los Angeles.  Below is a photograph, taken in September 2023, of the storefront of one of SM Korea Beauty's physical retail stores, in which SM Korea Beauty is

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 15 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

prominently promoting multiple Gray Market Amorepacific Products, including under Amorepacific Corporation's registered Sulwhasoo brand.



49. On September 27, 2023, Plaintiffs sent a final demand letter to Defendants, requiring – again – that SM Korea Beauty remove all Amorepacific Products bearing the Amorepacific Marks from its stores' shelves and stop selling and promoting such products entirely. A copy of Plaintiffs' September 27, 2023 letter is attached as **Exhibit I** hereto. Once again, Defendants did not respond.

50. Despite Plaintiffs' repeated, specific requests that these sales also stop, Defendant has continued to promote and sell unauthorized Gray Market Amorepacific Products from its physical stores. As recently as September 28 and

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 16 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

October 13, 2023, Amorepacific US representatives confirmed that SM Korea Beauty was actively selling multiple unauthorized Gray Market Amorepacific Products through its stores and elsewhere within this judicial district, including by using infringing copies of the Copyrighted Works to promote such sales. For example, the following photograph was taken on Friday, October 13, 2023 at SM Korea Beauty's location at a market in Los Angeles:



NEAL, GERBER & EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

51.     These unauthorized and infringing sales have continued despite Plaintiffs' repeated correspondence putting Defendants on actual notice of Plaintiffs' rights, and explaining that Defendants' activities infringe Plaintiffs' rights and harm Plaintiffs' contractual relationships with the distributors and licensees in Plaintiffs' authorized U.S. supply channels.  Defendants also are aware of Plaintiffs' contracts with its U.S. distributors and licensees.  On information and belief, SM Korea Beauty also continues to make these sales at Kim's direction and with Kim's involvement in violation of the 2020 Agreement.

## <u>COUNT I</u>
### Federal Trademark Infringement
### (Section 32 of the Lanham Act, 15 U.S.C. § 1114)

52.     Plaintiffs reallege and incorporate herein paragraphs 1 through 51 of this Complaint.

53.     As described fully above, Amorepacific Corporation owns numerous federal registrations for its valid and protectable Amorepacific Marks.

54.     Without Plaintiffs' consent, SM Korea Beauty, at Kim's direction  and with his personal involvement, has used and is using the Amorepacific Marks in commerce in connection with the sale, offering for sale, distribution, and/or advertising of Gray Market Amorepacific Products.  These acts have caused or are likely to cause confusion, mistake, or deception as to the source of origin, sponsorship, or approval of the Gray Market Amorepacific Products that SM Korea Beauty sells.  Purchasers and others are likely to believe that Plaintiffs authorize and control SM Korea Beauty's sale of Gray Market Amorepacific Products in the United States and/or that SM Korea Beauty is associated with, affiliated with, or related to Plaintiffs.

55.     Defendants' acts are likely to injure and, on information and belief, have injured Plaintiffs' image and reputation with consumers in the United States by

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 18 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

creating confusion about, and dissatisfaction with, the Gray Market Amorepacific Products.

56.     Defendants' acts are likely to injure and, on information and belief, have injured Plaintiffs' business reputation and relations with retail accounts in the United States by causing customer dissatisfaction, a diminution in value of the goodwill associated with the Amorepacific Marks, and losses of Plaintiffs' sales.  Defendants' unauthorized conduct also has deprived, and will continue to deprive, Plaintiffs of the ability to control the consumer perception of their products and the Amorepacific Marks, improperly placing Plaintiffs' valuable reputation and goodwill in the hands of Defendants, over which Plaintiffs have no control.

57.     Defendants' acts constitute an infringement of Amorepacific Corporation's trademark rights in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

58.     Defendants' acts greatly and irreparably damage Plaintiffs and will continue to damage Plaintiffs unless restrained by this Court.

59.     On information and belief, SM Korea Beauty's sale, offering for sale, distribution, and/or advertising of Gray Market Amorepacific Products in the United States, at Kim's direction and with his personal involvement, have been committed deliberately and willfully, with Defendants' knowledge of Amorepacific Corporation's exclusive rights and goodwill in the Amorepacific Marks and with a bad faith intent to cause confusion and trade on Amorepacific Corporation's goodwill.

60.     Pursuant to 15 U.S.C. § 1072, Defendants have had constructive knowledge of Amorepacific Corporation's registered and incontestable rights in the Amorepacific Marks.

61.     Defendants also had actual knowledge of Amorepacific Corporation's senior trademark rights and registrations in its Amorepacific Marks since at least as early as March 2020, as a result of the cease-and-desist letter that Plaintiffs' counsel

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 19 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

sent Defendants at that time (and which Kim, SM Korea Beauty's owner, director, and manager, signed and returned on April 10, 2020).

62.  Defendants, therefore, have deliberately and willfully used the Amorepacific Marks and Plaintiffs' marketing materials to trade upon the widespread goodwill and reputation established by Plaintiffs under these marks and to pass off the Gray Market Amorepacific Products as genuine Amorepacific Products that supposedly are authorized for sale in the United States.

63.  Plaintiffs have not consented to, and in fact have vehemently and repeatedly objected to, Defendants' use of the Amorepacific Marks and Plaintiffs' marketing materials in connection with the unauthorized promotion and sale of Gray Market Amorepacific Products.

64.  The intentional nature of Defendants' conduct renders this an exceptional case under 15 U.S.C. § 1117(a).

65.  In light of the material differences between the Gray Market Amorepacific Products that SM Korea Beauty is selling, on the one hand, and Plaintiffs' authorized Amorepacific Products that Plaintiffs intend for sale in the United States under the Amorepacific Marks, on the other hand, the Gray Market Amorepacific Products that SM Korea Beauty is selling are not genuine Amorepacific Products and thus are counterfeits under the Lanham Act and relevant precedent.  Accordingly, Amorepacific Corporation also is entitled to statutory damages pursuant 15 U.S.C. § 1117(c).

66.  As a result of Defendants' conduct, Amorepacific Corporation has suffered substantial damage and irreparable harm constituting an injury for which it has no adequate remedy at law.  Unless this Court enjoins Defendants' conduct, Amorepacific Corporation will continue to suffer irreparable harm.  Accordingly, Amorepacific Corporation is entitled to, among other things, an order enjoining and restraining Defendants from selling any Gray Market Amorepacific Products, including, but not limited to, products intended for sale in South Korea and/or China,

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 20 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

as well as to Defendants' profits, enhanced damages, Amorepacific Corporation's reasonable attorneys' fees, statutory damages, and any other remedies provided by 15 U.S.C. §§ 1116 and 1117.

## COUNT II

### Federal Unfair Competition

### (Section 43(a) of the Lanham Act: 15 U.S.C. § 1125(a))

67.     Plaintiffs reallege and incorporate herein paragraphs 1 through 66 of this Complaint.

68.     Without Plaintiffs' consent, SM Korea Beauty, at Kim's direction  and with his personal involvement, has used and is using the Amorepacific Marks in commerce in connection with the sale, offering for sale, distribution, and/or advertising of Gray Market Amorepacific Products.  These acts have caused or are likely to cause confusion, mistake, or deception as to the source of origin, sponsorship, or approval of the Gray Market Amorepacific Products that SM Korea Beauty sells.  Purchasers and others are likely to believe that Plaintiffs authorize and control SM Korea Beauty's sale of Gray Market Amorepacific Products in the United States and/or that SM Korea Beauty is associated with, affiliated with, or related to Plaintiffs.

69.     Defendants' acts are likely to injure and, on information and belief, have injured Plaintiffs' image and reputation with consumers in the United States by creating confusion about, and dissatisfaction with, the Gray Market Amorepacific Products.

70.     Defendants' acts are likely to injure and, on information and belief, have injured Plaintiffs' business reputation and relations with retail accounts in the United States by causing customer dissatisfaction, a diminution in value of the goodwill associated with the Amorepacific Marks, and losses of Plaintiffs' sales.  Defendants' unauthorized conduct also has deprived, and will continue to deprive, Plaintiffs of

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 21 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

the ability to control the consumer perception of their products and the Amorepacific Marks, improperly placing Plaintiffs' valuable reputation and goodwill in the hands of Defendants, over which Plaintiffs have no control.

71.    Defendants' acts constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

72.    Defendants' acts greatly and irreparably damage Plaintiffs and will continue to damage Plaintiffs unless restrained by this Court.

73.    On information and belief, SM Korea Beauty's sale, offering for sale, distribution, and/or advertising of Gray Market Amorepacific Products in the United States, at Kim's direction and with his personal involvement, have been committed deliberately and willfully, with Defendants' knowledge of Amorepacific Corporation's exclusive rights and goodwill in the Amorepacific Marks and with a bad faith intent to cause confusion and trade on Plaintiffs' goodwill.

74.    Defendants had actual knowledge of Amorepacific Corporation's senior trademark rights in its Amorepacific Marks, and Plaintiffs' use of those marks in the United States, since at least as early as March 2020, as a result of the cease-and-desist letter that Plaintiffs' counsel sent Defendants at that time (and which Kim, SM Korea Beauty's owner, director, and manager, signed and returned on April 10, 2020).

75.    Defendants, therefore, have deliberately and willfully used the Amorepacific Marks and Plaintiffs' marketing materials to trade upon the widespread goodwill and reputation established by Plaintiffs under these marks and to pass off the Gray Market Amorepacific Products as genuine Amorepacific Products that supposedly are authorized for sale in the United States.

76.    Plaintiffs have not consented to, and in fact have vehemently and repeatedly objected to, Defendants' use of the Amorepacific Marks and Plaintiffs' marketing materials in connection with the unauthorized promotion and sale of Gray Market Amorepacific Products.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 22 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

77. The intentional nature of Defendants' conduct renders this an exceptional case under 15 U.S.C. § 1117(a).

78. As a result of Defendants' conduct, Plaintiffs have suffered substantial damage and irreparable harm constituting an injury for which Plaintiffs have no adequate remedy at law.  Unless this Court enjoins Defendants' conduct, Plaintiffs will continue to suffer irreparable harm.  Accordingly, Plaintiffs are entitled to, among other things, an order enjoining and restraining Defendants from selling any Gray Market Amorepacific Products, including, but not limited to, products intended for sale in South Korea and/or China, as well as to Defendants' profits, enhanced damages, Plaintiffs' reasonable attorneys' fees, and any other remedies provided by 15 U.S.C. §§ 1116 and 1117.

## COUNT III

### California Unfair Business Practices and Unfair Competition Act
### (CA Bus. & Prof. Code §§ 17200 *et seq.*)

79. Plaintiffs reallege and incorporate herein paragraphs 1 through 78 of this Complaint.

80. Defendants' actions complained of herein constitute unfair competition in violation of CA Bus. & Prof. Code §§ 17200, *et seq.*, in that they are likely to cause members of the general public in this State to be deceived that Defendants' Gray Market Amorepacific Products are affiliated, connected, or associated with, or endorsed by Plaintiffs.  Defendants' actions also constitute unfair misappropriation of the consumer recognition and goodwill associated with Plaintiffs and the Amorepacific Marks.

81. Accordingly, Defendants' actions constitute an unlawful and unfair business act or practice as contemplated by CA Bus. & Prof. Code § 17200, *et seq.*

82. As a result of Defendants' conduct, Plaintiffs have suffered substantial damage and irreparable harm constituting an injury for which it has no adequate

Neal, Gerber &
Eisenberg LLP
Attorneys At Law
Chicago

- 23 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

remedy at law.  Plaintiffs will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

## COUNT IV

### Common Law Trademark Infringement and Unfair Competition
### (California Common Law)

83.    Plaintiffs reallege and incorporate herein paragraphs 1 through 82 of this Complaint.

84.    Defendants' conduct constitutes common law trademark infringement and unfair competition in that such conduct: (a) is likely to cause actual or potential customers of Plaintiffs, as well as members of the public and trade, to believe that Defendants and their Gray Market Amorepacific Products are in some way sponsored by, affiliated with, or otherwise connected to Plaintiffs and their authorized products, when in fact they are not; and (b) enables Defendants to trade on and deprive Plaintiffs of the benefit of the goodwill in the Amorepacific Marks.

85.    Defendants' acts described above constitute trademark infringement and unfair competition in violation of California common law, as the acts amount to an intentional misappropriation of the Amorepacific Marks, as well as Plaintiffs' reputation and commercial advantage.  As a result of its wrongful actions, Defendants will be unjustly enriched.

86.    As a result of Defendants' conduct, Plaintiffs have suffered substantial damage and irreparable harm constituting an injury for which Plaintiffs have no adequate remedy at law.  Plaintiffs will continue to suffer irreparable harm unless this Court enjoins Defendants' conduct.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 24 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

## COUNT V

### Copyright Infringement

### (17 U.S.C. § 501)

87.    Plaintiffs reallege and incorporate herein paragraphs 1 through 86 of this Complaint.

88.    Amorepacific Corporation is a Korean entity, whose works of authorship are entitled to protection from infringement under U.S. copyright laws pursuant to the Berne Convention, of which both the United States and the Republic of Korea are signatories.

89.    Amorepacific Corporation owns valid copyrights in the Copyrighted Works.

90.    Defendants had access to the Copyrighted Works.

91.    SM Korea Beauty copied the Copyrighted Works, and SM Korea Beauty used these copies and modified versions of the copies of the Copyrighted Works to creating advertising materials that SM Korea Beauty has used and is using to promote its unauthorized sales of the Gray Market Amorepacific Products in the United States.  On information and belief, these activities were committed at Kim's direction and with Kim's personal involvement.

92.    Defendants did not have permission to copy, modify, or use any of the Copyrighted Works.

93.    Accordingly, Defendants have been and are engaged in copyright infringement in violation of 17 U.S.C. § 501(a) by advertising with and distributing marketing materials that are substantially similar copies of the Copyrighted Works.

94.    Upon information and belief, the copying was willful and deliberate and in complete disregard of Amorepacific Corporation's rights.

95.    Amorepacific Corporation has suffered actual damages due to Defendants' copying in an amount to be proven at trial.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 25 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

96.     Amorepacific Corporation is entitled to equitable relief, including preliminary and permanent injunctions, under 17 U.S.C. § 502, and the impoundment of infringing copies of the Copyrighted Works under 17 U.S.C. § 503.  Amorepacific Corporation has no adequate remedy at law.

## COUNT VI

### Interference with Contractual Relations

97.     Plaintiffs reallege and incorporate herein paragraphs 1 through 96 this Complaint.

98.     Plaintiffs entered into valid contracts with their distributors and licensees for selling approved Amorepacific Products through Plaintiffs' authorized distribution and sales channels in the United States.

99.     Defendants were aware of the existence of Plaintiffs' contracts with their distributors and licensees for selling approved Amorepacific Products through Plaintiffs' authorized distribution and sales channels in the United States.

100.    Plaintiffs repeatedly explained in enforcement correspondence to Defendants that their infringing activities contradict and undermine Plaintiffs' relationships with its authorized distributors and licensees, including by cannibalizing authorized sales and harming Plaintiffs' reputation and goodwill among consumers.

101.    Notwithstanding Defendants' awareness of Plaintiffs' contractual relationships for their authorized U.S. distribution channels and the harm Defendants' infringing activities cause to Plaintiffs' authorized U.S. distribution channels – including without limitation by causing Amorepacific US to lose sales – SM Korea Beauty continued to promote and sell, at Kim's direction and with his personal involvement, unauthorized Gray Market Amorepacific Products in the United States.  On information and belief, Defendants have committed and continue

1   to commit these actions intentionally to interrupt and breach Plaintiffs' contractual

2   relationships with their authorized distribution partners.

3       102.   As a result of Defendants' conduct, Plaintiffs have suffered substantial

4   damage and irreparable harm constituting an injury for which Plaintiffs have no

5   adequate remedy at law.  Plaintiffs will continue to suffer irreparable harm unless

6   this Court enjoins Defendants' conduct.

7

8                              **COUNT VII**

9                   **Breach of Contract (Against Kim Only)**

10      103.   Plaintiffs reallege and incorporate herein paragraphs 1 through 102 of

11  this Complaint.

12      104.   The 2020 Agreement is a valid contract, in which Kim agreed, among

13  other obligations, to stop selling Gray Market Amorepacific Products.

14      105.   Plaintiffs performed their obligations under the 2020 Agreement,

15  including without limitation by not taking legal action against Kim for at least so long

16  as he had stopped directing SM Korea Beauty's promotion and sale of the

17  unauthorized Gray Market Amorepacific Products.

18      106.   Kim breached the 2020 Agreement repeatedly by resuming his direction

19  of and involvement in SM Korea Beauty's promotion and sale of the unauthorized

20  Gray Market Amorepacific Products.

21      107.   As a result of Kim's conduct, Plaintiffs have suffered substantial

22  damage and irreparable harm constituting an injury for which Amorepacific has no

23  adequate remedy at law.  Plaintiffs will continue to suffer irreparable harm unless

24  this Court enjoins Kim's conduct.  Plaintiffs are entitled to damages for Kim's past

25  actions.

26

27

28

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

1

**PRAYER FOR RELIEF**

2    WHEREFORE, Plaintiffs pray that judgment be entered against Defendants

3 and in Plaintiffs' favor, entry of an Order:

4    A.    Adjudging and decreeing that Defendants have willfully infringed the

5 Amorepacific Marks pursuant to 15 U.S.C. §§ 1114 and 1125, have willfully engaged

6 in deceptive trade practices and unfair competition in violation of CA Bus. & Prof.

7 Code §§ 17200 *et seq*., have committed trademark infringement and unfair

8 competition under California common law, have willfully infringed Amorepacific

9 Corporation's copyrights in the Copyrighted Works pursuant to 17 U.S.C. § 501, and

10 have committed interference with Plaintiffs' contractual relations, and that Kim has

11 breached the 2020 Agreement;

12    B.    Preliminarily and permanently enjoining Defendants, their parents,

13 subsidiaries, holding companies, licensees, owners, directors, officers, partners,

14 assigns, related entities, affiliates, predecessors, successors, employees,

15 representatives, trustees, receivers, agents, and any other persons or entities acting on

16 behalf of Defendants or with Defendants' authority, from:

17        1.    selling, offering for sale, holding for sale, advertising, or

18              promoting any merchandise, goods, or services using the

19              Amorepacific Marks or any marks confusingly similar thereto,

20              including without limitation any Gray Market Amorepacific

21              Products; or

22        2.    doing any other act or thing that is likely to induce the belief that

23              Defendants' goods are in some way connected with Amorepacific

24              Corporation, Amorepacific US, any of Plaintiffs' products, any of

25              the Amorepacific Marks, or any of the Copyrighted Works.

26    C.    Requiring Defendants reimburse Plaintiffs for all damages Plaintiffs

27 have suffered due to Defendants' acts of trademark infringement, deceptive trade

28 practices, and unfair competition complained of herein, account for and pay over to

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 28 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

Plaintiffs all profits derived by reason of such acts, and remit to Plaintiffs exemplary and treble damages as provided for in 15 U.S.C. § 1117 and at common law;

D. Finding Defendants have engaged in counterfeiting and requiring Defendants to pay Amorepacific Corporation statutory damages pursuant to 15 U.S.C. § 1117(c);

E. Requiring Defendants reimburse Amorepacific Corporation for its actual damages from and any of Defendants' additional profits attributable to Defendants' copyright infringement as provided for in 17 U.S.C. § 504;

F. Requiring Defendants reimburse Plaintiffs for all damages Plaintiffs have suffered due to Defendants' acts of interference with contractual relations and breach of contract, and account for and pay over to Plaintiffs all profits derived by reason of such acts;

G. Requiring Defendants to deliver to Plaintiffs for destruction any and all products, signage, business cards, flyers, coupons, websites, promotional and marketing collateral, and any other materials in Defendants' possession or under their control bearing the Amorepacific Marks and/or any other marks confusingly similar thereto, including without limitation all Gray Market Amorepacific Products and any of Plaintiffs' marketing materials in any form or format;

H. Granting Plaintiffs or their representatives physical access to SM Korea Beauty's storage facilities and retail establishments to ensure compliance with the Court's orders requiring delivery and destruction of any and all products, signage, business cards, flyers, coupons, websites, promotional and marketing collateral, and any other materials in Defendants' possession or under their control bearing the Amorepacific Marks and/or any other marks confusingly similar thereto, including without limitation all Gray Market Amorepacific Products and any of Plaintiffs' marketing materials in any form or format;

I. Requiring Defendants send a notice to any existing customers that the importation, dealing in, sale, marketing, or distribution of Gray Market Amorepacific

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 29 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

1   Products in the United States is unlawful, and that a United States District Court has

2   enjoined Defendants from doing so;

3      J.  Requiring Defendants file with the Court and serve on Plaintiffs an

4   affidavit setting forth in detail the manner and form in which they have complied

5   with the terms of the injunction, in accordance with 15 U.S.C. § 1116;

6      K.  Finding that this case constitutes an exceptional case and awarding

7   Plaintiffs their reasonable attorneys' fees and disbursements, as well as the costs

8   Plaintiffs have incurred in bringing this action, pursuant to 15 U.S.C. § 1117;

9      L.  Adjudging and decreeing that sales of Gray Market Amorepacific

10  Products in the United States infringe Amorepacific Corporation's valid and

11  enforceable rights in the Amorepacific Marks; and

12     M.  Awarding Plaintiffs such other and further relief as this Court deems just

13  and equitable.

14

15

16  Dated:  October 17, 2023   IAN J. BLOCK
                  NEAL, GERBER & EISENBERG LLP

17                    KARIN G. PAGNANELLI (SBN 174763)
                  MITCHELL SILBERBERG & KNUPP LLP

18

19

20                  By:  */s/ Karin G. Pagnanelli*

21                    Karin G. Pagnanelli (SBN 174763)

22                    Attorneys for Plaintiffs
                  AMOREPACIFIC CORPORATION and
                  AMOREPACIFIC US, INC.

23

24

25

26

27

28

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 30 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURY DEMAND

Plaintiffs Amorepacific Corporation and Amorepacific US, Inc. hereby demand a trial by jury on all issues so triable.

Dated:    October 17, 2023

IAN J. BLOCK
NEAL, GERBER & EISENBERG LLP

KARIN G. PAGNANELLI (SBN 174763)
MITCHELL SILBERBERG & KNUPP LLP

By: _/s/ Karin G. Pagnanelli_
Karin G. Pagnanelli (SBN 174763)
Attorneys for Plaintiffs
AMOREPACIFIC CORPORATION and
AMOREPACIFIC US, INC.

NEAL, GERBER &
EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

- 31 -

COMPLAINT FOR INJUNCTIVE
RELIEF AND DAMAGES

# EXHIBIT A

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

**Reg. No. 2,813,604**
Registered Feb. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# AMOREPACIFIC

PACIFIC CORPORATION (REPUBLIC OF KOR-
EA CORPORATION)
181. 2-KA HANGANG-RO. YONGSAN-KU
SEOUL, REPUBLIC OF KOREA 140-777

FOR: SKIN MILK LOTIONS; SKIN FRESHENERS;
PERFUMES; NOURISHING CREAMS; MAKE-UP
BASES, CLEANSING CREAMS; MASSAGE
CREAMS; EYE SHADOWS; LIPSTICKS; COSMETIC
SOAPS; BODY CLEANSERS; POWDER FOUNDA-
TION; MASCARAS; FACIAL MASKS; ESSENTIAL

SKIN MOISTURIZERS; EAU DE TOILETTES; HAIR
SHAMPOOS; EYEBROW PENCILS; SKIN CLEANS-
ING FOAM; FOUNDATION CREAMS, IN CLASS 3
(U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 7-2-2002; IN COMMERCE 7-5-2002.

SN 76-328,301, FILED 10-22-2001.

BERYL GARDNER, EXAMINING ATTORNEY



# AMOREPACIFIC

Reg. No. 4,810,560

Registered Sep. 15, 2015

Int. Cl.: 3

TRADEMARK

PRINCIPAL REGISTER

AMOREPACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
100, CHEONGGYECHEON-RO
JUNG-GU SEOUL
REPUBLIC OF KOREA

FOR: LAUNDRY GLAZE; COSMETICS; PERFUMES; LAVENDER OIL; FALSE NAILS; BEAUTY MASKS; CLEANING PREPARATIONS; HAIR SHAMPOOS; DENTIFRICES; LIQUID BATH SOAPS; SHAMPOOS FOR PETS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF U.S. REG. NOS. 2,813,604, 4,404,362 AND OTHERS.

PRIORITY DATE OF 7-8-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1215786 DATED 7-16-2014, EXPIRES 7-16-2024.

THE MARK CONSISTS OF THE WORDING "AMOREPACIFIC" IN A STYLIZED FONT.

THE ENGLISH TRANSLATION OF THE WORD "AMORE" IN THE MARK IS "LOVE".

SER. NO. 79-151,939, FILED 7-16-2014.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Exhibit A
Page 34

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
## TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# SULWHASOO

**Reg. No. 3,962,642**

**Registered May 17, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

AMOREPACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-KA, HANGANG-RO, YONGSAN-KU
SEOUL, REPUBLIC OF KOREA 140-777

FOR: SKIN LOTIONS, FOUNDATION CREAMS, EYE CREAMS; COSMETIC NOURISHING CREAMS; COSMETIC SKIN FRESHENERS; MAKE-UP POWDER; COSMETICS; COSMETIC CREAMS FOR SKIN CARE; SHAMPOOS; DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 5-1-1997, IN COMMERCE 10-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,764,970.

THE WORDING "SULWHASOO" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 77-847,373, FILED 10-13-2009.

TEJBIR SINGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,110,811

Registered Nov. 4, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## LANEIGE

PACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-KA, HANGANG-RO
YONGSAN-KU, SEOUL, REPUBLIC OF KOREA

FOR: COSMETIC LOTIONS AND COSMETIC CREAMS FOR THE SKIN, FACE, AND BODY; FACE POWDER, MAKE-UP FOUNDATION, EYE SHADOW, FACE COLOR, MASCARA, LIPSTICK, EYE PENCILS AND MAKE-UP

POWDER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-0-1994; IN COMMERCE 1-0-1995.

SER. NO. 75-206,366, FILED 12-2-1996.

DAVID C. REIHNER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# HANYUL 韓律

**Reg. No. 4,965,227**

**Registered May 24, 2016**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

AMOREPACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-GA, HANGANG-RO, YONGSAN-GU
SEOUL, REPUBLIC OF KOREA

FOR: COSMETICS; COSMETIC PREPARATIONS FOR SKIN CARE; MAKE-UP; NON-MEDICATED BALMS FOR USE ON SKIN; CLEANING PREPARATIONS; LIPSTICKS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-25-2013; IN COMMERCE 12-1-2014.

OWNER OF U.S. REG. NOS. 4,145,029 AND 4,359,779.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "HANYUL" AND THIS MEANS "KOREA RULE" IN ENGLISH.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "HAN", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED WORDING "HANYUL" AND TWO VERTICALLY-ORIENTED NON-LATIN CHARACTERS TO THE UPPER RIGHT OF THE WORDING "HANYUL".

THE WORDING "HANYUL" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 86-337,778, FILED 7-15-2014.

CYNTHIA TRIPI, EXAMINING ATTORNEY

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,370,737

Registered July 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## HERA

PACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-KA, HANGANG-RO, YONGSAN-KU
SEOUL, REPUBLIC OF KOREA

FOR: EYE SHADOW; TOILET WATER; COSMETIC CREAMS FOR SKIN, FACE AND BODY; LIPSTICK; LOTION FOR COSMETIC PURPOSES, NAMELY SKIN LOTION; MAKEUP POWDER SOLD IN COMPACT; HAIR MOUSSE; SOAP FOR COSMETIC PURPOSES; SHAMPOO; AND, SKIN CLEANSING CREAMS FOR COSMETIC PURPOSES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF REPUBLIC OF KOREA REG. NO. 0275010, DATED 7–23–1993, EXPIRES 9–23–2003.

OWNER OF REPUBLIC OF KOREA REG. NO. 0275009, DATED 9–23–1993, EXPIRES 9–23–2003.

SER. NO. 75–713,789, FILED 5–25–1999.

GINNY ISAACSON, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,297,281

Registered Dec. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## IOPE

PACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-KA, HANGANG-RO, YONGSAN-KU
SEOUL, REPUBLIC OF KOREA

FOR: COSMETICS, NAMELY, SKIN LO-TIONS, MASSAGE CREAMS, SKIN CLEANS-ING CREAMS, ESSENTIAL OILS, LIPSTICKS, MASCARA, EYE SHADOW, NAIL POLISH AND LACQUERS, FACE POWDER, MAKE-UP FOUNDATION, HAIR LOTIONS, HAIR OILS,

COSMETIC CREAMS FOR THE SKIN, FACE AND BODY; AND PERFUMES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 1997–24125, FILED 5–24–1997, REG. NO. 417127, DATED 8–19–1998, EXPIRES 8–19–2008.

SER. NO. 75–322,280, FILED 7–10–1997.

KIMBERLY PERRY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# Mamonde

**Reg. No. 4,377,629**

**Registered July 30, 2013**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

AMOREPACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
HANGANG-RO, YONGSAN-GU
181, 2-GA
SEOUL, REPUBLIC OF KOREA

FOR: ESSENTIAL OILS FOR FOOD FLAVORINGS; CLEANING, POLISHING AND SCOURING PREPARATIONS; LAUNDRY STARCH; COSMETICS; COSMETIC PREPARATIONS FOR BATH AND SHOWER; HAIR CARE LOTIONS; INCENSE; FALSE EYELASHES; CLEANING PREPARATIONS; HAIR SHAMPOOS; DENTIFRICES; BOOT CREAM; POLISHING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1991; IN COMMERCE 8-1-2012.

OWNER OF U.S. REG. NOS. 2,514,584, 3,559,484, AND 3,571,145.

THE MARK CONSISTS OF THE WORD "MAMONDE" WRITTEN IN A SPECIAL FONT.

THE WORDING "MAMONDE" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 85-679,476, FILED 7-17-2012.

REBECCA SMITH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Exhibit A**
**Page 42**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT B







More posts from smkoreabeauty













**Exhibit B**
**Page 46**

Document title: SM Korea Beauty on Instagram: "□  설화수 윤조에센스 30ml 단품 입고안내□   정말 많은 분들이 찾아주셨던 ※설화수 윤조에센스※ 단품이 입고되었습니...

Capture URL: https://www.instagram.com/p/CoF2u1zvzZK/

Capture timestamp (UTC): Tue, 14 Feb 2023 15:45:42 GMT

Page 1 of 2



Sulwhasoo

6950 Aragon Cir, 2&3,
Buena Park, CA 90620
(657)238-7018
https://smkoreabeauty.com

♡ ○ ◁                    🔖

13 likes

JANUARY 31

Log in to like or comment.



More posts from smkoreabeauty



















See more posts

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Locations  Instagram Lite  Contact Uploading & Non-Users

English ∨    © 2023 Instagram from Meta

**Exhibit B**
**Page 47**

Document title: SM Korea Beauty on Instagram: "□　설화수 윤조에센스 30ml 단품 입고안내□　정말 많은 분들이 찾아주셨던 ※설화수 윤조에센스※ 단품이 입고되었습니...
Capture URL: https://www.instagram.com/p/CoF2u12vzZK/
Capture timestamp (UTC): Tue, 14 Feb 2023 15:45:42 GMT













**Exhibit B**
**Page 48**



♡ ♢ ▽                                    🔖

13 likes

JANUARY 31

Log in to like or comment.

More posts from smkoreabeauty

  

  

  

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users

English ∨   © 2023 Instagram from Meta

**Exhibit B**
**Page 49**



**smkoreabeauty** • Follow

smkoreabeauty 🟧설화수 윤조에센스 30ml 단품 입고안내🟧
정말 많은 분들이 찾아주셨던 ※설화수 윤조에센스※ 단품이 입고되었습니다.
세트상품의 구성품으로 들어가는 🌸 30ml 작은 사이즈로 🌸케이스 없이 🌸 본품만 판매합니다.
🌸저렴한 가격에 🔋휴대성 좋은 작은 사이즈입니다.

🟢웹사이트 오더 주소 👇
https://smkoreabeauty.com/collections/new/products/%EC%9C%A4%EC%A1%B0-%EC%97%90%EC%84%BC%EC%8A%A4-%EB%8B%A8%ED%92%88-30ml-first-care-activating-serum-30ml
🏢매장 방문 구매 주소 :
6950 Aragon Cir Ste 2&3
Buena Park, CA 90620
🕙매장 영업시간 : AM 9:00 ~ PM 5:30

13 likes

JANUARY 31

Log in to like or comment.

More posts from smkoreabeauty













**Exhibit B**
**Page 50**



♡ ◯ ◁                                          ⬚

13 likes

JANUARY 31

Log in to like or comment.

---

More posts from smkoreabeauty















See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users

English ⌄   © 2023 Instagram from Meta

**Exhibit B**
**Page 51**



More posts from smkoreabeauty









**Exhibit B**
**Page 52**



24 likes

NOVEMBER 9, 2022

Log in to like or comment.

More posts from smkoreabeauty













See more posts

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Locations  Instagram Lite  Contact Uploading & Non-Users

English ∨   © 2023 Instagram from Meta

**Exhibit B**
**Page 53**





More posts from smkoreabeauty

















Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 55**



More posts from smkoreabeauty



See more posts



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up



smkoreabeauty • Follow

smkoreabeauty ✈️여행에 데리고 가기 좋은 👍꿀템🌸
※ ❤️설화수 미니사이즈 입고 알림💐
🔳마스크팩의 끝판왕🔳 한 번도 안써
본 사람은 있어도 한 번 만 써본 사람은
없다는 설화수 자윤생 마스크팩 🌸아
직 재고 있습니다 – 서두르세요!!
많은 고객 님들이 문의주셨던 ❤️설화
수 자윤생 라인 ❤️이 미니 사이즈로 입
고되었습니다 ❤️
💡설화수 간판 윤조 에센스 신형 ⭐6
세대⭐도 미니 사이즈로 입고되었어
요
✔️설화수 시그니처 자윤생 라인을 써보
고 싶으신 분들
✔️비행기에도 안심하고 데려갈 수 있는
화장품 찾으시는 분들
❤️설화수 미니사이즈로 고민 해결하
세요🌸
🔳매장 방문 구매 주소 :
6950 Aragon Cir Ste 8&3

9 likes
MAY 24

Log in to like or comment.

More posts from smkoreabeauty



Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 57**



9 likes
MAY 24

Log in to like or comment.

More posts from smkoreabeauty



See more posts

Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up



**Exhibit B**
**Page 58**





Document title: ✈여행에 데리고 가기 좋은 □  꿀템□   ※□  설화수 미니사이즈 입고 알림□   □  마스크팩의 끝판왕□   한 번도 안써본 사람은 있어도 한 번 만 써본 사...

Capture URL: https://www.instagram.com/p/Cso-Wt4SIGy/?utm_source=ig_web_copy_link&igshid=MzRlODBiNWFlZA%3D%3D&img_index=10

Capture timestamp (UTC): Wed, 11 Oct 2023 16:39:26 GMT

Page 1 of 2



9 likes
MAY 24

Log in to like or comment.

More posts from smkoreabeauty





See more posts



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 60**





Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 61**

구성 : 설화수 퍼펙팅 쿠션(21호/23호) 15g x 2 (리필 포함),
순행 클렌징 오일 50ml, 순행 클렌징 폼 50ml,
상백 선크림 No.2 밀키톤업 10ml
EXP.(유통기한) 03.02.2026

10 likes
MAY 2

Log in to like or comment.

More posts from smkoreabeauty



See more posts



Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 62**





Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 63**



10 likes
MAY 2

Log in to like or comment.

More posts from smkoreabeauty



See more posts



Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

**Exhibit B**
**Page 64**





Document title: ☐ 2023년 4월 출시☐ 최신형 설화수 퍼펙팅 쿠션 세트 입고 안내☐ ☐ 문의 많았던 퍼펙팅 쿠션 #23호 세트로 입고되었습니다☐ ☐ Mother's Day
Capture URL: https://www.instagram.com/p/CrweNm-P4p5/?utm_source=ig_web_copy_link&igshid=MzRlODBiNWFIZA%3D%3D&img_index=3
Capture timestamp (UTC): Wed, 11 Oct 2023 16:40:56 GMT
Page 1 of 2



♡ ○ ▽ 🔖

10 likes
MAY 2

Log in to like or comment.

More posts from smkoreabeauty



See more posts



Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

×

Document title: ☐   2023년 4월 출시☐   최신형 설화수 퍼펙팅 쿠션 세트 입고 안내☐   ☐   문의 많았던 퍼펙팅 쿠션 #23호 세트로 입고되었습니다☐   ☐   Mother's Day
Capture URL: https://www.instagram.com/p/CrweNm-P4p5/?utm_source=ig_web_copy_link&igshid=MzRlODBiNWFlZA%3D%3D&img_index=3
Capture timestamp (UTC): Wed, 11 Oct 2023 16:40:56 GMT                                                                                                           Page 2 of 2



See more of Sunshine Mall Korea Beauty on Facebook

Log In   or   Create new account

**Exhibit B**
**Page 67**

11:47

← **다이아몬드바...** 261 🔍 ☰

📢 🌸 미국 서부 엘에이 윌셔 벌몬 ∨
피코 하시엔다 다이아몬드바,치...

SMKOREABEAUTY은정



윤조에센스 30ml
단품 입고 안내

매장구매가
$30
TAX 포함가

온라인가
$32.99
Free Shipping

세트상품의
구성품으로 들어가는
작은 사이즈입니다.
(케이스 없는 제품입니다)

6950 Aragon Cir, 2&3,
Buena Park, CA 90620
(657)238-7018
https://smkoreabeauty.com

Sulwhasoo

👑설화수 윤조에센스
30ml 단품 입고안내👑
정말 많은 분들이 찾아
주셨던 ❄️설화수 윤조
에센스❄️ 단품이 입고
되었습니다.
세트상품의 구성품으로
들어가는 🌟30ml🌟

Exhibit B
Page 68



**Exhibit B
Page 70**



🇰🇷 **LA Korea Town**

# SM *Korea Beauty*

# GRAND OPENING

## Sulwhasoo



단백3종 신형   $120   진셀 2종   $170
자음2종 신형   $100   남성 본윤 2종   $80
자음생2종 신형   $140   자음샘 마스크팩   $5

## The history of Whoo 后



환유고 억배팩   $350   비첩 에센스 2종 $140
천율단 2종   $180   공진향 궁중3종   $120
비첩 로얀 3종   $160   공진향 인양2종   $90

## O HUI



### goodal

에이지 리커버리 3종  $80  미끄럽 모이스처 2종  $55
미친발 커버이 4종  $75  멀티깅 커버 쿠션  $50
미스셈 미끄다 2종  $50  스틱 파운데이션  $35

## INCELLDERM



**9:35 Vallatto**



기초 3종   $110
래디언스 3종   $220
오일미스트   $25
카밍 밸런스 셀   $25

기초 3종   $130
모일미스트   $55
카밍 워터 크림 젤   $40
보아놀 화이트닝 앰플   $70
그린 토마토 앰플   $70
셀린 펄런징 파우더   $35

카밀라 7종세트   $300

## Health&Wellness



에스더포뮬러 글루타치온 42개   $40
딥크3일 피치맛 빛 30일분   $40
콜라이블[단백질쉐이크] 7개   $20
기분전환 알파 20포   $35
이영애 세박효소&생생효소   $22.99

## 조선미녀



## RoUND LAB



독도토너   $15
독도블렌저   $15
자작나무선크림   $25
자작나무선스틱   $25

꿀채프로폴리스세럼 $15
산둘몬차세럼   $15
맑은윌선크림(2EA) $23
산둘녹선스틱   $15

## KAHI 가히

더텐딩 마스크팩   $15
멀티밤 리필형[곤봉+기일]$35
콜라겐 미스트 앰플   $10

---

Sulwhasoo  The history of Whoo 后  INCELLDERM  9:35 Vallatto

O HUI  조선미녀.  MODAMODA  COSRX  KAHI 가히

ma:nyo  d'Alba  ESTHERMALL  RoUND LAB

AGE 20's  rom&nd  Abib fwee  AMOREPACIFIC

# smkoreabeauty.com
## [ALL ORDERS FREE SHIPPING]

**Exhibit B
Page 71**

# EXHIBIT C

**Exhibit C**
**Page 72**

**Exhibit C**
**Page 73**



Exhibit C
Page 74



**Exhibit C**
**Page 75**



**Exhibit C**
**Page 76**



**Exhibit C**
**Page 77**

Document title: 설화수 브랜드 엠배서더 - SULWHASOO REBLOOM with ROSÉ | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/about-sulwhasoo/brand-ambassador/rose/2022/1st-cover.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:34:21 GMT

**Sulwhasoo**

윤조    자음생    진설    기프트    제품    스파    플래그십 스토어    ABOUT 설화수



SULWHASOO FIRST CARE ACTIVATING SERUM VI

## 윤조에센스 6세대

## 설화수 추천





**윤조에센스 6세대**

First Care Activating Serum VI

140,000원



**자음생크림**

Concentrated Ginseng Renewing Cream EX

270,000원



**자음생세럼**

Concentrated Ginseng Renewing Serum EX

220,000원



**Exhibit C**
**Page 78**

Document title: 설화, 다시 피어나다. Sulwhasoo Rebloom | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/index.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:25:12 GMT



## 베스트 셀러

건강하게 빛나고 힘 있게 채우는
설화수의 시그니처 케어

자세히 보기

## 설화수 시즌추천



**자음생세럼**

Concentrated Ginseng Renewing Serum EX

220,000원



## 자음생 듀오

안티에이징의 결정체, 진세노믹스™
자음생듀오로 피부 자생력을 키워주세요.



**자음생크림**

Concentrated Ginseng Renewing Cream EX

270,000원





**Exhibit C**
**Page 79**





설화수 북촌 플래그십 스토어 · 설화수 도산 플래그십 스토어

자세히 보기 · 자세히 보기

## #With Sulwhasoo






회사소개 | 서비스이용약관 | UGC이용약관 | **개인정보처리방침** | 영상정보처리방침 | 사이트맵 | 로그인

   

고객서비스센터(수신자요금부담) : 080-023-5454 (월~금) AM 09:00~PM 06:00)

© AMOREPACIFIC CORPORATION. All rights reserved.



**Exhibit C**
**Page 80**

Document title: 설화, 다시 피어나다. Sulwhasoo Rebloom | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/index.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:25:12 GMT

Page 3 of 3

## Sulwhasoo

윤조   자음생   진설   기프트   **제품**   스파   플래그십 스토어   ABOUT 설화수



NEW



#퍼스트에센스  #설화수NO.1에센스

# 윤조에센스 6세대
First Care Activating Serum VI

★ ★ ★ ★ ★ (176)
피부장벽 개선으로 건강하게 빛나는 윤기를 선사하는 설화수 대표 에센스

### 140,000 원
용량   30ml  |  60ml  |  90ml

☐ 피부타입                                           모든 피부

☐ 피부 베네핏                          피부건강, 건강한 윤기, 안티에이징

☐ 기능성                                              주름개선

| 구매하러 가기 | 오프라인 매장 안내 |

## 제품상세                                              ─



# THE NEW GENERATION
## 윤조에센스 6세대

**Exhibit C**
**Page 81**



윤조에센스 6세대

First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 82**



윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 83**



## 윤조에센스 6세대

First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 84**

Document title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT



세안 후 순간,
그 놀라운 발견.

세안 직후 피부 컨디션에 주목.
'당긴다'고만 생각했던 이 순간은
피부 노화가 시작되는 결정적 모멘트.

설화수의 시작과 함께 탄생한 윤조에센스는
세안 후 첫 단계에 바르는 최초의 퍼스트 에센스입니다.



윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 85**





윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 86**

Document title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT



## 윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 87**



## 1

## 예술에 가까운 인삼 기술.

대지의 기운을 담은 정수, 인삼

설화수는 피부를 위한 인삼을 끊임없이 연구합니다.
윤조에센스 6세대는 인삼 독점 기술 성분*이 적용됐습니다.

윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 88**



**Exhibit C**
**Page 89**



# 인삼의 힘으로 더욱 강력해진 윤조에센스의

## SULWHASOO MASTER COMPLEX™*

### 사용 후 3일 만에**

건강한 피부층으로 유지시켜주는
'피부 턴오버'가 개선됩니다.[1]

손상된 피부 장벽이
빠르게 개선됩니다.[2]

### 사용 후 4주 후에***

10가지 피부 노화 징후[3]를
개선합니다.

피부 본연의 능력이
더 활성화됩니다.



윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

Exhibit C
Page 90



*원료 선별, 독자적 가공법, 배합 비율, 제조 시간 등 수많은 데이터에 근거한 설화수의 독자 기술 성분
**1. 시험 기간: 2022. 08. 22~2022. 10. 25 | 2. 시험 대상: 만 30~60세 여성 30명 | 3. 시험 기관: (주)글로벌 의학연구센터
**1. 시험 기간: 2022. 08. 22~2022. 11. 08 | 2. 시험 대상: 만 20~60세 다인종 여성 33명 | 3. 시험 기관: (주)글로벌 의학연구센터
1)피부 턴오버 개선 +10.24% | 2)손상 장벽 개선 +37.62%
3)피부 턴오버, 수분량, 장벽 기능, 주름, 리프팅, 모공, 윤기, 투명도, 피부결, 탄력

3 ↑

## 윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 91**



눈 깜빡할 사이,
흡수.

피부와 친밀한 고유의 텍스처가
순식간에 흡수되어 세안 후
피부 컨디션을 빠르게 회복합니다.

윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 92**





## 윤조에센스 6세대

First Care Activating Serum VI

구매하러 가기          오프라인 매장 안내

**Exhibit C**
**Page 93**

Document title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT

# 설화수의
# 지속가능한 내일.

윤조에센스 6세대는
천연유래지수 94%*의 포뮬러,
유리 중량이 감축된 용기, 재활용 플라스틱 캡,
FSC 인증 용지를 사용합니다.

*ISO 16128 가이드라인에 따라 계산한 지수
다만, 이 지수는 식품의약품안전처의 천연 화장품 기준에 따른
천연 화장품에 해당한다는 의미가 아님

# 26년간의 진화.

윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C**
**Page 94**

Document title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT



1997        2004        2009        2015        2020        2023

한국적인 미감을 계승해온 윤조에센스.
그 새로운 역사를 선보이는
윤조에센스 6세대를 만나보세요.

처음부터 끝까지 인삼의 힘으로

# 설화수 베스트셀러

시작은 윤조에센스로,
마무리는 자음생세럼과 자음생크림으로

윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기     오프라인 매장 안내

**Exhibit C**
**Page 95**

마무리는 자음생세럼과 자음생크림으로
피부에 인삼의 힘을 온전히 전달하세요.



리뷰(176)

★★★★★  4.8 / 5.0

인기순 ⌄

윤조에센스 6세대
First Care Activating Serum VI

구매하러 가기

오프라인 매장 안내

**Exhibit C
Page 96**

★★★★★
pump**
2023.10.10

30ml 윤조에센스 �ð 사용하네요몸엔 90ml로 구매해야함니다

★★★★★
star****
2023.10.08

고급진향이나서 만족하며 바르고있어요~바르자마자 피부에 쫙흡수되니깐이라 좋구요~
고급진향이나서 만족하며 바르고있어요~바르자마자 피부에 쫙흡수되니깐이라 좋구요~
고급진향이나서 만족하며 바르고있어요~바르자마자 피부에 쫙흡수되니깐이라 좋구요~다스면 계속…

★★★★★
hang****
2023.10.07

추석 직전이라 배송이 지연될좀 알았는데 빠른 배송 좋았습니다

★★★★★
dkyu****
2023.10.07



향이 좋아요..건조할때 사용하면 좋은것 같아요

★★★★★
real******

윤조에센스 가격이 부담스럽지만 소용량으로 살 수 있어서 덜 부담되네요요소용량 용기도 백자
디자인이라 고급져요길세 묽은 제형인데 촉촉하고 피부 속까지 보습을 채워줘요세안 후 첫에센스로
사용하면 다아니 에센스…

윤조에센스 6세대
First Care Activating Serum VI

**Exhibit C**
**Page 97**

구매하러가기

오프라인 배정 안내

Document Title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT

real
2023.10.06

사용중인데 다음단계 에센스, 크림 얹을때 궁합이 좋아요



➕ 더보기 (171)

## 함께 쓰면 좋은 제품



자음생세럼



자음생크림

## 유의 사항

### 전성분

정제수, 변성알코올, 부틸렌글라이콜, 베타인, 1,2-헥산다이올, 비스-피이지-18메틸에터다이메틸실레인, 글리세릴폴리메타크릴레이트, 프로판다이올, 카보머, 피피지-13-데실테트라데세스-24, 트로메타민, 글리세릴카프릴레이트, 황금추출물, 에틸헥실글리세린, 향료, 아데노신, 리모넨, 덱스트린, 카카오추출물, 메틸트라이메티콘, 다이소듐이디티에이, 잔탄검, 셀룰로오스검, 카라기난, 꿀, 마데카소사이드, 지황뿌리추출물, 펜틸렌글라이콜, 다이포타슘글리시리제이트, 3-O-에틸아스코빅애씨드, 타우린, 소엽맥문동뿌리추출물, 작약뿌리추출물, 마돈나백합비늘줄기추출물, 리날룰, 둥굴레뿌리줄기추출물, 바이오사카라이드검-1, 프로필렌글라이콜, 인삼추출물, 연꽃추출물, 낫검, 대추추출물, 호두추출물, 매실추출물, 시트로넬올, 시트랄, 제라니올, 하이드로제네이티드레시틴, 토코페롤, 시트릭애씨드

### 사용상의 주의 사항

1. 화장품 사용 시 또는 사용 후 직사광선에 의하여 사용부위가 붉은 반점, 부어오름 또는 가려움증 등의 이상 증상이나 부작용이 있는 경우 전문의 등과 상담할 것

---

## 윤조에센스 6세대
First Care Activating Serum VI

[ 구매하러 가기 ] [ 오프라인 매장 안내 ]

**Exhibit C
Page 98**

➕ 더보기 (171)

---

## 함께 쓰면 좋은 제품



자음생세럼            자음생크림

---

## 유의 사항

### 전성분

정제수, 변성알코올, 부틸렌글라이콜, 베타인, 1,2-헥산다이올, 비스-피이지-18메틸에터다이메틸실레인, 글리세릴폴리메타크릴레이트, 프로판다이올, 카보머, 피피지-13-데실테트라데세스-24, 트로메타민, 글리세릴카프릴레이트, 황금추출물, 에틸헥실글리세린, 향료, 아데노신, 리모넨, 덱스트린, 카카오추출물, 메틸트라이메티콘, 다이소듐이디티에이, 잔탄검, 셀룰로오스검, 카라기난, 꿀, 마데카소사이드, 지황뿌리추출물, 팬틸렌글라이콜, 다이포타슘글리시리제이트, 3-O-에틸아스코빅애씨드, 타우린, 소엽맥문동뿌리추출물, 작약뿌리추출물, 마돈나백합비늘줄기추출물, 리날룰, 둥굴레뿌리줄기추출물, 바이오사카라이드검-1, 프로필렌글라이콜, 인삼추출물, 연꽃추출물, 낫토검, 대추추출물, 호두추출물, 매실추출물, 시트로넬올, 시트랄, 제라니올, 하이드로제네이티드레시틴, 토코페롤, 시트릭애씨드

### 사용상의 주의 사항

1. 화장품 사용 시 또는 사용 후 직사광선에 의하여 사용부위가 붉은 반점, 부어오름 또는 가려움증 등의 이상 증상이나 부작용이 있는 경우 전문의 등과 상담할 것
2. 상처가 있는 부위 등에는 사용을 자제할 것
3. 보관 및 취급 시의 주의사항 가) 어린이의 손이 닿지 않는 곳에 보관할 것 나) 직사광선을 피해서 보관할 것

---

  

고객서비스센터(수신자요금부담) : 080-023-5454 (월~금: AM 09:00~PM 06:00)

© AMOREPACIFIC CORPORATION. All rights reserved.



**Exhibit C**
**Page 99**

Document title: 윤조에센스 6세대 | 설화수 한국
Capture URL: https://www.sulwhasoo.com/kr/ko/products/first-care-activating-serum-vi.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:21:09 GMT

Page 19 of 19



# Sulwhasoo



BEST SELLERS    SHOP    **HOLIDAY GIFTS** 🎁    FIRST CARE SERUM    CONCENTRATED GINSENG    ROUTINE FINDER          OFFERS    REWARDS    ABOUT US



**GLOBAL AMBASSADOR**

# ROSÉ

ROSÉ celebrates her own journey of beauty and heritage with Sulwhasoo.

## SULWHASOO REBLOOM WITH ROSÉ

ROSÉ, a member of BLACKPINK, represents Sulwhasoo's pioneer spirit as she has been a true leader and ambitious in pursuing her dream to become the talented artist she is today. Sulwhasoo gave her the role of brand ambassador and storyteller to embody every facet of the brand including heritage, innovation, and an endless forward-first mindset.







**Exhibit C**
**Page 100**

Document title: Global Ambassador ROSÉ – Sulwhasoo
Capture URL: https://us.sulwhasoo.com/pages/rose-ambassador
Capture timestamp (UTC): Wed, 11 Oct 2023 16:56:53 GMT





BEST SELLERS   SHOP   HOLIDAY GIFTS 🎁   FIRST CARE SERUM   CONCENTRATED GINSENG   ROUTINE FINDER   OFFERS   REWARDS   ABOUT US

 

# AMBASSADOR FILM

### MOTHER EARTH, SNOW, FLOWER AND SULWHASOO

"Mother Earth, Snow, Flower and Sulwhasoo" depicts Sulwhasoo's unique skin science, artistry and heritage that transcends time and generations.



# AMBASSADOR INTERVIEW

### FIRST ENCOUNTER WITH ROSÉ: Discover how ROSÉ and Sulwhasoo first met.

"I've really noticed some amazing changes to my skin since I started using Sulwhasoo. I feel like it's something I'd want to use for a long, long time."

**Exhibit C**
**Page 101**

Document title: Global Ambassador ROSÉ – Sulwhasoo
Capture URL: https://us.sulwhasoo.com/pages/rose-ambassador
Capture timestamp (UTC): Wed, 11 Oct 2023 16:56:53 GMT

Page 2 of 6



2 piece essential duo with $150 purchase, plus a 4 piece ultimate hydration set with $250 purchase

# Sulwhasoo

BEST SELLERS   SHOP   **HOLIDAY GIFTS** 🎁   FIRST CARE SERUM   CONCENTRATED GINSENG   ROUTINE FINDER   OFFERS   REWARDS   ABOUT US



# ROSÉ's ROUTINE

Discover ROSÉ's Must-Have Items



**First Care Activating Serum VI**

Add to Cart

**Concentrated Ginseng Renewing Serum**

Add to Cart

**Concentrated Ginseng Renewing Cream**

Add to Cart

SULWHASOO FLAGSHIP STORE

**Exhibit C**
**Page 102**



Shop limited edition holiday gifts


**Sulwhasoo**

BEST SELLERS   SHOP   **HOLIDAY GIFTS** 🎁   FIRST CARE SERUM   CONCENTRATED GINSENG   ROUTINE FINDER          OFFERS   REWARDS   ABOUT US

# SULWHASOO FLAGSHIP STORE

### ROSÉ IN BUCKHON



## THE HOUSE OF SULWHASOO BUKCHON WITH ROSÉ

Sulwhasoo's flagship store, the House of Sulwhasoo Bukchon, represents the values and aesthetics of Korean tradition through contemporary interpretation. Come alongside ROSÉ as she explores the House of Sulwhasoo Bukchon.

# EPISODE 1: HERITAGE

"I think this Sulwhasoo Bukchon house is one of the most beautiful houses I've ever seen." One of ROSÉ's all-time favorites is the House of Sulwhasoo. Explore the heritage she discovered in Bukchon.



**Exhibit C**
**Page 103**



BEST SELLERS   SHOP   **HOLIDAY GIFTS** 🎁   FIRST CARE SERUM   CONCENTRATED GINSENG   ROUTINE FINDER        OFFERS   REWARDS   ABOUT US



# EPISODE 2: MY FAVORITE BEAUTY

From First Care Activating Serum VI to Concentrated Ginseng Renewing Cream and Serum, ROSÉ is obsessed with her beauty regimen.



## FROM 1932

The House of Sulwhasoo originated from a Han-ok, a Korean Traditional House built in the 1930s. Like a woman with great taste decorating her own space, Sulwhasoo has been decorating this house for many years. Discover The Heritage of Sulwhasoo inherited



**Exhibit C
Page 104**



BEST SELLERS    SHOP    **HOLIDAY GIFTS** 🎁    FIRST CARE SERUM    CONCENTRATED GINSENG    ROUTINE FINDER        OFFERS    REWARDS    ABOUT US

# FROM 1932

The House of Sulwhasoo originated from a Han-ok, a
Korean Traditional House built in the 1930s. Like a
woman with great taste decorating her own space,
Sulwhasoo has been decorating this house for many
years. Discover The Heritage of Sulwhasoo inherited
through the traditional aesthetics of Korea.





# TO 2023

In the 1960s, the House of Sulwhasoo was
refurbished into a Western-style house. This
organic connection of the traditional house to
the modern house represents Sulwhasoo's
vision of a contemporary interpretation of
values and aesthetics of Korean tradition.

**Customer Care**

FAQs

Contact Us

Shipping & Returns

Refund policy

Store Locator

Treasured Rewards
Loyalty Membership
Terms

About Afterpay

**About Sulwhasoo**

About Us

First Care Activating
Serum

Treasured Rewards

About Subscriptions

Stockists

Accessibility

**Sulwhasoo Global**

Korea

China

Thailand

Singapore

**Join Our Community**

Receive 15% off your next order and be the first to know about new launches, access to
exclusive deals, and more.

Your Email Address ✉

☐ By submitting this form, you consent to Sulwhasoo's Privacy Policy and Terms of Service. For further
information about how we use your information, please see Financial Incentives disclosure section of our
Privacy Policy. You may withdraw your consent or manage your preferences at any time by clicking the
unsubscribe link at the bottom of any of our marketing emails.

Sign Up

© 2023 AMOREPACIFIC US, INC. All rights reserved.
Accessibility  |  Terms of Service  |  Privacy Policy  |  Cookies & Ads

**Exhibit C
Page 105**

Document title: Global Ambassador ROSÉ – Sulwhasoo
Capture URL: https://us.sulwhasoo.com/pages/rose-ambassador
Capture timestamp (UTC): Wed, 11 Oct 2023 16:56:53 GMT

메이크업 > 페이스 > 쿠션



#네오로르초밀착    #심리스핏

# 네오 쿠션_매트

NEO CUSHION_MATTE

"

한번의 터치로 *50시간 무너짐 없는 완벽한 피부를
완성하는 하이퍼 슬림 쿠션 (*색상지속력)

13N1 아이보리

15g*2                                                45,000원

**AMORE MALL 에서 구매하기**

라네즈 명동 쇼룸 방문하기

---

상품 특징          사용 리뷰(1,256)          전성분/주의사항



**Exhibit C**
**Page 106**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



더 가볍게 더 빛나게
네오로 초-밀착

 네오 쿠션_매트
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 107**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



# NEO NOW
# NEW NEO

마스크 묻어남 없는 쿠션은 이제 그만.
지금부터 또 다시 네오의 시대로



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 108**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



더 가벼워진
더 강력해진
**LIGHT FIT**



네오의 SKIN BOOSTER
COMPLEX™로
피부 속부터 빛나게
**LIGHT ON**



전에 없던 편리함
**NEO DOT**



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C
Page 109**



ALWAYS ON
NEO

30명의 쿠션 찐 - 고객의 솔직한
Voice를 통해 **다시 태어난 NEW NEO**



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C
Page 110**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



"놓치지 않을거예요"
네오의 자랑
**가벼움과 밀착력**

"이젠 부족함이 없어요"
**얇지만 강력한 커버**



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C
Page 111**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



이제 작은 파우더만으로는 부족하다.



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 112**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



작게 쪼개고, 넓게 퍼뜨리는
네오의 **2STEP SEAMLESS 공법**

**KEY BENEFIT 1**

더 가벼워지고, 더 밀착되어
피부로 느끼는
**LIGHT - SEAMLESS FIT**

네오의 **SEAMLESS** 기술로
0.17μm 초미세 입자의 파우더가



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 113**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT

Page 8 of 18



피부에 얇고 균일하게 블렌딩되어

**더 얇아졌지만
더욱 세밀해진 커버력**

**KEY BENEFIT 2**

피부가 진짜 좋아지는!
**NEO SKIN BOOSTER COMPLEX**™

판테놀
**탄력**

연꽃 추출물
**항산화**

블루
히알루론산
**수분 보습**

+ 콘민트 추출물 **오일컨트롤**

---



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C
Page 114**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



 네오 쿠션_매트
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 115**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



**99.99**%

*기존 자사 제품 대비
**터치 10회 후 피부 밝기 값을 측정한 인체적용시험 결과

"혹시



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 116**



# CUSHION ON
# THE TOP

NEO DOT은 쿠션을 사용할 때
퍼프가 마음처럼 되지 않아
불편했던 경험에서 시작되었습니다.

더 이상의 불편함은 없도록
NEO가 새로운 경험을 선사합니다.

이제는 DOT이 없는 세상으로 돌아갈 수 없는 !



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 117**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT

쿠션을 사용할 때마다 퍼프의
**칼집모양 포켓이 열렸다 - 닫혔다** 하며
내용물을 머금고 - 뿜어내는
**#초밀착 칼집 퍼프**



얇고 균일한 커버는 물론
식물유래성분 함유로
피부에 닿는 순간까지 편안하게!

| | |
|---|---|
| 퍼브가 피부에 닿을 때 편안한 느낌이다 | **96.97**% |

*24시간 후 만족도 조사 결과



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C
Page 118**



새로워진 네오쿠션은

기존보다 **더 가벼워졌지만**

***50시간** 변함없이 지속되고


**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 119**



**더 강력해진 커버**와 함께



24시간 꽉 찬 **수분보습력**은 물론

놓칠 수 없는 **MILD**한 **FORMULA**까지

✓ 하이포알러지 테스트 합격
✓ 민감피부 1차 자극 테스트 합격

*색상 지속력

## 먼저 써 본 사람이 말합니다.

| | |
|---|---|
| 가볍고 얇게 발리는 느낌이다. | **96.97%** |
| 사용 후 끈적이지 않고 보송하게 마무리된다. | **96.97%** |
| 피부 색이 어둡거나 칙칙해지지 않고 유지된다. | **90.91%** |

*24시간 후 만족도 조사 결과

## NEO COLOR GUIDE



13N1 아이보리
IVORY



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 120**





| | MATTE | GLOW |
|---|---|---|
| | Always Matte | Always Glow |
| 피부표현 | Always Matte | Always Glow |
| 촉촉함 | ●●●◐ | ●●●●● |
| 커버력 | ●●●●● | ●●●● |
| 가벼움 | ●●●●● | ●●●●● |

브르치알르르산(스브보스)



**네오 쿠션_매트**
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 121**

| | 블루히알루론산(수분보습) | |
|---|---|---|
| 스킨케어링 | + 판테놀(탄력) | + 판테놀(탄력) |
| | + 연꽃추출물(항산화) | + 연꽃추출물(항산화) |
| | 콘민트추출물(오일컨트롤) | 비타민C(광채) |
| | | + 나이아신아마이드(미백) |

AMORE MALL REVIEWS

## 1,256개의 소중한 상품 리뷰

★★★★★ 4.7 / 5.0

전체 | 포토리뷰                                          작성일순 ▼

★★★★☆
agas**** | 2023.10.10
늘 사용하는 제품입니다. 출시되고 꾸준
히 주문하게 뭘 정도로 아주 만족도 높은
제품입니다. 제품 디자인도 만족스럽고
내용물도 제가 딱 원하는 스타일로 피부
에 확 감기고 좋네요 …
더보기


★★★★☆
agas**** | 2023.10.10
늘 사용하는 제품입니다. 출시되고 꾸준
히 주문하게 뭘 정도로 아주 만족도 높은
제품입니다. 제품 디자인도 만족스럽고
내용물도 제가 딱 원하는 스타일로 피부
에 확 감기고 좋네요 …
더보기


★★★★☆
lis3** | 2023.10.10
늘 사용하는 제품입니다. 출시되고 꾸준
히 주문하게 뭘 정도로 아주 만족도 높은
제품입니다. 제품 디자인도 만족스럽고
내용물도 제가 딱 원하는 스타일로 피부
에 확 감기고 좋네요 …
더보기


★★★★☆
lis3** | 2023.10.10
늘 사용하는 제품입니다. 출시되고 꾸준
히 주문하게 뭘 정도로 아주 만족도 높은
제품입니다. 제품 디자인도 만족스럽고
내용물도 제가 딱 원하는 스타일로 피부
에 확 감기고 좋네요 …
더보기

★★★★★
moon***** | 2023.10.10
라이브 방송으로 라네즈 네오 쿠션(리필
포함) 구입했습니다. 라이브 방송으로 구
매하니까 립밤도 주고 12프로 라방단독
쿠폰도 주고 넘 좋더라구요. 여분으로 쓸
려고 이번에 샀는데 …
더보기

★★★★★
rlag***** | 2023.10.10
좋아요. 너무 피부화장이 이쁘게되어 만
족합니다. 양조절이 잘되어 마음에들어
요. 퍼프도 구멍이 숭숭나서 신기하고 일
단 케이스가 넘 . 이뻐서 가지고다니기 좋
아요. 크기도 알 …
더보기

네오 쿠션_매트
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 122**

Document title: 네오 쿠션_매트 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-matte.html
Capture timestamp (UTC): Wed, 11 Oct 2023 17:16:06 GMT



★★★★☆

jaem****** | 2023.10.09

라네즈 네오쿠션이 지성 피부에 맞게 나온 쿠션이라고 알고 있는데 리뉴얼 되고 는 아직 사용을 해보진 못했지만 라방 혜택가로 구매할 수 있어서 좋았네요 주황색 닷이 포인트가 되 …

더보기

★★★★★

0108******* | 2023.10.08

초창기에 첫구매했던게 2020년이었는데 당시 매트한걸 사용 안해본 저로서는 첫 사용감은 별로였어요. 다 뜨는 느낌. 그런데 현재의 제 수부지인 제 피부엔 없어서는 안될 익템이 …

더보기

★★★★★

Pian*** | 2023.10.08

네오쿠션 21은 쓰다 17로 첨바꿔봐요.

◁ **1** 2 3 4 5 ▷

주의사항 +

전성분 −

13N1 아이보리 ∨

정제수, 티타늄디옥사이드 (CI 77891), 메틸트라이메티콘, 호모살레이트, 카프릴릴메티콘, 티타늄디옥사이드, 다이메티콘, 트라이메틸실록시실리케이트, 피이지-10다이메티콘, 부틸렌글라이콜, 글리세린, 실리카, 황색산화철, 라우릴피이지-8다이메티콘, 아크릴레이트/다이메티콘코폴리머, 1,2-헥산다이올, 에이치디아이/트라이메틸올헥실락톤크로스폴리머, 실리카다이메티콘실릴레이트, 알루미늄하이드록사이드, 다이스테아다이모늄헥토라이트, 마이카, 소듐클로라이드, 아이소프로필티타늄트라이아이소스테아레이트, 적색산화철, 비스-피이지-15다이메티콘/아이피디아이코폴리머, 비닐다이메티콘/메티콘실세스퀴옥세인크로스폴리머, 향료, 알루미나, 카프릴릴글라이콜, 트라이하이드록시스테아린, 스테아릭애씨드, 다이메티콘/폴리글리세린-3크로스폴리머, 에틸헥실글리세린, 판테놀, 트라이에톡시카프릴릴실레인, 다이소듐이디티에이, 피이지-2소이아민, 시메티콘, 흑색산화철, 콘페리틸알추출물, 하이드롤라이즈드하이알루로닉애씨드, 시트로넬올, 제라니올, 리모넨, 다이프로필렌글라이콜, 연꽃추출물, 하이드록시시트로넬알, 소듐시트레이트, 토코페롤



회사소개    서비스이용약관    개인정보처리방침    영상정보처리방침    뷰티포인트    사이트맵    공지사항

고객상담실 (수신자요금부담) 080-023-5454 | 운영시간 : 월~금 09:00 ~ 18:00

한국/한국어 ∧

네오 쿠션_매트
NEO CUSHION_MATTE

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 123**

LANEIGE

메이크업 > 페이스 > 쿠션





#네오로초밀착　#광채커버

## 네오 쿠션_글로우

NEO CUSHION_GLOW

"

다이아몬드 펄과 스킨케어 성분으로 피부 속부터 24시간
맑게 빛나는 광채를 선사하는 글로우 쿠션

13N1 아이보리

15g*2                                45,000원

AMORE MALL 에서 구매하기

라네즈 명동 쇼룸 방문하기

상품 특징          사용 리뷰(360)        전성분/주의사항



**Exhibit C**
**Page 124**



네오 쿠션_글로우
NEO CUSHION_GLOW



AMORE MALL 에서 구매하기

**Exhibit C**
**Page 125**

Document title: 네오 쿠션_글로우 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-glow.html?c=4
Capture timestamp (UTC): Wed, 11 Oct 2023 17:17:19 GMT



# NEO NOW
# NEW NEO

마스크 묻어남 없는 쿠션은 이제 그만.
지금부터 또 다시 네오의 시대로



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 126**

Document title: 네오 쿠션_글로우 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-glow.html?c=4
Capture timestamp (UTC): Wed, 11 Oct 2023 17:17:19 GMT



더 가벼워진
더 강력해진
**LIGHT FIT**

네오의 SKIN BOOSTER COMPLEX™로
피부 속부터 빛나게
**LIGHT ON**

전에 없던 편리함
**NEO DOT**





네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 127**



 **네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C
Page 128**



네오 쿠션_글로우
NEO CUSHION_GLOW



AMORE MALL 에서 구매하기

**Exhibit C**
**Page 129**



이제 작은 파우더만으로는 부족하다.



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 130**





작게 쪼개고, 넓게 퍼뜨리는
네오의 **2STEP SEAMLESS 공법**

**KEY BENEFIT 1**

더 가벼워지고, 더 밀착되어
피부로 느끼는
**LIGHT - SEAMLESS FIT**

네오의 **SEAMLESS** 기술로
0.17um 초미세 입자의 파우더가



네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 131**

피부에 얇고 균일하게 블랜딩되어

## 더 얇아졌지만
## 더욱 세밀해진 커버력

**KEY BENEFIT 2**

피부가 진짜 좋아지는!
## NEO SKIN BOOSTER COMPLEX™

판테놀
**탄력**

연꽃 추출물
**항산화**

블루
히알루론산
**수분 보습**



+ 비타민C **광채**
+ 나이아신아마이드 **미백**

---



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 132**

Document title: 네오 쿠션_글로우 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-glow.html?c=4
Capture timestamp (UTC): Wed, 11 Oct 2023 17:17:19 GMT

Page 9 of 18





3년만에 드러내는 Naked Skin.
네오는 이제 **TOUCH FREE** 시대

*1.5배 더 밀착되어
Mask Proof 그 이상의
어떤 터치로부터도 자유로운 세상으로.

** 터치프리 효과



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 133**





**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 134**



# CUSHION ON
# THE TOP

NEO DOT은 쿠션을 사용할 때
퍼프가 마음처럼 되지 않아
불편했던 경험에서 시작되었습니다.

더 이상의 불편함은 없도록
NEO가 새로운 경험을 선사합니다.

이제는 DOT이 없는 세상으로 돌아갈 수 없는 !

---



네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C
Page 135**



멤브레인 구조의 촘촘한 코팅 표면이
리퀴드 입자를 얇게 도포하여
얇고 균일한 윤기&광채 룩을 구현하는
**#글로우 코팅 퍼프**

식물유래 성분이 함유된
부드러운 퍼프로
피부에 닿는 순간까지 편안하게!

퍼브가 피부에 닿을 때
편안한 느낌이다

**96.66**%

*사용 직후 만족도 조사 결과



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 136**



새로워진 네오쿠션은

기존보다 **더 가벼워졌지만**

*50시간 변함없이 지속되고

더 강력해진 **커버**와 함께



**네오 쿠션_글로우**
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 137**

Document title: 네오 쿠션_글로우 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-glow.html?c=4
Capture timestamp (UTC): Wed, 11 Oct 2023 17:17:19 GMT

Page 14 of 18



24시간 꽉 찬 **수분보습력**은 물론

놓칠 수 없는 **MILD한 FORMULA**까지

✓ 하이포알러지 테스트 합격

✓ 민감피부 1차 자극 테스트 합격

*색상 지속력

# 먼저 써 본 사람이 말합니다.

| | |
|---|---|
| 피부에 광채가 도는 느낌이다. | **100%** |
| 피부에 밀착이 잘 된 느낌이다. | **100%** |
| 사용 시 피부톤이 균일하게 커버되는 느낌이다. | **100%** |
| 주변 사람들에게 추천할 의사가 있다. | **100%** |

*24시간 후 만족도 조사 결과

# NEO COLOR GUIDE



13N1 아이보리
IVORY



네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 138**



17C1 쿨 바닐라
COOL VANILLA

21N1 베이지
BEIGE

21C1 쿨 베이지
COOL BEIGE

23N1 샌드
SAND

25N1 탠
TAN



| | MATTE | GLOW |
|---|---|---|
| 피부표현 | Always Matte | Always Glow |
| 촉촉함 | 🔴🔴🔴◗ | 🔴🔴🔴🔴🔴 |
| 커버력 | 🔴🔴🔴🔴🔴 | 🔴🔴🔴🔴 |
| 가벼움 | 🔴🔴🔴🔴🔴 | 🔴🔴🔴🔴🔴 |
| | 블루히알루론산(수분보습)<br>+ 판테놀(탄력) | 블루히알루론산(수분보습)<br>+ 판테놀(탄력) |



네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 139**

| 스킨케어링 | + 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>콘민트추출물(오일컨트롤) | + 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>비타민C(광채)<br>+ 나이아신아마이드(미백) |
| --- | --- | --- |

### AMORE MALL REVIEWS
## 360개의 소중한 상품 리뷰

★★★★★   4.7 / 5.0

전체  |  포토리뷰                                                            작성일순  ▾

---

★★★★★
chan★★★★★ | 2023.10.07
피부톤에 잘 맞고 얇게 잘 마무리되고 글
로시하게 표현됩니다.

★★★★★
huiz★★★★ | 2023.10.05
네오쿠션 매트 너무 만족스러워서 글로
시도 사용해봤는데 촉촉함 있네요~~

★★★★★
bes0★★★ | 2023.10.05
제피부에 조금밝은 느낌이지만 끈적임없
이 좋아요

---

★★★★★
choc★★★★★ | 2023.10.05
케이스가 너무 귀여워서 좋아요. 화장할
때마다 기분이 좋아지네요 글로우해서
피부가 좋아보이는 효과가 있어요 퍼프를
고정해주는 핀이 처음엔 도움이 될까 싶
었는데 쓰면 쓸수 …
더보기



★★★★★
gane★★★★★ | 2023.10.04
피부가 건조한 편이라 매트보다 글로우
가 더 맞는 것 같아요 두 가지 다 사서 써
봤는데 아무래도 발림성이나 피부 표현
에 차이가 있어요 본품에 리필까지 들어
있어 한동안 잘 쓰겠 …
더보기



★★★☆☆
suhe★★★★★ | 2023.10.03
완전 건성이 겨울에 쓰시기에 좋을거같아
요촉촉함과 글로시는 정말 마음에 들지
만 수부지인 저는 메이크업한 직후는 만
족하나 한두시간후부터는 굉장히 지저분
해보이더라구 …
더보기

★★★★★
spyp★★ | 2023.09.24
라네즈 쿠션 매트 쓰다가 이제 가을이니
깐쿨로우로 구매해보았어요글로우는 색
도 제 취향이네요핑크가 넘 이쁜 핑크에
요글로우도가 있어서 사계절을 라네즈 쿠

---

★★★★☆
jess★★★★★★ | 2023.10.01

★★★★★
isee★★★ | 2023.09.25

---

네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C**
**Page 140**

Document title: 네오 쿠션_글로우 | 라네즈 한국
Capture URL: https://www.laneige.com/kr/ko/makeup/neo-cushion-glow.html?c=4
Capture timestamp (UTC): Wed, 11 Oct 2023 17:17:19 GMT



★★★★☆

jess****** | 2023.10.01

피부 타입이 건성이라 가을과 겨울에 사용하기에 좋다는 생각입니다~네오쿠션 매트는 여름에 이 쿠션은 조금 더 건조한 가을과 겨울에 사용하기에 적합해서 계절에 따라 피부에 맞 …

더보기

★★★★★

isee*** | 2023.09.25

리뉴얼전 네오쿠션도 사용해봤지만확실히 리뷰된 이런 제품이 훨~씬 좋습니다 글로우 제품이지만 유분감이 과하지 않고 촉촉하며어느정도 커버도 되고 소량으로 펴발라도 에 …

더보기

★★★★★

spyp** | 2023.09.24

라네즈 쿠션 매트 쓰다가 이제 가을이니 깐글로우로 구매해보았어요글로우는 색도 제 취향이네요핑크가 넘 이쁜 핑크여요글로우가 있어서 사계절용 라네즈 쿠션으로 쓰게되네요 …

더보기

< **1** 2 3 4 5 >

주의사항 +

전성분 −

13N1 아이보리 ∨

정제수, 페닐트라이메티콘, 티타늄디옥사이드 (CI 77891), 호모살레이트, 티타늄디옥사이드, 카프릴릴메티콘, 글리세린, 라우릴피이지-10트리스(트라이메틸실록시)실릴에틸다이메티콘, C12-15알킬벤조에이트, 트라이메틸실록시실리케이트, 피이지-10다이메티콘, 보이피/왁사데센코폴리머, 나이아신아마이드, 아이소도데케인, 다이스테아다이모늄헥토라이트, 폴리메닐실세스퀴옥세인, 1,2-헥산다이올, 황색산화철, 아크릴레이트/폴리트라이메틸실록시메타크릴레이트코폴리머, 다이메티콘, 알루미늄하이드록사이드, 소듐클로라이드, 솔비탄세스퀴올리에이트, 글리세릴스테아레이트시트레이트, 비스머스옥시클로라이드, 다이소듐스테아로일글루타메이트, 향료, 다이메티콘/폴리글리세릴-3크로스폴리머, 알루미나, 카프릴릴글라이콜, 폴리하이드록시스테아릭애씨드, 스테아릭애씨드, 적색산화철, 에틸헥실하이드록시스테아레이트, 판테놀, 글리세릴카프릴레이트, 에틸헥실글리세린, 트라이에톡시카프릴릴실레인, 흑색산화철, 에틸헥실팔미테이트, 레시틴, 아이소스테아릭애씨드, 아이소프로필팔미테이트, 다이소듐이디티에이, 시메티콘, 스테아로일글루타믹애씨드, 폴리글리세릴-3폴리리시놀리에이트, 아스코빅애씨드, 하이드롤라이즈드하이알루로닉애씨드, 시트로넬올, 제라니올, 리모넨, 다이프로필렌글라이콜, 부틸렌글라이콜, 연꽃추출물, 하이드록시시트로넬알, 소듐시트레이트, 토코페롤, 소듐벤조에이트, 락틱애씨드, 포타슘솔베이트, 다이아몬드가루, 잔탄검

회사소개   서비스이용약관   **개인정보처리방침**   영상정보처리방침   뷰티포인트   사이트맵   공지사항

고객상담실 (수신자요금부담) 080-023-5454 | 운영시간 : 월~금 09:00 ~ 18:00

한국/한국어 ∧



네오 쿠션_글로우
NEO CUSHION_GLOW

AMORE MALL 에서 구매하기

**Exhibit C
Page 141**

# EXHIBIT D



March 30, 2020

Ian J. Block
Attorney at Law

Tel 312.269.2960
Fax 312.578.1548
iblock@nge.com

**VIA FEDERAL EXPRESS AND EMAIL (SUNSHINEMALLKOREA@GMAIL.COM)**

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
8311 Fontainbleu Way
Cypress, California 90630

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
14747 Artesia Blvd, Suite 4C
La Mirada, California 90638

      Re:    **Unauthorized Sales of Amorepacific Products at SM Korea Beauty**

Dear Mr. Kim:

      We are intellectual property litigation counsel to Amorepacific Corporation, the owner of many of the most well-known cosmetics brands in Korean beauty (https://amorepacific.com).  We are writing because we recently became aware of Sunshine Mall's (d/b/a Sunshine Mall Korea Beauty and SM Korea Beauty) unauthorized sale to U.S. consumers of international versions of Amorepacific products that are not intended or authorized for sale in the United States through your SM Korea Beauty store (https://smkoreabeauty.com/).

      As you likely know, Amorepacific is the largest cosmetics manufacturer in South Korea and among the largest in the world, providing its global customers with a total package of beauty and health solutions through 30 brands spanning beauty, household, and healthcare products.  The company's product lines include some of the best-selling and most renowned in Korean beauty, including such premiere brands as SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, and INNISFREE, among many others.  The company's immense success and industry leadership are attributable to many factors, including Amorepacific's long history of innovation, cutting edge technology, brand development and integrity, high-quality ingredients (including Asian botanicals and other ingredients from patented complexes), and deep commitment to customer care.

      As a result of Amorepacific's remarkable success around the world, it has developed significant consumer goodwill in its various brands.  In addition to substantial sales, advertising, quality control, and enforcement efforts, Amorepacific has obtained numerous trademark registrations in various jurisdictions around the world to protect its significant rights in these brands.  Among these, and relevant here, Amorepacific owns over 15 U.S. federal trademark registrations for its SULWHASOO brand (including, for example, U.S. Reg. No. 3,962,642, a copy of which is enclosed).  These registrations cover all forms of "cosmetics," including such

**Exhibit D
Page 143**



Sunshine Mall, Inc.
March 30, 2020
Page 2

specific cosmetics items as "skin lotions, foundation creams, eye creams, cosmetic nourishing creams, cosmetic skin fresheners, make-up powder, [and] cosmetic creams for skin care."  Under U.S. federal law, these registrations confer upon Amorepacific exclusive rights to ownership of its marks for the registered goods.

We recently became aware that, long after Amorepacific secured its various trademark registrations, Sunshine Mall has been selling versions of Amorepacific's SULWHASOO products that are intended to be sold only in international markets to consumers in the United States through the SM Korea Beauty store (https://smkoreabeauty.com/).  Representative screen captures of these unauthorized product listings are enclosed.

The international products you are selling—known as "gray market" goods when sold in the United States without Amorepacific's approval—are materially different from the authorized U.S. versions of these products that Amorepacific specifically intends to be offered in the United States through Amorepacific's exclusive distribution chain.  In particular, the gray market products you sell to U.S. consumers may include at least the following material differences, each of which is cognizable under the relevant U.S. laws, regulations, and court decisions:

- The specific compositions and formulations of Amorepacific's authorized and gray market products can differ because certain ingredients included in the gray market versions are not expressly authorized by U.S. Food and Drug Administration requirements for ingredients that may be included in authorized products sold in the United States.  19 CFR § 133.2(e)(1)-(2).

- The packaging and labeling for the unauthorized products are not intended to conform to U.S. legal and regulatory requirements, including with respect to FDA labeling requirements and, in some instances, U.S. advertising law under the Lanham Act, 15 U.S.C. § 1051, *et. seq.*  19 CFR § 133.2(e)(4).

- Consumers who purchase unauthorized Amorepacific cosmetics products are likely to be confused and disappointed when they learn that there is no actionable warranty in the United States on those products.  19 CFR § 133.2(e)(5).

- International versions of SULWHASOO products oftentimes do not include English-language ingredient lists and directions for use.  19 CFR § 133.2(e)(5). The absence of such information in English for products sold in the United States can pose dangers to consumers of these products.  For example, a consumer could inadvertently use one of your unauthorized products that contains ingredients to which the consumer is allergic if the consumer is unable to read the product's ingredients.

- Because the unauthorized gray market products you sell are imported and sold outside of Amorepacific's authorized—and optimized—distribution channel, they



Sunshine Mall, Inc.
March 30, 2020
Page 3

likely take longer to reach end consumers, resulting in consumers receiving either nearly expired or expired (and thus potentially ineffective) products.

In these ways, and likely many others, your unauthorized sales of materially different foreign products to U.S. consumers are likely to confuse and disappoint them, and could even cause them physical injury. Consumers buying from you are likely to believe—mistakenly—that the Amorepacific products you sell are authorized for sale in the United States and/or that your sales are somehow endorsed or approved by Amorepacific, even though that is not the case. Your actions also harm Amorepacific by undermining the goodwill in Amorepacific's brands as a result of consumer confusion your unauthorized products create, and by potentially exposing Amorepacific legal and regulatory liability from the existence of potentially non-conforming Amorepacific products in the U.S. marketplace. Furthermore, your diversion of sales from Amorepacific's authorized U.S. distribution channels undermines Amorepacific's relationships with its legitimate U.S. distributors and licensees, causing yet further damage.

For all of these reasons, your sale of unauthorized foreign versions of Amorepacific products that are materially different from authorized U.S. versions thus constitutes federal trademark infringement and unfair competition, as well as deceptive trade practices, unfair competition, and tortious interference with Amorepacific's contracts with its authorized distributors in violation of applicable state laws. These illegal activities expose you to legal liability, and entitle Amorepacific to injunctive and monetary relief. Moreover, now that you are on notice of Amorepacific's rights and available claims against your unauthorized sales, if you continue to sell these gray market products, your infringing conduct may be deemed willful, in which case a court would order you to pay enhanced damages and attorneys' fees.

In addition to these unauthorized and unlawful activities, we also note that you are offering Amorepacific's HERA products through your SM Korea Beauty store, as shown in the enclosed representative screen captures (https://smkoreabeauty.com/collections/hera). These products also are intended for sale in other jurisdictions, but not the United States. Accordingly, similar to the unauthorized foreign versions of Amorepacific products described above, these products are not tailored to satisfy U.S. FDA regulations and other U.S. laws, and thus exhibit a number of material differences from authorized Amorepacific's other authorized U.S. products. Your sale of these unauthorized HERA products in the United States in violation of U.S. law creates additional legal liability for you and causes further harm to Amorepacific's business and brands.

**Exhibit D**
**Page 145**



NEAL GERBER EISENBERG

Sunshine Mall, Inc.
March 30, 2020
Page 4

Notwithstanding these circumstances, Amorepacific would prefer to resolve this matter amicably so that both parties may avoid the unnecessary expense and burden of litigation. In order to begin to work toward an amicable resolution, however, we require Sunshine Mall's written agreement that you will:

1.   Immediately cease any and all current and planned use, sales, advertising, and other promotion of foreign versions of Amorepacific products in the United States or to consumers in the United States. This prohibition includes at least the following Amorepacific brands: SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, INNISFREE, ESPOIR, ARITAUM, HANYUL, HAPPY BATH, IOPE MISE EN SCENE, RYO, and PRIMERA;

2.   Immediately take down the SULWHASOO brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/sulwhasoo) and all listings for SULWHASOO products;

3.   Immediately take down the HERA brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/hera) and all listings for HERA products;

4.   Certify in writing that you have destroyed or will promptly destroy all inventory of gray market Amorepacific products;

5.   Identify the sources of and methods for obtaining the gray market products you have offered and sold to date; and

6.   Agree to standard terms, such as maintaining confidentiality of its agreements with Amorepacific in this matter; not enabling or assisting third parties to breach the foregoing agreements; not challenging any of Amorepacific's trademark rights, including any of its applications or registrations for any of its trademarks; and not representing the existence of any approval, sponsorship, authorization, or affiliation by or between you and Amorepacific.

Please confirm your agreement to these terms by completing the signature block at the end of this letter and returning it to us. Although Amorepacific prefers an amicable resolution of this matter, in the absence of a prompt and acceptable response, we will be forced to consider pursuing all available legal options on behalf of our client. To that end, we need to receive your response by no later than Monday, April 13, 2020.

**Exhibit D**
**Page 146**

 NEAL GERBER EISENBERG

Sunshine Mall, Inc.
March 30, 2020
Page 5


      We are willing to discuss this issue with you by phone or in writing, and we look forward to hearing from you very soon.  In the meantime, Amorepacific reserves all rights and remedies.

Very truly yours,

Ian J. Block

IJB
Enclosures




**<u>UNDERSTOOD AND AGREED</u>:**


| **Sunshine Mall, Inc.** | **Tae Woong Kim** |
| **d/b/a Sunshine Mall Korea Beauty** | |
| **d/b/a SM Korea Beauty** | |

Signature: _____     Signature: _____

Name: _____

Title: _____     Date: _____

Date: _____

**Exhibit D**
**Page 147**



# United States of America
## United States Patent and Trademark Office

# SULWHASOO

**Reg. No. 3,962,642**

AMOREPACIFIC CORPORATION (REPUBLIC OF KOREA CORPORATION)
181, 2-KA, HANGANG-RO, YONGSAN-KU

**Registered May 17, 2011** SEOUL, REPUBLIC OF KOREA 140-777

**Int. Cl.: 3**

FOR: SKIN LOTIONS, FOUNDATION CREAMS, EYE CREAMS; COSMETIC NOURISHING CREAMS; COSMETIC SKIN FRESHENERS; MAKE-UP POWDER; COSMETICS; COSMETIC CREAMS FOR SKIN CARE; SHAMPOOS; DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 5-1-1997, IN COMMERCE 10-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,764,970.

THE WORDING "SULWHASOO" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 77-847,373, FILED 10-13-2009.

TEJBIR SINGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Exhibit D**
**Page 148**



Q Search     Log in   Sign up        🛒 Cart (0)



**HOME**

**BRAND** -

**SULWHASOO**
DONGINBI
MEDI PEEL
ILDONG
HERA
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

SKIN CARE +

MAKEUP +

CLEANSING +

마스크 & 손 세정제

HOME SKIN CARE

[f] [instagram]

Home › SULWHASOO

# SULWHASOO

Filter by ▾     Best selling ▾

Sulwhasoo

Holistic beauty from Asian wisdom Inspired by Asian philosophy, which values harmony between nature and humans and balance between body and mind, Sulwhasoo revives legendary Asian medicinal herbs with the advanced modern science. Sulwhasoo offers ultimate skin solution that treats the skin from deep inside and delivers holistic beauty where the body and mind are in optimum balance.



Sale

Sulwhasoo Essential Duo Set 2019
Sulwhasoo
$97.99 ~~$124.99~~



Sale

Sulwhasoo First Care Activating Serum EX 60ml / 90ml
Sulwhasoo
On Sale from $69.99
~~$120.00~~

🎁 limited promotion



Sale

Sulwhasoo Snowise Brightening Cushion SPF50+/PA+++ 0.49 fl.oz. x 2 (14g x 2)
Sulwhasoo
$44.99

🎁 Rewards



**Exhibit D**
**Page 149**

Sulwhasoo
$97.99 $124.99

/ 90ml
Sulwhasoo
On Sale from $69.99
$120.00

SPF50+ /PA++++ 0.49
fl.oz. x 2 (14g x 2)
Sulwhasoo
$44.99 $65.00







Sulwhasoo Essential
Firming Cream 2.54 oz
(75 ml)
Sulwhasoo
$74.99 $99.99

Sulwhasoo Gentle
Cleansing Foam (200ml)
Sulwhasoo
$29.99

Sulwhasoo Snowise EX
Whitening Special Set
Sulwhasoo
$109.99 $139.99







Sulwhasoo Timetreasure
Invigorating Water Lotion
4.23 oz (125 ml)
Sulwhasoo
$84.99 $120.00

Sulwhasoo Overnight
Vitalizing Mask (118ml)
Sulwhasoo
$37.99

Sulwhasoo Concentrated
Ginseng Renewing Cream
EX
Sulwhasoo
$169.99





**Exhibit D**
**Page 150**

Document title: SULWHASOO – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo
Capture timestamp (UTC): Thu, 26 Mar 2020 14:50:28 GMT

Sulwhasoo Timetreasure
Invigorating Water Lotion
4.23 oz (125 ml)
Sulwhasoo
$84.99 $120.00

Sulwhasoo Overnight
Vitalizing Mask (118ml)
Sulwhasoo
$37.99

Sulwhasoo Concentrated
Ginseng Renewing Cream
EX
Sulwhasoo
$169.99



Sulwhasoo Timetreasure
Invigorating Emulsion
4.23 oz (125 ml)
Sulwhasoo
$99.99 $135.00



Sulwhasoo Makeup
Balancer 1.18 oz (35 ml)
Sulwhasoo
$44.99 $55.00



Sulwhasoo Timetreasure
Invigorating Duo Set
Sulwhasoo
$204.99 $255.00

1 2 Next »

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email          SUBSCRIBE

Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by



limited promotion



Rewards

**Exhibit D**
**Page 151**

Document title: SULWHASOO – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo
Capture timestamp (UTC): Thu, 26 Mar 2020 14:50:28 GMT



Q  Search        Log in   Sign up                                   🛒 Cart (0)



**HOME**

**BRAND** -

**SULWHASOO**
DONGINBI
MEDI PEEL
ILDONG
HERA
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

**SKIN CARE** +

**MAKEUP** +

**CLEANSING** +

마스크 & 손 세정제

**HOME SKIN CARE**

Home › SULWHASOO

# SULWHASOO                        Filter by ·



Holistic beauty from Asian wisdom Inspired by Asian philosophy, which values harmony between nature and humans and balance between body and mind, Sulwhasoo revives legendary Asian medicinal herbs with the advanced modern science.  Sulwhasoo offers ultimate skin solution that treats the skin from deep inside and  delivers holistic beauty where the body and mind are in optimum balance.



Sale

Sulwhasoo Perfecting
Cushion EX 0.53 fl.oz. x 2
(15g x 2)
Sulwhasoo
$44.99 $~~65.00~~





🎁 limited promotion

us 1 2



**Exhibit D**
**Page 152**



MEDITEEL
ILDONG
HERA
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

SKIN CARE       +

MAKEUP          +

CLEANSING       +

마스크 & 손 세정제

HOME SKIN CARE

Holistic beauty from Asian wisdom Inspired by Asian philosophy, which values harmony between nature and humans and balance between body and mind, Sulwhasoo revives legendary Asian medicinal herbs with the advanced modern science.  Sulwhasoo offers ultimate skin solution that treats the skin from deep inside and  delivers holistic beauty where the body and mind are in optimum balance.



Sale

Sulwhasoo Perfecting
Cushion EX 0.53 fl.oz. x 2
(15g x 2)
Sulwhasoo
$44.99 $65.00

« Previous 1 2

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email          SUBSCRIBE

Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by





Rewards

limited promotion

**Exhibit D**
**Page 153**



Document title: 1 new message
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo/products/sulwhasoo-first-care-activating-serum-ex-3-04-oz-90-ml
Capture timestamp (UTC): Thu, 26 Mar 2020 14:52:38 GMT
Page 1 of 4

Balancing Complex™, a potent cocktail of five Korean herbs that hydrates, nourishes, and visibly firms.









limited promotion

Rewards

**Exhibit D**
**Page 155**







You may also like









Sulwhasoo
Essential Firming
Cream 2.54 oz
(75 ml)
$74.99 $99.99

SNAIL GALAC
TOX REVITAL EYE
CREAM 1.05oz /
30g



Sulwhasoo Gentle
Cleansing Foam
(200ml)
$29.99

DEOPROCE
VIOLET CC
CREAM SPF50+
PA+

$23.99

**Exhibit D**
**Page 156**



Document title: 1 new message
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo/products/sulhwasoo-first-care-activating-serum-ex-3-04-oz-90-ml
Capture timestamp (UTC): Thu, 26 Mar 2020 14:52:38 GMT





## You may also like









Sulwhasoo Essential Firming Cream 2.54 oz (75 ml)
$74.99 $99.99

SNAIL GALAC TOX REVITAL EYE CREAM 1.05oz / 30g
$29.99 $39.99

Sulwhasoo Gentle Cleansing Foam (200ml)
$29.99

DEOPROCE VIOLET CC CREAM SPF50+ PA+++ 1.76oz (50g)
$23.99

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email    SUBSCRIBE

Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by



 limited promotion



**Exhibit D**
**Page 157**

Document title: 1 new message
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo/products/sulwhasoo-first-care-activating-serum-ex-3-04-oz-90-ml
Capture timestamp (UTC): Thu, 26 Mar 2020 14:52:38 GMT

Q Search    Log in    Sign up    🛒 Cart (0)



HOME

BRAND                    -

**SULWHASOO**

DONGINBI

MEDI PEEL

ILDONG

HERA

AGE 20'S

LUK

moonshot

DEOPROCE

FYENACEL

JAYJUN

SKIN CARE              +

MAKEUP                 +

CLEANSING             +

마스크 & 손 세정제

HOME SKIN CARE





Home › SULWHASOO › Sulwhasoo Concentrated Ginseng Renewing Cream EX



 

# Sulwhasoo Concentrated Ginseng Renewing Cream EX

Sulwhasoo

## $169.99

Shipping calculated at checkout.

Quantity

1

ADD TO CART

BUY IT NOW

피부 자생력과 방어력을 키우는 인삼의 힘으로 깨어나는 피부 활력을 누리다

강력한 인삼 결정체가 피부 자생력과 방어력을 키워 깨어나는 피부 활력을 선사하는 인삼 안티에이징 크림(오리지널 텍스처)

- 7년 연속 백화점 안티에이징 크림 부분 1위 *

- 50년 이상의 인삼 연구와 100건 이상의 국제 논문 & 특허

(*'12~'16, Beaute Research K

limited promotion



**Exhibit D**
**Page 158**

Document title: Sulwhasoo Concentrated Ginseng Renewing Cream EX – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo/products/sulwhasoo-concentrated-ginseng-renewing-cream-ex
Capture timestamp (UTC): Thu, 26 Mar 2020 14:55:04 GMT
Page 1 of 5

7년 연속 백화점 안티에이징 크림 부분 1위

- 50년 이상의 인삼 연구와 100건 이상의 국제 논문 & 특허

(*'12~'16, Beaute Research Korea)



50 years research on Korean ginseng, the crystal of its heritage

Sulwhasoo's passion and commitment to raw materials, ginseng, which has long been respected as a wonderful gift from nature, continues to this day.

| Korean ginseng, a masterpiece cultivated by wind, water, and people | Sulwhasoo's commitment to quality | Ginsenomics ™ , the 50-year ginseng research intensive |



Enjoy the vitality of the skin that wakes up with the power of ginseng, which promotes skin self-sustaining and defense

Ginseng anti-aging cream (wrigled texture) that provides powerful skin ginseng crystals to revitalize the skin and rejuvenate skin.



The skin vitality that awakens with the crystals of the 50-year ginseng research

As well as skin efficacy and image anti-aging care,

Deep and sublime sensory experience

Anti-aging skin vitality



| 3 % 피부 저밀도 | 7 % 피부 탄력 | 11 % 피부 보습 |

| 5 % 피부 상태 개선 | 5 % 피부결 개선 | 11 % 피부 수분 보유 |

Image anti-aging care that completes soft and vib

Strong image zone care effect



limited promotion



**Exhibit D**
**Page 159**



## Recommended for you



PREMIUM DEOPROCE
RETINOL REAL WHITE

DEOPROCE ALOE
OASIS NIGHT CREAM

**Exhibit D**
**Page 160**




PREMIUM DEOPROCE
RETINOL REAL WHITE
CREAM (40 ml)

$19.99

ADD TO CART

PREMIUM DEOPROCE
GREEN TEA TOTAL
SOLUTION CREAM (100
ml)

$17.99

ADD TO CART

DEOPROCE ALOE VERA
OASIS NIGHT CREAM
1.76oz (50g)

$15.99

ADD TO CART

## You may also like






Sulwhasoo
Essential Duo Set
2019
$97.99 $124.99

Sulwhasoo First
Care Activating
Serum EX 60ml /
90ml
On Sale from
$69.99 $120.00

Sulwhasoo
Snowise
Brightening
Cushion
SPF50+/PA+++
0.49 fl.oz. x 2
(14g x 2)
$44.99 $65.00

Sulwhasoo
Essential Firming
Cream 2.54 oz
(75 ml)
$74.99 $99.99

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy



## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**



## Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email         SUBSCRIBE

Rewards

**Exhibit D
Page 161**

RETINOL REAL WHITE
CREAM (40 ml)

$19.99

ADD TO CART

GREEN TEA TOTAL
SOLUTION CREAM (100
ml)

$17.99

ADD TO CART

OASIS NIGHT CREAM
1.76oz (50g)

$15.99

ADD TO CART

## You may also like









Sulwhasoo
Essential Duo Set
2019
$97.99 $124.99

Sulwhasoo First
Care Activating
Serum EX 60ml /
90ml
On Sale from
$69.99 $120.00

Sulwhasoo
Snowise
Brightening
Cushion
SPF50+/PA+++
0.49 fl.oz. x 2
(14g x 2)
$44.99 $65.00

Sulwhasoo
Essential Firming
Cream 2.54 oz
(75 ml)
$74.99 $99.99

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email | SUBSCRIBE



Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by




limited promotion

Rewards

**Exhibit D
Page 162**

Document title: Sulwhasoo Concentrated Ginseng Renewing Cream EX – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/sulwhasoo/products/sulwhasoo-concentrated-ginseng-renewing-cream-ex
Capture timestamp (UTC): Thu, 26 Mar 2020 14:55:04 GMT
Page 5 of 5

Q Search     Log in   Sign up         🛒 Cart (0)

 *Korea Beauty*

HOME

BRAND —

SULWHASOO

DONGINBI

MEDI PEEL

ILDONG

**HERA**

AGE 20'S

LUK

moonshot

DEOPROCE

FYENACEL

JAYJUN

SKIN CARE +

MAKEUP +

CLEANSING +

마스크 & 손 세정제

HOME SKIN CARE

Home › HERA

# HERA

Filter by ▾    Best selling ▾







**HERA BLACK CUSHION**
**SPF34/PA++**
HERA
$37.99 $45.00

**HERA SENSUAL SPICY**
**BALM 0.12 oz 3.5 g**
HERA
$39.99 $45.00

**HERA BLACK**
**FOUNDATION 1.18 oz**
**(35 ml)**
HERA
$39.99

Links

Terms of Service

Privacy Policy

d Policy

Shipping Policy

Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679 🎁 **limited promotion**

Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email

🎁 **Rewards**

**Exhibit D**
**Page 163**

HOME

BRAND

SULWHASOO
DONGINBI
MEDI PEEL
ILDONG
**HERA**
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

SKIN CARE        +

MAKEUP         +

CLEANSING       +

마스크 & 손 세정제

HOME SKIN CARE

Home › HERA

# HERA

Filter by ▾        Best selling        ▾





HERA BLACK CUSHION
SPF34/PA++
HERA
$37.99 ~~$45.00~~

HERA SENSUAL SPICY
BALM 0.12 oz 3.5 g
HERA
$39.99 ~~$45.00~~

HERA BLACK
FOUNDATION 1.18 oz
(35 ml)
HERA
$39.99

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email        SUBSCRIBE

Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by


limited promotion


Rewards

**Exhibit D**
**Page 164**



Search    Log in    Sign up    🛒 Cart (0)



HOME

BRAND                    -

SULWHASOO
DONGINBI
MEDI PEEL
ILDONG
**HERA**
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

SKIN CARE               +

MAKEUP                  +

CLEANSING               +

마스크 & 손 세정제

HOME SKIN CARE



Home › HERA › HERA BLACK CUSHION SPF34/PA++



# HERA BLACK CUSHION SPF34/PA++

HERA

## $37.99 $45.00

Shipping calculated at checkout.

Color                          Quantity

No. 13 IVORY        ▾          1

ADD TO CART

BUY IT NOW





Makeup cushion foundation with a lightweight texture for comfortable yet beautiful skin all day long

black cushion,
The perfect start for all makeup



limited promotion



**Exhibit D
Page 165**

the perfect start for all makeup





Lightweight texture that blends
into the skin seamlessly for a
perfect fit

Ultra Fine Powder Dispersion technology
offers light yet full coverage, while mica
coated with amino acid derivatives blends in
with the skin for enhanced brightness.



limited promotion



Rewards

**Exhibit D**
**Page 166**

Document title: 1 new message
Capture URL: https://smkoreabeauty.com/collections/hera/products/hera-black-cushion-spf34-pa
Capture timestamp (UTC): Thu, 26 Mar 2020 14:56:58 GMT

coated with amino acid derivatives blends in with the skin for enhanced brightness.



Double layer of foundation is evenly applied over the skin and stays put for long hours

Double Lasting Layer comprises two layers: a hard layer and a soft film for makeup that lasts longer.



## Non-sticky fresh matte finish

Matte Finish Gel leaves the skin feeling soft, fresh and matte without a sticky feeling. Gel dispersed in liquid phase give finish, like powder applied on top of



limited promotion

Rewards

**Exhibit D
Page 167**

## Non-sticky fresh matte finish

Matte Finish Gel leaves the skin feeling soft, fresh and matte without a sticky feeling. Gel dispersed in liquid phase gives a semi-matte finish, like powder applied on top of foundation.



## Perfect 24-hour lasting makeup look with perfect paring of HERA BLACK line

Perfect chemistry between BLACK FOUNDATION and BLACK CUSHION for smooth and full-coverage makeup look



Share  Tweet  Pin it




limited promotion


Rewards

for both makeup and touch-up

 Share    Tweet    Pin it

## Recommended for you







Age 20's Signature Essence Cover Pact - Moisture 0.49 oz + 0.49 oz refill

~~$45.00~~ $36.99

**ADD TO CART**

Age 20's Signature Essence Cover Pact - Long Stay 0.49 oz + 0.49 oz refill

~~$45.00~~ $36.99

**ADD TO CART**

DEOPROCE UV WATERFUI CUSHION SPF 50+ PA+++

$29.99

**ADD TO CART**

### You may also like



Sulwhasoo Snowise Brightening Cushion SPF50+/PA+++



HERA SENSUAL SPICY BALM 0.12
**🎁 limited promotion**



DEOPROCE VIOLET CC CREAM SPF50+ PA+++ 1.76oz (50g)



DEOPROCE SNAIL RECOVERY CREAM 3.52oz

 Rewards
$24. ~~$36.99~~

 1

**Exhibit D**
**Page 169**

Essence Cover Pact -
Moisture 0.49 oz + 0.49 oz
refill

~~$45.00~~ $36.99

**ADD TO CART**

Essence Cover Pact - Long
Stay 0.49 oz + 0.49 oz
refill

~~$45.00~~ $36.99

**ADD TO CART**

CUSHION SPF 50+ PA+++

$29.99

**ADD TO CART**

## You may also like









Sulwhasoo
Snowise
Brightening
Cushion
SPF50+/PA+++
0.49 fl.oz. x 2
(14g x 2)
~~$44.99~~ $65.00

HERA SENSUAL
SPICY BALM 0.12
oz 3.5 g
$39.99 ~~$45.00~~

DEOPROCE
VIOLET CC
CREAM SPF50+
PA+++ 1.76oz
(50g)
$23.99

DEOPROCE SNAIL
RECOVERY
CREAM 3.52oz
(100g)
~~$24.99~~ ~~$30.99~~

### Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

### Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

### Be in the know

Promotions, new products and sales.
Directly to your inbox.

Your email        SUBSCRIBE

 Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by



limited promotion



 Rewards

**Exhibit D
Page 170**

Document title: 1 new message
Capture URL: https://smkoreabeauty.com/collections/hera/products/hera-black-cushion-spf34-pa
Capture timestamp (UTC): Thu, 26 Mar 2020 14:56:58 GMT

Page 6 of 6



Q Search    Log in    Sign up    🛒 Cart (0)

SM Korea Beauty

HOME

BRAND -

SULWHASOO
DONGINBI
MEDI PEEL
ILDONG
**HERA**
AGE 20'S
LUK
moonshot
DEOPROCE
FYENACEL
JAYJUN

SKIN CARE +

MAKEUP +

CLEANSING +

마스크 & 손 세정제

HOME SKIN CARE

Home › HERA › HERA BLACK FOUNDATION 1.18 oz (35 ml)

# HERA BLACK FOUNDATION 1.18 oz (35 ml)

HERA

## $39.99

Shipping calculated at checkout.

Color
21NA VANILLA ▾

Quantity
1

ADD TO CART

BUY IT NOW

Black cover-fit foundation offering 24-hour coverage for a chic, semi-matte look

NOTHING BUT BLACK, HERA BLACK FOUNDATION

HERA [헤라] 블랙 파운데이션 BLACK...

💬 1

🎁 Rewards

💄 limited promotion

**Exhibit D**
**Page 171**



 

## Matt Smoothly / Smooth yet matte finish

Soft matte powder and moisturizing ingredients keep the skin soft and hydrated from within and yet give a matte finish

## 24-hour Freely /24-hour long-lasting, tight fit

Formula that blends in seamlessly with the skin to build a smooth layer of makeup that lasts for 24 hours

## Color Stay / Neat coverage without darkening

Color created using Magnet-fit Cover technology for makeup that looks like it's just been freshly-applied all day long without



limited promotion

Rewards

**Exhibit D
Page 172**

Color created using Magnet-fit Cover technology for makeup that looks like it has just been freshly-applied all day long without darkening

---

## FIND YOUR COLOR 12 SHAEDS OF YOU

12 shades developed through a study of the skin colors of Asians







**limited promotion**

**Exhibit D**
**Page 173**





## Perfect 24-hour lasting makeup look with perfect paring of HERA BLACK line

Perfect chemistry between BLACK FOUNDATION and BLACK CUSHION for smooth and full-coverage makeup look



**BLACK CUSHION VS. BLACK FOUNDATION**
Color matching guide

| BLACK CUSHION | BLACK FOUNDATION |
|---|---|
| 13 IVORY | 13N1 PORCELAIN |
| 15 ROSE IVORY | 17C1 PETAL IVORY |
| 17 ROSE VANILLA | 21C1 ROSE VANILLA |
| 21 VANILLA | 21N1 VANILLA |
| 23 BEIGE | 23N1 BEIGE |
| 25 AMBER | 25N1 AMBER |

Pairing BLACK FOUNDATION and BLACK CUSHION for both makeup and touch-up

 Share  Tweet  Pin it

You may also like







**Exhibit D**
**Page 174**



| BLACK CUSHION | | BLACK FOUNDATION | |
| --- | --- | --- | --- |
| 13 IVORY | | 13N1 PORCELAIN | |
| 15 ROSE IVORY | | 17C1 PETAL IVORY | |
| 17 ROSE VANILLA | | 21C1 ROSE VANILLA | |
| 21 VANILLA | | 21N1 VANILLA | |
| 23 BEIGE | | 23N1 BEIGE | |
| 25 AMBER | | 25N1 AMBER | |

Pairing BLACK FOUNDATION and BLACK CUSHION
for both makeup and touch-up

 Share  Tweet  Pin it

## You may also like



**DONGINBI 1899
Signature Oil 0.88
oz (25g)**
$159.99 $180.00



**SNAIL GALAC
TOX REVITAL EYE
CREAM 1.05oz /
30g**
$29.99 $39.99



**HERA SENSUAL
SPICY BALM 0.12
oz 3.5 g**
$39.99 $45.00



**DEOPROCE
VIOLET CC
CREAM SPF50+
PA+++ 1.76oz
(50g)**
$23.99

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

14747 Artisia Blvd, Suite 4C

La Mirada, CA 90638

714-679-1444

카톡상담: **sunshinemall**

## Be in the know

Promotions, new products and sales.
Directly to your inbox.

| Your email | SUBSCRIBE |

Copyright © 2020, SUNSHINEMALL KOREA BEAUTY. Powered by



 limited promotion

 Rewards

**Exhibit D
Page 175**

# EXHIBIT E



## NEAL GERBER EISENBERG

March 30, 2020

Ian J. Block
Attorney at Law

Tel 312.269.2960
Fax 312.578.1548
iblock@nge.com

**VIA FEDERAL EXPRESS AND EMAIL (SUNSHINEMALLKOREA@GMAIL.COM)**

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
8311 Fontainbleu Way
Cypress, California 90630

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
14747 Artesia Blvd, Suite 4C
La Mirada, California 90638

    Re:    **Unauthorized Sales of Amorepacific Products at SM Korea Beauty**

Dear Mr. Kim:

We are intellectual property litigation counsel to Amorepacific Corporation, the owner of many of the most well-known cosmetics brands in Korean beauty (https://amorepacific.com). We are writing because we recently became aware of Sunshine Mall's (d/b/a Sunshine Mall Korea Beauty and SM Korea Beauty) unauthorized sale to U.S. consumers of international versions of Amorepacific products that are not intended or authorized for sale in the United States through your SM Korea Beauty store (https://smkoreabeauty.com/).

As you likely know, Amorepacific is the largest cosmetics manufacturer in South Korea and among the largest in the world, providing its global customers with a total package of beauty and health solutions through 30 brands spanning beauty, household, and healthcare products. The company's product lines include some of the best-selling and most renowned in Korean beauty, including such premiere brands as SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, and INNISFREE, among many others. The company's immense success and industry leadership are attributable to many factors, including Amorepacific's long history of innovation, cutting edge technology, brand development and integrity, high-quality ingredients (including Asian botanicals and other ingredients from patented complexes), and deep commitment to customer care.

As a result of Amorepacific's remarkable success around the world, it has developed significant consumer goodwill in its various brands. In addition to substantial sales, advertising, quality control, and enforcement efforts, Amorepacific has obtained numerous trademark registrations in various jurisdictions around the world to protect its significant rights in these brands. Among these, and relevant here, Amorepacific owns over 15 U.S. federal trademark registrations for its SULWHASOO brand (including, for example, U.S. Reg. No. 3,962,642, a copy of which is enclosed). These registrations cover all forms of "cosmetics," including such



**NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 2

specific cosmetics items as "skin lotions, foundation creams, eye creams, cosmetic nourishing creams, cosmetic skin fresheners, make-up powder, [and] cosmetic creams for skin care." Under U.S. federal law, these registrations confer upon Amorepacific exclusive rights to ownership of its marks for the registered goods.

We recently became aware that, long after Amorepacific secured its various trademark registrations, Sunshine Mall has been selling versions of Amorepacific's SULWHASOO products that are intended to be sold only in international markets to consumers in the United States through the SM Korea Beauty store (https://smkoreabeauty.com/). Representative screen captures of these unauthorized product listings are enclosed.

The international products you are selling—known as "gray market" goods when sold in the United States without Amorepacific's approval—are materially different from the authorized U.S. versions of these products that Amorepacific specifically intends to be offered in the United States through Amorepacific's exclusive distribution chain. In particular, the gray market products you sell to U.S. consumers may include at least the following material differences, each of which is cognizable under the relevant U.S. laws, regulations, and court decisions:

- The specific compositions and formulations of Amorepacific's authorized and gray market products can differ because certain ingredients included in the gray market versions are not expressly authorized by U.S. Food and Drug Administration requirements for ingredients that may be included in authorized products sold in the United States. 19 CFR § 133.2(e)(1)-(2).

- The packaging and labeling for the unauthorized products are not intended to conform to U.S. legal and regulatory requirements, including with respect to FDA labeling requirements and, in some instances, U.S. advertising law under the Lanham Act, 15 U.S.C. § 1051, *et. seq.* 19 CFR § 133.2(e)(4).

- Consumers who purchase unauthorized Amorepacific cosmetics products are likely to be confused and disappointed when they learn that there is no actionable warranty in the United States on those products. 19 CFR § 133.2(e)(5).

- International versions of SULWHASOO products oftentimes do not include English-language ingredient lists and directions for use. 19 CFR § 133.2(e)(5). The absence of such information in English for products sold in the United States can pose dangers to consumers of these products. For example, a consumer could inadvertently use one of your unauthorized products that contains ingredients to which the consumer is allergic if the consumer is unable to read the product's ingredients.

- Because the unauthorized gray market products you sell are imported and sold outside of Amorepacific's authorized—and optimized—distribution channel, they

**Exhibit E**
**Page 178**



**NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 3

likely take longer to reach end consumers, resulting in consumers receiving either nearly expired or expired (and thus potentially ineffective) products.

In these ways, and likely many others, your unauthorized sales of materially different foreign products to U.S. consumers are likely to confuse and disappoint them, and could even cause them physical injury. Consumers buying from you are likely to believe—mistakenly—that the Amorepacific products you sell are authorized for sale in the United States and/or that your sales are somehow endorsed or approved by Amorepacific, even though that is not the case. Your actions also harm Amorepacific by undermining the goodwill in Amorepacific's brands as a result of consumer confusion your unauthorized products create, and by potentially exposing Amorepacific legal and regulatory liability from the existence of potentially non-conforming Amorepacific products in the U.S. marketplace. Furthermore, your diversion of sales from Amorepacific's authorized U.S. distribution channels undermines Amorepacific's relationships with its legitimate U.S. distributors and licensees, causing yet further damage.

For all of these reasons, your sale of unauthorized foreign versions of Amorepacific products that are materially different from authorized U.S. versions thus constitutes federal trademark infringement and unfair competition, as well as deceptive trade practices, unfair competition, and tortious interference with Amorepacific's contracts with its authorized distributors in violation of applicable state laws. These illegal activities expose you to legal liability, and entitle Amorepacific to injunctive and monetary relief. Moreover, now that you are on notice of Amorepacific's rights and available claims against your unauthorized sales, if you continue to sell these gray market products, your infringing conduct may be deemed willful, in which case a court would order you to pay enhanced damages and attorneys' fees.

In addition to these unauthorized and unlawful activities, we also note that you are offering Amorepacific's HERA products through your SM Korea Beauty store, as shown in the enclosed representative screen captures (https://smkoreabeauty.com/collections/hera). These products also are intended for sale in other jurisdictions, but not the United States. Accordingly, similar to the unauthorized foreign versions of Amorepacific products described above, these products are not tailored to satisfy U.S. FDA regulations and other U.S. laws, and thus exhibit a number of material differences from authorized Amorepacific's other authorized U.S. products. Your sale of these unauthorized HERA products in the United States in violation of U.S. law creates additional legal liability for you and causes further harm to Amorepacific's business and brands.

**Exhibit E**
**Page 179**

 **NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 4

Notwithstanding these circumstances, Amorepacific would prefer to resolve this matter amicably so that both parties may avoid the unnecessary expense and burden of litigation. In order to begin to work toward an amicable resolution, however, we require Sunshine Mall's written agreement that you will:

1. Immediately cease any and all current and planned use, sales, advertising, and other promotion of foreign versions of Amorepacific products in the United States or to consumers in the United States. This prohibition includes at least the following Amorepacific brands: SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, INNISFREE, ESPOIR, ARITAUM, HANYUL, HAPPY BATH, IOPE MISE EN SCENE, RYO, and PRIMERA;

2. Immediately take down the SULWHASOO brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/sulwhasoo) and all listings for SULWHASOO products;

3. Immediately take down the HERA brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/hera) and all listings for HERA products;

4. Certify in writing that you have destroyed or will promptly destroy all inventory of gray market Amorepacific products;

5. Identify the sources of and methods for obtaining the gray market products you have offered and sold to date; and

6. Agree to standard terms, such as maintaining confidentiality of its agreements with Amorepacific in this matter; not enabling or assisting third parties to breach the foregoing agreements; not challenging any of Amorepacific's trademark rights, including any of its applications or registrations for any of its trademarks; and not representing the existence of any approval, sponsorship, authorization, or affiliation by or between you and Amorepacific.

Please confirm your agreement to these terms by completing the signature block at the end of this letter and returning it to us. Although Amorepacific prefers an amicable resolution of this matter, in the absence of a prompt and acceptable response, we will be forced to consider pursuing all available legal options on behalf of our client. To that end, we need to receive your response by no later than Monday, April 13, 2020.

**Exhibit E
Page 180**

 **NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 5

We are willing to discuss this issue with you by phone or in writing, and we look forward to hearing from you very soon.  In the meantime, Amorepacific reserves all rights and remedies.

Very truly yours,

Ian J. Block

IJB
Enclosures

**UNDERSTOOD AND AGREED:**

**Sunshine Mall, Inc.**
    **d/b/a Sunshine Mall Korea Beauty**
    **d/b/a SM Korea Beauty**

Signature: _____

Name: _____

Title: _____

Date: _____

**Tae Woong Kim**

Signature: _____

Date: _____4/10/2020_____

**Exhibit E**
**Page 181**

# EXHIBIT F



February 14, 2023

Ian J. Block
Attorney at Law

Tel 312.269.2960
Fax 312.578.1548
iblock@nge.com

**VIA FEDERAL EXPRESS AND EMAIL**

Sunshine Mall, Inc.
   d/b/a Sunshine Mall Korea Beauty
   d/b/a SM Korea Beauty
c/o Tae Woong Kim, Agent
6950 Aragon Circle, Suite 2
Buena Park, California 90620
smkoreabeauty@gmail.com
sunshinemallkorea@gmail.com

      **Re:**    **Unauthorized Sales of Amorepacific Products at SM Korea Beauty**

Dear Mr. Kim:

As you know from our multiple communications dating back to March 2020, we are intellectual property litigation counsel to Amorepacific Corporation ("Amorepacific"), the owner of many of the most well-known cosmetics brands in Korean beauty (https://amorepacific.com). We are writing because it has come to our attention that Sunshine Mall (d/b/a Sunshine Mall Korea Beauty and SM Korea Beauty) has resumed its unauthorized offers to sell and sales of international versions of Amorepacific products that are not intended or authorized for sale in the United States to U.S. consumers. Worse yet, we find that you are using unauthorized versions of Amorepacific's copyrighted marketing materials to promote the unauthorized products you are selling. We find you are engaging in these activities through your SM Korea Beauty online store (https://smkoreabeauty.com/), your social media accounts, and direct text messages to U.S. consumers. As we have told you multiple times before, you must stop these unauthorized activities immediately and not resume them again.

First, it has come to our attention that you have relisted a number of Amorepacific's SULWHASOO and ETUDE products that are intended to be sold only in international markets to consumers in the United States through your SM Korea Beauty store. Representative screen captures of these unauthorized product listings are enclosed. As we have explained repeatedly, these gray market products are materially different from the authorized U.S. versions of these products that Amorepacific specifically intends to be offered in the United States through Amorepacific's exclusive distribution chain.

Second, we find that you are promoting these unauthorized versions of Amorepacific's SULWHASOO products by using unauthorized copies of Amorepacific's copyrighted marketing materials. These include copies of Amorepacific's advertisements featuring the K-pop star Rosé

**Exhibit F**
**Page 183**



NEAL GERBER EISENBERG

Tae Woong Kim
Sunshine Mall, Inc.
February 14, 2023
Page 2

from the band Blackpink.  You are posting unauthorized versions of these ads in multiple product listings on your website, posting them to your social media accounts, and sending them by text to consumers in the United States.  For example, one such text advertisement that SM Korea Beauty sent appears below.  We have also attached a representative post misusing Amorepacific's marketing materials that you posted to SM Korea Beauty's Instagram account (https://www.instagram.com/p/CoF2u12vzZK/).  Of course, these are merely examples of your unauthorized uses and are not intended to be exhaustive.



You do not own any rights to use or modify Amorepacific's advertisements, particularly in connection with your unauthorized promotion and sale of unauthorized gray market products. Your use of Amorepacific's own marketing materials to sell Amorepacific products makes it all the more likely that U.S. consumers will believe the products you are offering are authorized products and/or that SM Korea Beauty is an authorized seller of Amorepacific products, even though neither is the case.

Finally, we also note that you have resumed offering Amorepacific's HERA products through your SM Korea Beauty store, as shown in the enclosed representative screen capture.

**Exhibit F**
**Page 184**

 NEAL GERBER EISENBERG

Tae Woong Kim
Sunshine Mall, Inc.
February 14, 2023
Page 3

These products also are intended for sale in other jurisdictions, but not the United States. Accordingly, similar to the unauthorized foreign versions of Amorepacific products described above, these products are not tailored to satisfy U.S. FDA regulations and other U.S. laws, and thus exhibit a number of material differences from authorized Amorepacific's other authorized U.S. products.

As we have explained before, your sale of these products constitutes federal trademark infringement and unfair competition, as well as deceptive trade practices, unfair competition, and tortious interference with Amorepacific's contracts with its authorized distributors in violation of applicable state laws. Moreover, your unauthorized uses of Amorepacific's marketing materials violate Amorepacific's copyrights and also add to the trademark infringement and unfair competition you are committing when you use them to falsely suggest that you and your products are affiliated with or authorized by Amorepacific. These illegal activities expose you to legal liability and entitle Amorepacific to injunctive and monetary relief. Moreover, you have been on notice of Amorepacific's rights and available claims against your unauthorized sales for years, and you have repeatedly recognized the impropriety of your actions, including by signing an acknowledgement not to sell Amorepacific products (enclosed) and removing your listings for such products on multiple occasions. Thus, if you continue to sell these gray market products and misuse copies of Amorepacific's marketing materials, your infringing conduct may be deemed willful, in which case a court would order you to pay enhanced damages and attorneys' fees.

We renew all of the demands from our initial March 30, 2020 letter, to which you already agreed. In particular, we insist, again, that you:

1. Immediately cease any and all current and planned use, sales, advertising, and other promotion of foreign versions of Amorepacific products in the United States or to consumers in the United States. This prohibition applies to at least the following Amorepacific brands: SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, INNISFREE, ESPOIR, ARITAUM, HANYUL, HAPPY BATH, IOPE MISE EN SCENE, RYO, and PRIMERA. *In particular, this requires that you immediately take down the SULWHASOO, ETUDE, and HERA brand pages on the SM Korea Beauty website; take down all listings for these products; take down all advertisements for these products (including those posted to social media); and destroy your entire inventory of these products*; and

2. Immediately stop using and destroy all Amorepacific marketing materials that may be in your possession.

Of course, you must not resume any of these prohibited, unauthorized, and illegal activities in the future. Doing so will expose you to yet additional liability.



NEAL GERBER EISENBERG

Tae Woong Kim
Sunshine Mall, Inc.
February 14, 2023
Page 4


       Please confirm your restated agreement to these terms by completing the signature blocks at the end of this letter and returning it to us.  Although Amorepacific still prefers an amicable resolution of this matter, in the absence of a prompt and acceptable response, and given your repeated unauthorized and illegal activities, we will be forced to consider pursuing all available legal options on behalf of our client.  To that end, we need to receive your response by no later than <u>Tuesday, February 28, 2023</u>.

       We are willing to discuss this issue with you by phone or in writing, and we look forward to hearing from you very soon.  In the meantime, Amorepacific reserves all rights and remedies.


Very truly yours,


Ian J. Block


IJB
Enclosures




**UNDERSTOOD AND AGREED:**


**Sunshine Mall, Inc.**
   **d/b/a Sunshine Mall Korea Beauty**
   **d/b/a SM Korea Beauty**

| | |
|---|---|
| **Tae Woong Kim** | |

Signature: _____

Name: _____

Title: _____

Date: _____

Signature: _____

Date: _____


**Exhibit F**
**Page 186**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)



Q Search | Log in | Sign up

🛒 Cart (0)

HOME

Valentine's Day Special

New Arrivals

BEST SELLERS

CLEARANCE

BRAND

INCELLDERM (인셀덤)
**Sulwhasoo (설화수)**
The history of Whoo 후(后)
KAHI (가히)
Renecell (로네셀-연예인 화장품, 순한 Vit C 화장품)
Lst (아이소트-쳄프스템 세트)
O HUI (오휘)
Jungjun Industry (때르메스)
태극제약 도미나스 (기미관리)
Dr. Jart+ (닥터자르트)
HERA (헤라)
CHARMZONE (참존)
BOSK (보스크 에스테틱샵 전용 제품)
9:35 Vallatto (9시 35분 발라또)
CosmeChef (흑당고, 녹당고, 백당고 *New!)
LEADERS (피부과 의사가 만든 마스크 팩)
Jung Saem Mool (정샘물)
CLIO (클리오)
AGE 20'S (견미리 쿠션)
Too Cool For School (투쿨포스쿨)
Shimoment (샬사 롤러 크림)
MEDI PEEL(손달비품클렌징, 손달비 수분크림)
Centellian 24+ (동국제약)
Densp (공유 유산균-Probiotics)
Golf Patch & Mask (골프패치 & 골프 마스크)
MEDIHEAL (부위별패치)
So Natural (쏘내추럴, 메이크업 픽서)
VARI HOPE (베리홉) 8일의 기적, 미백 화장품
모노 아이즈)
엣지유 셀프네일)
Dr.FORHAIR (현빈샴푸)

Home › 설화수

# 설화수

Filter by ▾ | Best selling ▾



Sulwhasoo Essential Balancing 3pcs Set 설화수 탄력 에센셜 3종 세트
설화수
$109.99 $150.00



Sulwhasoo Essential Balancing Daily Routine 2 Set 설화수 자음 2종 세트 (에센셜 밸런싱 데일리 루틴 2종)
설화수
$79.99 $190.00 – **Sold Out**



Sulwhasoo Essential Firming Cream 설화수 탄력크림 2.54 oz (75 ml)
설화수
$55.99 $120.00



Sulwhasoo Men Basic 2pcs Gift Set 설화수 남성 본음 2종 세트
설화수
$85.00 $105.99 – **Sold Out**



Sulwhasoo Timetreasure premium 2pcs set 설화수 진설 2종 세트
설화수
$169.99 $255.00



Sulwhasoo Snowise Brightening Cushion 자정 브라이트닝 쿠션 SPF50+/PA+++ 0.49 fl.oz. x 2 (14g x 2)
설화수
$45.00 $65.00







Rewards

**Exhibit F
Page 187**

MEDIHEAL (메디힐)

So Natural (쏘내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백
화장품

Etude (모노 아이즈)

EDGEU (엣지유 셀프네일)

Dr.FORHAIR (현빈샴푸)

TEAZEN KOMBUCHA (콤부차)

DEOPROCE (달팽이크림)

Nutrione (고현정 석류 콜라겐, 비비
랩)

---

SKIN CARE                    +

MAKEUP                       +

SUN CARE

PERSONAL CARE                +

INNER BEAUTY                 +

HEALTHY SNACKS

COVID-19 ESSENTIALS          +

News

FAQ

Sulwhasoo Gentle Cleansing Foam 설화수
순행 클렌징 폼 (200ml)
설화수
$27.99 $38.00

Sulwhasoo First Care Activating Serum
7pcs Set 설화수 윤조에센셜 7종 스페셜 세
트
설화수
$127.99

Sulwhasoo Perfecting Cushion 퍼펙팅 쿠션
SPF50+/PA+++ 0.53 fl.oz. x 2 (15g x 2)
설화수
$45.00 $65.00

Sulwhasoo Concentrated Ginseng
Renewing Cream EX Classic 설화수 자음생
크림 클래식 60ml
설화수
$160.00 $260.00

Sulwhasoo Timetreasure Cream 설화수 진
설 크림 60ml
설화수
$260.00 $320.00

Sulwhasoo UV Wise Brightening Multi
Protector 상백선크림 50ml
설화수
$44.99 $49.99

1 2 Next »

---

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your
inbox.

Your email            SUBSCRIBE

---

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

       

United States (USD $) ▾

 Rewards

**Exhibit F
Page 188**

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하시 다음날에 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 189 of 273   Page ID #:189



Q  Search          Log in   Sign up                                                      🛒 Cart (0)


SM Korea Beauty

HOME

Valentine's Day Special

New Arrivals

BEST SELLERS

CLEARANCE

BRAND                          —

INCELLDERM (인셀덤)

Sulwhasoo (설화수)

The history of Whoo 후(后)

KAHI (가히)

Renecell (르네셀-연예인 화장품, 순한
Vit C 화장품)

Lst (아이스트-젬프스템 세트)

O HUI (오휘)

Jungjun Industry (때르메스)

태곡제약 도미나스 (기미관리)

Dr. Jart+ (닥터자르트)

HERA (헤라)

CHARMZONE (참존)

BOSK (보스크 에스테틱샵 전용 제품)

9:35 Vallatto (9시 35분 발라또)

CosmeChef (흑당고, 녹당고, 백당고
*New!)

LEADERS (피부과 의사가 만든 마스크
팩)

Jung Saem Mool (정샘물)

CLIO (클리오)

AGE 20'S (견미리 쿠션)

Too Cool For School (투쿨포스쿨)

Shimoment (쌀사 롤러 크림)

MEDI PEEL(손닿비폼클렌징, 손닿비
수분크림)

Centellian 24+ (동국제약)

Densp (공유 유산균-Probiotics)

Golf Patch & Mask (골프패치 & 골프
마스크)

MEDIHEAL (부위별패치)

So Natural (쏘내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백
화장품

모노 아이즈)

엣지유 셀프네일)

Dr.FORHAIR (현빈샴푸)

Home › 설화수

# 설화수

Filter by  ▾          Best selling  ▾



Sulwhasoo Essential Balancing Emulsion EX
설화수 자음유액 125ml
설화수
$47.99 $72.00



Sulwhasoo First Care Activating Mask 2ea
/ 설화수 윤조 마스크 2장
설화수
$5.99



Sulwhasoo Gentle Cleansing Oil 설화수 순
행 클렌징 오일 200ML
설화수
$32.99 $40.00



Sulwhasoo Essential Balancing Water EX
설화수 자음수 125ml
설화수
$42.99 $68.00



Sulwhasoo Snowise Set 설화수 자정 2종
세트
설화수
$89.99 $139.99



Sulwhasoo Perfecting Powder 설화수 퍼펙
팅 파우더
설화수
$55.99






🎁 Rewards

**Exhibit F**
**Page 189**

Document title: 설화수 – Page 2 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/%EC%84%A4%ED%99%94%EC%88%98?page=2
Capture timestamp (UTC): Fri, 10 Feb 2023 20:56:12 GMT                                Page 1 of 3

저희 SM KOREA BEAUTY 는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 190 of 273   Page ID #:190



VARI HOPE (베리홉) 8일의 기적, 미백
화장품

Etude (모노 아이즈)

EDGEU (엣지유 셀프네일)

Dr.FORHAIR (현빈샴푸)

TEAZEN KOMBUCHA (콤부차)

DEOPROCE (딸펑이크림)

Nutrione (고현정 석류 콜라겐, 비비
랩)

SKIN CARE                              +

MAKEUP                                 +

SUN CARE

PERSONAL CARE                          +

INNER BEAUTY                           +

HEALTHY SNACKS

COVID-19 ESSENTIALS                    +

News

FAQ



Sulwhasoo Timetreasure Invigoration
Water 프리미엄 안티에이징 진설수 4.23
oz (125 ml)
설화수
$115.00 $120.00 – **Sold Out**



Sulwhasoo Timetreasure Invigorating
Emulsion 설화수 프리미엄 안티에이징 진
설유액 4.23 oz (125 ml)
설화수
$99.99 $135.00



윤조 에센스 단품 30ml / First Care
Activating Serum 30ml
설화수
$33.99



Sulwhasoo Timetreasure Invigorating Serum
설화수 진설에센스 50ml
설화수
$200.00

« Previous 1 2

Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

Be in the know

Promotions, new products and sales. Directly to your
inbox.

Your email                          SUBSCRIBE



Rewards

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify





**Exhibit F**
**Page 190**

EDGEU (엣지유)

Dr.FORHAIR (헌빈샴푸)

TEAZEN KOMBUCHA (콤부차)

DEOPROCE (딜평이크림)

Nutrione (고현정 석류 콜라겐, 비비랩)

SKIN CARE                    +

MAKEUP                       +

SUN CARE

PERSONAL CARE                +

INNER BEAUTY                 +

HEALTHY SNACKS

COVID-19 ESSENTIALS          +

News

FAQ









Sulwhasoo Timetreasure Invigoration
Water 프리미엄 안티에이징 진설수 4.23
oz (125 ml)
설화수
~~$115.00~~ ~~$120.00~~ – **Sold Out**

Sulwhasoo Timetreasure Invigorating
Emulsion 설화수 프리미엄 안티에이징 진
설유액 4.23 oz (125 ml)
설화수
$99.99 ~~$135.00~~

윤조 에센스 단품 30ml / First Care
Activating Serum 30ml
설화수
$33.99



Sulwhasoo Timetreasure Invigorating Serum
설화수 진설에센스 50ml
설화수
$200.00

« Previous 1 2

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email            SUBSCRIBE

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

United States (USD $) ▾

Rewards

**Exhibit F**
**Page 191**

Document title: 설화수 – Page 2 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/%EC%84%A4%ED%99%94%EC%88%98?page=2
Capture timestamp (UTC): Fri, 10 Feb 2023 20:56:12 GMT                                          Page 3 of 3

Q Search          Log in   Sign up                                          🛒 Cart (0)



HOME

Valentine's Day Special

New Arrivals

BEST SELLERS

CLEARANCE

BRAND                                    –

INCELLDERM (인셀덤)

Sulwhasoo (설화수)

The history of Whoo 후(后)

O HUI (오휘)

HERA (헤라)

ESTHER FORMULA(에스더 글루타
치온)

Dr. Jart+ (닥터자르트)

KAHI (가히)

I.st (아이스트-헴프스템 세트)

Jungjun Industry (때르메스)

CosmeChef (흑당고, 녹당고, 백당고
*New!)

태극제약 도미나스 (기미관리)

MEDI PEEL(손담비퓸클렌징, 손담비
수분크림)

Renecell (르네셀-연예인 화장품, 순한
Vit C 화장품)

BOSK (보스크 에스테틱샵 전용 제품)

9:35 Vallatto (9시 35분 발라또)

LEADERS (피부과 의사가 만든 마스크
팩)

Jung Saem Mool (정샘물)

CLIO (클리오)

AGE 20'S (견미리 쿠션)

Too Cool For School (투쿨포스쿨)

Shimoment (꿀사 롤러 크림)

Centellian 24+ (동국제약)

Densp (공유 유산균-Probiotics)

Golf Patch & Mask (골프패치 & 골프
마스크)

MEDIHEAL (부위별패치)

So Natural (쏘내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백
치자품

...ONE (참존)

**Etude (모노 아이즈)**

Home › Etude

# Etude

Filter by ▾          Best selling          ▾



Etude Mono Eyes 에뛰드 모노 아이즈 (Eye
shadow) Buy 1 Get 1 Free
Etude
$12.99



Etude Play 101 Contour Duo 에뛰드 플레
이 101 스틱 컨투어 듀오 2g+3.8g
Etude
$11.99


Rewards

**Exhibit F**
**Page 192**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)

Densp (공유 유산균-Probiotics)

Golf Patch & Mask (골프패치 & 골프 마스크)

MEDIHEAL (부위별패치)

So Natural (쓰내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백 화장품

CHARMZONE (참존)

**Etude (모노 아이즈)**

EDGEU (엣지유 셀프네일)

Dr.FORHAIR (현빈샴푸)

TEAZEN KOMBUCHA (콤부차)

DEOPROCE (달팽이크림)

Nutrione (고현정 석류 콜라겐, 비비 랩)

SKIN CARE                      +

MAKEUP                         +

SUN CARE

PERSONAL CARE                  +

INNER BEAUTY                   +

HEALTHY SNACKS

COVID-19 ESSENTIALS            +

News

FAQ

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email                          SUBSCRIBE

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

United States (USD $)  ▾

Rewards

Document title: Etude – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/etude
Capture timestamp (UTC): Tue, 14 Feb 2023 14:45:41 GMT
Page 2 of 2



Search   Log in   Sign up   🛒 Cart (0)

HOME

Valentine's Day Special

New Arrivals

BEST SELLERS

CLEARANCE

BRAND

INCELLDERM (인셀덤)

Sulwhasoo (설화수)

The history of Whoo 후(后)

KAHI (가히)

Renecell (로네셀-연예인 화장품, 순한 Vit.C 화장품)

Lst (아이스트-젬프스템 세트)

O HUI (오휘)

Jungjun Industry (때르메스)

태극제약 도미나스 (기미관리)

Dr. Jart+ (닥터자르트)

HERA (헤라)

CHARMZONE (참존)

BOSK (보스크 에스테틱샵 전용 제품)

9:35 Vallatto (9시 35분 발라또)

CosmeChef (흑당고, 녹당고, 백당고 *New!)

LEADERS (피부과 의사가 만든 마스크 팩)

Jung Saem Mool (정샘물)

CLIO (클리오)

AGE 20'S (견미리 쿠션)

Too Cool For School (투쿨포스쿨)

Shimoment (말사 롤러 크림)

MEDI PEEL (손담비품클렌징, 손담비 수분크림)

Centellian 24+ (동국제약)

Densp (공유 유-산균-Probiotics)

Golf Patch & Mask (골프패치 & 골프 마스크)

MEDIHEAL (부위별패치)

So Natural (쏘내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백 화장품

모노 아이즈

엔젤유 셀프네일

Dr.FORHAIR (현빈샴푸)

Home › 헤라

# 헤라

Filter by ▾      Best selling ▾



HERA Sun Mate Protector SPF50+/PA+++ 선 메이트 프로텍터 50ml
헤라
$25.99 – **Sold Out**



HERA Sensual Spicy Nude Balm 헤라 센슈얼 스파이시 누드밤 0.12 oz, 3.5g
헤라
~~$39.99~~ ~~$45.00~~



[Pack of 2] HERA Sun Mate Leports Pro Waterproof SPF50+ PA++++ 30ml 헤라 선 메이트 레포츠 프로 워터프루프
헤라
$12.99



HERA MAGIC STARTER SPF25 PA++ 매직 스타터 35ml [프라이머, 메이크업 베이스]
헤라
~~$22.99~~ ~~$31.99~~



HERA Black Foundation SPF 15 / PA+ 헤라 블랙 파운데이션 35ml
헤라
~~$22.99~~ ~~$39.99~~



HERA UV Mist Cushion 50+ / PA+++ 헤라 UV 미스트 쿠션 15g x 2 [21N1 바닐라 Vanila]
헤라
$33.99







Rewards

**Exhibit F
Page 194**

Centellian 24+ (정국제약)

Densp (공유 유산균-Probiotics)

Golf Patch & Mask (골프패치 & 골프 마스크)

MEDIHEAL (부위별패치)

So Natural (쏘내추럴, 메이크업 픽서)

VARI HOPE (베리홉) 8일의 기적, 미백 화장품

Etude (모노 아이즈)

EDGEU (엣지유 셀프네일)

Dr.FORHAIR (현빈샴푸)

TEAZEN KOMBUCHA (콤부차)

DEOPROCE (딸꽝이크림)

Nutrione (고현정 석류 콜라겐, 비비랩)

---

HERA Black Foundation SPF 15 / PA+ 헤라 블랙 파운데이션 35ml

헤라

$22.99 $39.99

헤라

$33.99



---

SKIN CARE                              +

MAKEUP                                 +

SUN CARE

PERSONAL CARE                          +

INNER BEAUTY                           +

HEALTHY SNACKS

COVID-19 ESSENTIALS                    +

News

FAQ



HERA Sun Mate Leports Pro Waterproof SPF50+ / PA++++ 선 메이트 레포츠 프로 워터프루프 70ml

헤라

$24.99

HERA Sun Mate Daily SPF35 PA+++ 70ml x 2 헤라 선메이트 데일리 SPF35 70ml x 2

HERA

$49.99

---

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email                    SUBSCRIBE

---

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

United States (USD $) ▾









Rewards

**Exhibit F
Page 195**













**Exhibit F**
**Page 196**

Document title: SM Korea Beauty on Instagram: "□　설화수 윤조에센스 30ml 단품 입고안내□　정말 많은 분들이 찾아주셨던 ※설화수 윤조에센스※ 단품이 입고되었습니...

Capture URL: https://www.instagram.com/p/CoF2u12vzZK/

Capture timestamp (UTC): Tue, 14 Feb 2023 15:45:42 GMT

Page 1 of 2



13 likes

JANUARY 31

Log in to like or comment.

More posts from **smkoreabeauty**



















See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users

English ∨   © 2023 Instagram from Meta

**Exhibit F**
**Page 197**



smkoreabeauty • Follow

smkoreabeauty 🟧설화수 윤조에센스 30ml 단품 입고안내🟧
정말 많은 분들이 찾아주셨던 ※설화수 윤조에센스※ 단품이 입고되었습니다.
세트상품의 구성품으로 들어가는 💥30ml💥 작은 사이즈로 💥케이스 없이 💥본품만 판매합니다.
💥저렴한 가격에 ▥휴대성 좋은 작은 사이즈입니다.

🛒웹사이트 오더 주소 👇
https://smkoreabeauty.com/collections/new/products/%EC%9C%A4%EC%A1%B0-%EC%97%90%EC%84%BC%EC%8A%A4-%EB%8B%A8%ED%92%88-30ml-first-care-activating-serum-30ml
🏬매장 방문 구매 주소 :
6950 Aragon Cir Ste 2&3
Buena Park, CA 90620
🕐매장 영업시간 : AM 9:00 ~ PM 5:30

13 likes
JANUARY 31

Log in to like or comment.

More posts from smkoreabeauty













**Exhibit F**
**Page 198**



13 likes

JANUARY 31

Log in to like or comment.

More posts from smkoreabeauty













See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Locations   Instagram Lite   Contact Uploading & Non-Users

English ∨   © 2023 Instagram from Meta

**Exhibit F**
**Page 199**



**NEAL GERBER EISENBERG**

March 30, 2020

Ian J. Block
Attorney at Law

Tel 312.269.2960
Fax 312.578.1548
iblock@nge.com

### VIA FEDERAL EXPRESS AND EMAIL (SUNSHINEMALLKOREA@GMAIL.COM)

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
8311 Fontainbleu Way
Cypress, California 90630

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim
14747 Artesia Blvd, Suite 4C
La Mirada, California 90638

      Re:    **Unauthorized Sales of Amorepacific Products at SM Korea Beauty**

Dear Mr. Kim:

We are intellectual property litigation counsel to Amorepacific Corporation, the owner of many of the most well-known cosmetics brands in Korean beauty (https://amorepacific.com). We are writing because we recently became aware of Sunshine Mall's (d/b/a Sunshine Mall Korea Beauty and SM Korea Beauty) unauthorized sale to U.S. consumers of international versions of Amorepacific products that are not intended or authorized for sale in the United States through your SM Korea Beauty store (https://smkoreabeauty.com/).

As you likely know, Amorepacific is the largest cosmetics manufacturer in South Korea and among the largest in the world, providing its global customers with a total package of beauty and health solutions through 30 brands spanning beauty, household, and healthcare products. The company's product lines include some of the best-selling and most renowned in Korean beauty, including such premiere brands as SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, and INNISFREE, among many others. The company's immense success and industry leadership are attributable to many factors, including Amorepacific's long history of innovation, cutting edge technology, brand development and integrity, high-quality ingredients (including Asian botanicals and other ingredients from patented complexes), and deep commitment to customer care.

As a result of Amorepacific's remarkable success around the world, it has developed significant consumer goodwill in its various brands. In addition to substantial sales, advertising, quality control, and enforcement efforts, Amorepacific has obtained numerous trademark registrations in various jurisdictions around the world to protect its significant rights in these brands. Among these, and relevant here, Amorepacific owns over 15 U.S. federal trademark registrations for its SULWHASOO brand (including, for example, U.S. Reg. No. 3,962,642, a copy of which is enclosed). These registrations cover all forms of "cosmetics," including such

**Exhibit F
Page 200**



**NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 2

specific cosmetics items as "skin lotions, foundation creams, eye creams, cosmetic nourishing creams, cosmetic skin fresheners, make-up powder, [and] cosmetic creams for skin care." Under U.S. federal law, these registrations confer upon Amorepacific exclusive rights to ownership of its marks for the registered goods.

We recently became aware that, long after Amorepacific secured its various trademark registrations, Sunshine Mall has been selling versions of Amorepacific's SULWHASOO products that are intended to be sold only in international markets to consumers in the United States through the SM Korea Beauty store (https://smkoreabeauty.com/). Representative screen captures of these unauthorized product listings are enclosed.

The international products you are selling—known as "gray market" goods when sold in the United States without Amorepacific's approval—are materially different from the authorized U.S. versions of these products that Amorepacific specifically intends to be offered in the United States through Amorepacific's exclusive distribution chain. In particular, the gray market products you sell to U.S. consumers may include at least the following material differences, each of which is cognizable under the relevant U.S. laws, regulations, and court decisions:

- The specific compositions and formulations of Amorepacific's authorized and gray market products can differ because certain ingredients included in the gray market versions are not expressly authorized by U.S. Food and Drug Administration requirements for ingredients that may be included in authorized products sold in the United States. 19 CFR § 133.2(e)(1)-(2).

- The packaging and labeling for the unauthorized products are not intended to conform to U.S. legal and regulatory requirements, including with respect to FDA labeling requirements and, in some instances, U.S. advertising law under the Lanham Act, 15 U.S.C. § 1051, *et. seq*. 19 CFR § 133.2(e)(4).

- Consumers who purchase unauthorized Amorepacific cosmetics products are likely to be confused and disappointed when they learn that there is no actionable warranty in the United States on those products. 19 CFR § 133.2(e)(5).

- International versions of SULWHASOO products oftentimes do not include English-language ingredient lists and directions for use. 19 CFR § 133.2(e)(5). The absence of such information in English for products sold in the United States can pose dangers to consumers of these products. For example, a consumer could inadvertently use one of your unauthorized products that contains ingredients to which the consumer is allergic if the consumer is unable to read the product's ingredients.

- Because the unauthorized gray market products you sell are imported and sold outside of Amorepacific's authorized—and optimized—distribution channel, they

**Exhibit F**
**Page 201**



**NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 3

likely take longer to reach end consumers, resulting in consumers receiving either nearly expired or expired (and thus potentially ineffective) products.

In these ways, and likely many others, your unauthorized sales of materially different foreign products to U.S. consumers are likely to confuse and disappoint them, and could even cause them physical injury. Consumers buying from you are likely to believe—mistakenly—that the Amorepacific products you sell are authorized for sale in the United States and/or that your sales are somehow endorsed or approved by Amorepacific, even though that is not the case. Your actions also harm Amorepacific by undermining the goodwill in Amorepacific's brands as a result of consumer confusion your unauthorized products create, and by potentially exposing Amorepacific legal and regulatory liability from the existence of potentially non-conforming Amorepacific products in the U.S. marketplace. Furthermore, your diversion of sales from Amorepacific's authorized U.S. distribution channels undermines Amorepacific's relationships with its legitimate U.S. distributors and licensees, causing yet further damage.

For all of these reasons, your sale of unauthorized foreign versions of Amorepacific products that are materially different from authorized U.S. versions thus constitutes federal trademark infringement and unfair competition, as well as deceptive trade practices, unfair competition, and tortious interference with Amorepacific's contracts with its authorized distributors in violation of applicable state laws. These illegal activities expose you to legal liability, and entitle Amorepacific to injunctive and monetary relief. Moreover, now that you are on notice of Amorepacific's rights and available claims against your unauthorized sales, if you continue to sell these gray market products, your infringing conduct may be deemed willful, in which case a court would order you to pay enhanced damages and attorneys' fees.

In addition to these unauthorized and unlawful activities, we also note that you are offering Amorepacific's HERA products through your SM Korea Beauty store, as shown in the enclosed representative screen captures (https://smkoreabeauty.com/collections/hera). These products also are intended for sale in other jurisdictions, but not the United States. Accordingly, similar to the unauthorized foreign versions of Amorepacific products described above, these products are not tailored to satisfy U.S. FDA regulations and other U.S. laws, and thus exhibit a number of material differences from authorized Amorepacific's other authorized U.S. products. Your sale of these unauthorized HERA products in the United States in violation of U.S. law creates additional legal liability for you and causes further harm to Amorepacific's business and brands.

 **NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 4

Notwithstanding these circumstances, Amorepacific would prefer to resolve this matter amicably so that both parties may avoid the unnecessary expense and burden of litigation. In order to begin to work toward an amicable resolution, however, we require Sunshine Mall's written agreement that you will:

1. Immediately cease any and all current and planned use, sales, advertising, and other promotion of foreign versions of Amorepacific products in the United States or to consumers in the United States. This prohibition includes at least the following Amorepacific brands: SULWHASOO, HERA, LANEIGE, MAMONDE, ETUDE, INNISFREE, ESPOIR, ARITAUM, HANYUL, HAPPY BATH, IOPE MISE EN SCENE, RYO, and PRIMERA;

2. Immediately take down the SULWHASOO brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/sulwhasoo) and all listings for SULWHASOO products;

3. Immediately take down the HERA brand page on the SM Korea Beauty website (https://smkoreabeauty.com/collections/hera) and all listings for HERA products;

4. Certify in writing that you have destroyed or will promptly destroy all inventory of gray market Amorepacific products;

5. Identify the sources of and methods for obtaining the gray market products you have offered and sold to date; and

6. Agree to standard terms, such as maintaining confidentiality of its agreements with Amorepacific in this matter; not enabling or assisting third parties to breach the foregoing agreements; not challenging any of Amorepacific's trademark rights, including any of its applications or registrations for any of its trademarks; and not representing the existence of any approval, sponsorship, authorization, or affiliation by or between you and Amorepacific.

Please confirm your agreement to these terms by completing the signature block at the end of this letter and returning it to us. Although Amorepacific prefers an amicable resolution of this matter, in the absence of a prompt and acceptable response, we will be forced to consider pursuing all available legal options on behalf of our client. To that end, we need to receive your response by no later than Monday, April 13, 2020.

**Exhibit F
Page 203**

 **NEAL GERBER EISENBERG**

Sunshine Mall, Inc.
March 30, 2020
Page 5

      We are willing to discuss this issue with you by phone or in writing, and we look forward to hearing from you very soon.  In the meantime, Amorepacific reserves all rights and remedies.

Very truly yours,

Ian J. Block

IJB
Enclosures

**UNDERSTOOD AND AGREED:**

**Sunshine Mall, Inc.**
   **d/b/a Sunshine Mall Korea Beauty**
   **d/b/a SM Korea Beauty**

Signature: _____

Name: _____

Title: _____

Date: _____

**Tae Woong Kim**

Signature: _____

Date: ____4/10/2020____

**Exhibit F**
**Page 204**

# EXHIBIT G



**Exhibit G**
**Page 206**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 1 of 30

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 207 of 273   Page ID #:207




## Customer Reviews

No reviews yet

Write a review

# LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff

# 라네즈 네오 쿠션 글로우 15g + 리필15g + 네오 쿠션 퍼프 3개

Hyper slim cushion that completes the perfect skin lasting *50 hours with a single touch (*Color retention)

Closely adheres onto the skin. Natural fit with a second-skin feel.

- 2 times thinner cover powder coat, Concealer grade coverage : 2 times thinner* cover powder. Thinner and softer touch of a skin-tight and lightweight cushion
*Compared to LANEIGE Pore Control BB Cushion
- Stays in place without retouch - 24-hour lasting fit : Proven to stay in place in 24 hours after application
- Resistant to sweat and sebum - Sweat proof : Stays in place even after two times of 20-minute sauna at 40°C!
- *Clinical results on the degree of makeup retainment before sauna and after 20 minutes of sauna
- First among Amore Pacific's cushion products! - Blue Light Screening! Protect your skin from blue light emitted from PCs and smart phones.



NOTICE

동봉된 **주황색 DOT**을
**리필 덮개의 구멍에 꽂아 사용**하세요.

Rewards

**Exhibit G
Page 207**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 2 of 30



동봉된 주황색 DOT을
리필 덮개의 구멍에 꽂아 사용하세요.

**Exhibit G**
**Page 208**





**Exhibit G**
**Page 209**





**Exhibit G**
**Page 210**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 5 of 30

All Orders Free Shipping in US only (Shipping charge may apply to Canada)



여전히 얇지만 더 완벽해진 커버력으로
**붉은기 Bye Bye!**

여름철 땀과 피지에도 강한
**\*50시간 지속력**

*색상지속력

자연스러운 컬러로
**한층 더 내 피부 같은 NEO FIT**
화사한 피부 표현을 원한다면, 한 호수 밝게 사용!

# NEO NOW
# NEW NEO



**Exhibit G
Page 211**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)

# NEO NOW
# NEW NEO

마스크 묻어남 없는 쿠션은 이제 그만.
지금부터 또 다시 네오의 시대로



더 가벼워진
더 강력해진
## LIGHT FIT



네오의 SKIN BOO



**Exhibit G**
**Page 212**

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하신 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 213 of 273   Page ID #:213

네오의 SKIN BOOSTER
COMPLEX™로
피부 속부터 빛나게
**LIGHT ON**

전에 없던 편리함
**NEO DOT**



**Exhibit G**
**Page 213**





Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 9 of 30





Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 10 of 30





"놓치지 않을거예요"
네오의 자랑
**가벼움과 밀착력**

"이젠 부족함이 없어요"
**얇지만 강력한 커버**



Rewards

**Exhibit G
Page 216**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT



이제 작은 파우더만으로는 부족하다.

작게 쪼개고, 넓게 퍼뜨리는
네오의 **2STEP SEAMLESS** 공법



Rewards

**Exhibit G**
**Page 217**

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 218 of 273   Page ID #:218





Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 13 of 30

네오의 SEAMLESS 기술로
0.17um 초미세 입자의 파우더가
피부에 얇고 균일하게 블랜딩되어

더 얇아졌지만
더욱 세밀해진 커버력

**KEY BENEFIT 2**

피부가 진짜 좋아지는!
NEO SKIN BOOSTER COMPLEX™

판테놀           연꽃 추출물           블루
**탄력**            **항산화**        히알루론산
                                **수분 보습**



Rewards

**Exhibit G**
**Page 219**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT



+ 콘민트 추출물 **오일컨트롤**



3년만에 드러내는 Naked Skin.
네오는 이제 TOUCH FREE 시대



Rewards

**Exhibit G**
**Page 220**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT



**Exhibit G**
**Page 221**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 16 of 30

**Exhibit G**
**Page 222**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)



"혹시
이런 경험
없으셨나요?"



#퍼프탈출



#퍼프메롱



#퍼프실종

# CUSHION ON
# THE TOP




Rewards

**Exhibit G**
**Page 223**

# THE TOP

NEO DOT은 쿠션을 사용할 때
퍼프가 마음처럼 되지 않아
불편했던 경험에서 시작되었습니다.

더 이상의 불편함은 없도록
NEO가 새로운 경험을 선사합니다.

이제는 DOT이 없는 세상으로 돌아갈 수 없는 !

쿠션을 사용할 때마다 퍼프의
**칼집모양 포켓**이 열렸다 – 닫혔다 하며
내용물을 머금고 – 뿜어내는
**#초밀착 칼집 퍼프**





**Exhibit G**
**Page 224**



## 얇고 균일한 커버는 물론
## 식물유래성분 함유로
## 피부에 닿는 순간까지 편안하게!

퍼프가 피부에 닿을 때
편안한 느낌이다

# 96.97%

*24시간 후 만족도 조사 결과




Rewards

**Exhibit G**
**Page 225**



새로워진 네오쿠션은





**Exhibit G**
**Page 226**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

# 새로워진 네오쿠션은

기존보다 더 가벼워졌지만

*50시간 변함없이 지속되고

더 강력해진 커버와 함께

24시간 꽉 찬 수분보습력은 물론

놓칠 수 없는 **MILD**한 **FORMULA**까지

하이포알러지 테스트 합격
민감피부 1차 자극 테스트 합격

*색상 지속력



먼저 써 본 사람이 막하니다



**Exhibit G**
**Page 227**

# 먼저 써 본 사람이 말합니다.

| | |
|---|---|
| 가볍고 얇게 발리는 느낌이다. | **96.97%** |
| 사용 후 끈적이지 않고 보송하게 마무리된다. | **96.97%** |
| 피부 색이 어둡거나 칙칙해지지 않고 유지된다. | **90.91%** |

*24시간 후 만족도 조사 결과

# NEO COLOR GUIDE



13N1 아이보리
IVORY

17C1 쿨 바닐라
COOL VANILLA

21C1 쿨 베이지
COOL BEIGE

21N1 베이지
BEIGE

23N1 샌드
SAND



Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 23 of 30



23N1 샌드
SAND

21N1 베이지
BEIGE

25N1 탠
TAN



| | MATTE | GLOW |
|---|---|---|
| 피부표현 | Always Matte | Always Glow |
| 촉촉함 | ●●●◐ | ●●●●● |
| 커버력 | ●●●●● | ●●●● |
| 가벼움 | ●●●●● | ●●●●● |
| | 블루히알루론산(수분보습) | 블루히알루론산(수분보습) |

**Exhibit G**
**Page 229**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 24 of 30

가벼움

| | | |
|---|---|---|
| 스킨케어링 | 블루히알루론산(수분보습)<br>+ 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>콘민트추출물(오일컨트롤) | 블루히알루론산(수분보습)<br>+ 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>비타민C(광채)<br>+ 나이아신아마이드(미백) |

# Q&A

**Q1.** 네오쿠션 1세대 대비 어떤게 좋아졌나요?

**A1.** 기존 네오의 **가벼운 사용감**과 **밀착력**을 더욱 업그레이드 시키고
스킨케어링 성분으로 피부표현은 매트하게 마무리되지만,
**피부 속은 건조함 없이 촉촉하게 유지됩니다.**

**적은 양으로도 가볍지만 완벽하게 커버되는 네오쿠션 2세대를 느껴보세요!**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Q2.** 어떻게 사용해야 그 장점을 느낄 수 있나요?

**A2.** 기존 대비 훨씬 **적은 양으로도 얼굴 전체를 커버**할 수 있기 때문에,
처음 사용 시에는 평소에 사용하던 쿠션 사용량보다 **약 절반의 양**만
퍼프에 찍어 얼굴에 도포해본 뒤 부족한 경우 소량씩 찍어 추가로 사용하는
것을 추천드립니다.

**TIP!**

양 조절이 어려운 경우에는,
리필 덮개에 제형을 덜어내며 사용해보세요☺



**Exhibit G**
**Page 230**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

리필 덮개에 제형을 덜어내며 사용해보세요☺

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Q3.** 2세대는 어떤 컬러를 사용해야하나요?

**A3.** 기존에 사용하셨던 컬러와 동일한 컬러를 사용했을 때
**내 피부처럼 자연스러운 피부표현**이 연출됩니다.
보다 화사한 피부표현을 원하시는 분들은 한 단계 밝은 컬러를 사용하시면
**자연스럽게 밝고 화사한 피부표현**이 가능합니다.

> **TIP!**
>
> 테스트를 하실 땐,
> 컬러가 피부에 완전히 픽싱된 이후의 컬러로 비교해주세요!

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Q4.** 2세대 컬러가 1세대와 조금 다르다던데…

**A4.** 리뉴얼을 하며 수많은 네오쿠션 고객들을 만나보며 이야기 할 때,
모두가 입을 모아 말했던 원하는 컬러는 **'회색 기 돌지 않는 화사함'**이었어요.
보통 화사함을 만드는 화이트컬러의 파우더가 피부의 유분이나 산소를 만나
산화가 되면서 점차 잿빛으로 변하는게 흔히 말하는 '다크닝 있는',
'회색 기가 도는' 컬러거든요.

그래서 **'회색 기'**를 빼고, 처음 컬러 그대로 자연스럽게 유지되는
**이상적인 컬러**로 구현했어요.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Q5.** 기존 네오쿠션과 호환이 되나요?

**A5.** 네. **기존 네오쿠션 리필과 호환이 가능**합니다.




Rewards

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT
Page 26 of 30

# 라네즈 마케터가 직접 사용하고 알려주는
## NEW 네오쿠션 딱 맞게 사용하기!



야외활동을 즐기는 23호 유저예요.
**21N을 사용하면 화사한 느낌이 들어 봄에 사용**하기 좋았는데요,
이제 슬슬 여름이 다가오니 23N호에 정착하려고 합니다.

**23호는 자연스럽게 제 피부처럼 표현**이 되어서 손이 자주 가요!

마케터B | 23호

이번 네오는 **투명한 발색**이 매력인 것 같아요!
저는 톤팡질팡 할 때가 많은데, **21N은 웜한 메이크업**을 할 때,
**17C는 뮤트 톤 메이크업**을 할 때 찰떡이예요.

마케터C | 21호





저는 얼굴이 쉽게 붉어지는 21호 피부예요. 붉은기를 가리자고
커버를 두껍게 하면 너무 하얗게 뜨는 것 같아 고민이었는데,
이번 네오는 **커버도 얇게 되면서 특히 붉은기 커버가 잘 되어서**
만족스러워요! 21호를 사용하면 **얼굴부터 목까지 뜨는 것 없이**
딱 맞는답니다.

마케터S | 21호




Rewards

**Exhibit G**
**Page 232**

# NEW NEO
## 컬러 자세히 비교하기

피부에 바른 직후



피부에 픽싱된 이후





**Exhibit G**
**Page 233**





You may also like



LANEIGE NEO CUSHION
GLOW 15g 라네즈 네오 쿠션
글로우 15g
$32.90
☆☆☆☆☆ No reviews

CLIO Kill Cover Fixer Cushion
SPF50+/PA+++ 0.53 oz +
Refill 0.53 oz (클리오 킬커버
픽서쿠션 SPF50+/PA+++
0.53 oz + 리필 0.53 oz)
From $22.00
☆☆☆☆☆ No reviews

CLIO Kill Cover Glow Fitting
Cushion SPF50+/PA++++
0.53 oz + Refill 0.53 oz (클리
오 킬커버 밀착광채 쿠션
SPF50+/PA++++ 0.53 oz +리
필 0.53 oz)
From $12.99
☆☆☆☆☆ No reviews

2023 MAY EDITION*** O
HUI ULTIMATE COVER MESH
CUSHION SPECIAL SET / 오휘
얼티밋 커버 메쉬 쿠션 스페셜
세트
☆☆☆☆☆ No reviews



**Exhibit G**
**Page 234**



31N    25N    23N    21C    21N    17N    13N

**NEW**

31N1    25N1    23N1    21C1    21N1    17C1    13N1

## You may also like









LANEIGE NEO CUSHION
GLOW 15g 라네즈 네오 쿠션
글로우 15g
$32.90
☆☆☆☆☆ No reviews

CLIO Kill Cover Fixer Cushion
SPF50+/PA+++ 0.53 oz +
Refill 0.53 oz (클리오 킬커버
픽서쿠션 SPF50+/PA+++
0.53 oz + 리필 0.53 oz)
From $22.00
☆☆☆☆☆ No reviews

CLIO Kill Cover Glow Fitting
Cushion SPF50+/PA++++
0.53 oz + Refill 0.53 oz (클리
오 킬커버 밀착광채 쿠션
SPF50+/PA++++ 0.53 oz +리
필 0.53 oz)
From $12.99
☆☆☆☆☆ No reviews

2023 MAY EDITION★★★ O
HUI ULTIMATE COVER MESH
CUSHION SPECIAL SET / 오휘
얼티밋 커버 매쉬 쿠션 스페셜
세트
$49.99
☆☆☆☆☆ No reviews

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your
inbox.

| Your email | SUBSCRIBE |

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify



United States (USD $) ▾

       



Rewards

**Exhibit G
Page 235**

Document title: LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-matte
Capture timestamp (UTC): Tue, 17 Oct 2023 13:56:58 GMT

Page 30 of 30



Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT
Page 1 of 28

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

# LANEIGE NEO CUSHION GLOW 15g

# 라네즈 네오 쿠션 글로우 15g

### Light Fit Light On
### Radiant Cover
### Neo Cushion_Glow

- A 24 hour glow cushion enriched with diamond powder and skincare ingredients to complete translucent skin
- This foundation cushion provides a lightweight coverage and gives skin a dewy inner glow.
- Also boasting SPF 50+ PA++ to protect skin from harmful UV rays.
- Radiant-Finish Cushion that creates a prizelike glowing complexion for 24 hours.
- Provides a powerful UV protection of SPF 50+ PA+++, which blocks harmful blue light from the smart devices.
- Dewy-Lasting technology intensifies the moisturizer to create a real dewy and glowing complexion.
- Provides a powerful UV protection of SPF 50+ PA+++, which blocks harmful blue light from the smart devices.
- Real brightening function which contains Niacinamide to brighten your dull skin.





**Exhibit G**
**Page 237**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT



**Exhibit G**
**Page 238**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT



Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

Page 4 of 28

# 완전히 새로워진
# ALL NEW 네오쿠션

✓

여전히 얇지만 더 완벽해진 커버력으로
## 붉은기 Bye Bye!

✓

여름철 땀과 피지에도 강한
## *50시간 지속력

*색상지속력

✓

자연스러운 컬러로
## 한층 더 내 피부 같은 NEO FIT

화사한 피부 표현을 원한다면, 한 호수 밝게 사용!



**Exhibit G**
**Page 240**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)

**한층 더 내 피부 같은 NEO FIT**

화사한 피부 표현을 원한다면, 한 호수 밝게 사용!

# NEO NOW
# NEW NEO

마스크 묻어남 없는 쿠션은 이제 그만.
지금부터 또 다시 네오의 시대로



더 가벼워진
더 강력해진



Rewards

**Exhibit G**
**Page 241**





**Exhibit G**
**Page 242**





Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT
Page 8 of 28





Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT



"놓치지 않을거예요"
네오의 자랑
**가벼움과 밀착력**

"이젠 부족함이 없어요"
**얇지만 강력한 커버**

**Exhibit G**
**Page 245**



**Exhibit G**
**Page 246**

이제 작은 파우더만으로는 부족하다.

작게 쪼개고, 넓게 퍼뜨리는
네오의 **2STEP SEAMLESS** 공법

**KEY BENEFIT 1**

더 가벼워지고, 더 밀착되어
피부로 느끼는
**LIGHT - SEAMLESS FIT**



Rewards

**Exhibit G**
**Page 247**



네오의 SEAMLESS 기술로
0.17um 초미세 입자의 파우더가
피부에 얇고 균일하게 블랜딩되어

**더 얇아졌지만
더욱 세밀해진 커버력**

**KEY BENEFIT 2**

피부가 진짜 좋아지는!

**Exhibit G
Page 248**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT






**Exhibit G**
**Page 249**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY

Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…

Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

Page 14 of 28

All Orders Free Shipping in US only (Shipping charge may apply to Canada)





**Exhibit G**
**Page 250**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)



*1.5배 더 밀착되어
Mask Proof 그 이상의
어떤 터치로부터도 자유로운 세상으로.

**터치프리 효과
**99.9**%

*기존 자사 제품 대비
**터치 10회 후 피부 밝기 값을 측정한 인체적용시험 결과

LANEIGE

Rewards

**Exhibit G
Page 251**





"혹시
이런 경험
없으셨나요?"



#퍼프탈출



#퍼프매끌



#퍼프신즈

**Exhibit G**
**Page 252**



# CUSHION ON
# THE TOP

NEO DOT은 쿠션을 사용할 때
퍼프가 마음처럼 되지 않아
불편했던 경험에서 시작되었습니다.

더 이상의 불편함은 없도록
NEO가 새로운 경험을 선사합니다.

이제는 DOT이 없는 세상으로 돌아갈 수 없는 !





**Exhibit G**
**Page 253**



멤브레인 구조의 촘촘한 코팅 표면이
리퀴드 입자를 얇게 도포하여
얇고 균일한 윤기&광채 룩을 구현하는
**#글로우 코팅 퍼프**

LANEIGE

식물유래 성분이 함유된
**부드러운 퍼프로**
피부에 닿는 순간까지 편안하게!





**Exhibit G**
**Page 254**

피부에 꽁꽁 안긴가지 안긴하게!

퍼프가 피부에 닿을 때
편안한 느낌이다

**96.66%**

*사용 직후 만족도 조사 결과



**Exhibit G**
**Page 255**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하신 다음날에는 배송하는 것을 원칙으로 하고 있습니다.

# 새로워진 네오쿠션은

기존보다 더 가벼워졌지만

*50시간 변함없이 지속되고

더 강력해진 커버와 함께

24시간 꽉 찬 수분보습력은 물론

놓칠 수 없는 MILD한 FORMULA까지

하이포알러지 테스트 합격

민감피부 1차 자극 테스트 합격



**Exhibit G**
**Page 256**

하이포알러지 테스트 합격

민감피부 1차 자극 테스트 합격

*색상 지속력

# 먼저 써 본 사람이 말합니다.

| | |
|---|---|
| 피부에 광채가 도는 느낌이다. | 100% |
| 피부에 밀착이 잘 된 느낌이다. | 100% |
| 사용 시 피부톤이 균일하게 커버되는 느낌이다. | 100% |
| 주변 사람들에게 추천할 의사가 있다. | 100% |

*사용 직후 만족도 조사 결과

# NEO COLOR GUIDE



13N1 아이보리
IVORY

17C1 쿨 바닐라

**Exhibit G**
**Page 257**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM Document 1 Filed 10/17/23 Page 258 of 273 Page ID #:258



IVORY

17C1 쿨 바닐라
COOL VANILLA

21N1 베이지
BEIGE

21C1 쿨 베이지
COOL BEIGE

23N1 샌드
SAND

25N1 탠
TAN



| | MATTE | GLOW |
| --- | --- | --- |
| 피부표현 | Always Matte | Always Glow |

**Exhibit G**
**Page 258**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY

Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4EC…

Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

|  | MATTE | GLOW |
|---|---|---|
| 피부표현 | Always Matte | Always Glow |
| 촉촉함 | ●●●◑ | ●●●● |
| 커버력 | ●●●●● | ●●●● |
| 가벼움 | ●●●●● | ●●●●● |
| 스킨케어링 | 블루히알루론산(수분보습)<br>+ 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>콘민트추출물(오일컨트롤) | 블루히알루론산(수분보습)<br>+ 판테놀(탄력)<br>+ 연꽃추출물(항산화)<br><br>비타민C(광채)<br>+ 나이아신아마이드(미백) |

# Q&A

**Q1.** 네오쿠션 1세대 대비 어떤게 좋아졌나요?

**A1.** 기존 네오의 **가벼운 사용감**과 **밀착력**을 더욱 업그레이드 시키고
스킨케어링 성분으로 피부표현은 매트하게 마무리되지만,
**피부 속은 건조함 없이 촉촉하게** 유지됩니다.

**적은 양으로도 가볍지만 완벽하게 커버되는 네오쿠션 2세대를 느껴보세요!**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Q2.** 어떻게 사용해야 그 장점을 느낄 수 있나요?



Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY

Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…

Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

Page 24 of 28

### Q2. 어떻게 사용해야 그 장점을 느낄 수 있나요?

**A2.** 기존 대비 훨씬 **적은 양으로도 얼굴 전체를 커버**할 수 있기 때문에,
처음 사용 시에는 평소에 사용하던 쿠션 사용량보다 **약 절반의 양**만
퍼프에 찍어 얼굴에 도포해본 뒤 부족한 경우 소량씩 찍어 추가로 사용하는
것을 추천드립니다.

> **TIP!**
>
> 양 조절이 어려운 경우에는,
> 리필 덮개에 제형을 덜어내며 사용해보세요☺

### Q3. 2세대는 어떤 컬러를 사용해야하나요?

**A3.** 기존에 사용하셨던 컬러와 동일한 컬러를 사용했을 때
**내 피부처럼 자연스러운 피부표현**이 연출됩니다.
보다 화사한 피부표현을 원하시는 분들은 한 단계 밝은 컬러를 사용하시면
**자연스럽게 밝고 화사한 피부표현**이 가능합니다.

> **TIP!**
>
> 테스트를 하실 땐,
> 컬러가 피부에 완전히 픽싱된 이후의 컬러로 비교해주세요!

### Q4. 2세대 컬러가 1세대와 조금 다르다던데…

**A4.** 리뉴얼을 하며 수많은 네오쿠션 고객들을 만나보며 이야기 할 때,
모두가 입을 모아 말했던 원하는 컬러는 **'회색 기 돌지 않는 화사함'**이었어요.
보통 화사함을 만드는 화이트컬러의 파우더가 피부의 유분이나 산소를 만나
산화가 되면서 점차 잿빛으로 변하는게 흔히 말하는 '다크닝 있는',
'회색 기가 도는' 컬러거든요.

그래서 **'회색 기'**를 빼고, 처음 컬러 그대로 자연스럽게 유지되는
**이상적인 컬러**로 구현했어요.



Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY

Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC%…

Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT

Page 25 of 28

그래서 **'회색 기'를 빼고, 처음 컬러 그대로 자연스럽게 유지되는 이상적인 컬러**로 구현했어요.

 **Q5.** 기존 네오쿠션과 호환이 되나요?

 **A5.** 네. **기존 네오쿠션 리필과 호환이 가능**합니다.

# 라네즈 마케터가 직접 사용하고 알려주는 **NEW 네오쿠션** 딱 맞게 사용하기!



야외활동을 즐기는 23호 유저예요.
**21N을 사용하면 화사한 느낌이 들어 봄에 사용**하기 좋았는데요,
이제 슬슬 여름이 다가오니 23N호에 정착하려고 합니다.

**23호는 자연스럽게 제 피부처럼 표현**이 되어서 손이 자주 가요!

마케터B | 23호

이번 네오는 **투명한 발색**이 매력인 것 같아요!
저는 톤팡질팡 할 때가 많은데, **21N은 웜한 메이크업**을 할 때,
**17C는 뮤트 톤 메이크업**을 할 때 찰떡이예요.



마케터C | 21호

저는 얼굴이 쉽게 붉어지는 21호 피부예요. 붉은기를 가리자는





 Rewards

**Exhibit G
Page 261**

Document title: LANEIGE NEO CUSHION GLOW 15g 라네즈 네오 쿠션 글로우 15g – SUNSHINEMALL KOREA BEAUTY
Capture URL: https://smkoreabeauty.com/collections/cushion/products/laneige-neo-cushion-glow-15g-%EB%9D%BC%EB%84%A4%EC%A6%88-%EB%84%A4%EC…
Capture timestamp (UTC): Tue, 17 Oct 2023 13:58:23 GMT



저는 얼굴이 쉽게 붉어지는 21호 피부예요. 붉은기를 가리자고 커버를 두껍게 하면 너무 하얗게 뜨는 것 같아 고민이었는데, 이번 네오는 **커버도 얇게 되면서 특히 붉은기 커버가 잘 되어서** 만족스러워요! 21호를 사용하면 **얼굴부터 목까지 뜨는 것 없이** 딱 맞는답니다.

마케터S | 21호

## You may also like



LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 쿠션 글로우 15g + 리필15g + 네오 쿠션 퍼프 3개
$55.79
☆☆☆☆☆ No reviews



CLIO Kill Cover Glow Fitting Cushion SPF50+/PA++++ 0.53 oz + Refill 0.53 oz (클리오 킬커버 밀착광채 쿠션 SPF50+/PA++++ 0.53 oz +리필 0.53 oz)
From $12.99
☆☆☆☆☆ No reviews



CLIO Kill Cover Fixer Cushion SPF50+/PA+++ 0.53 oz + Refill 0.53 oz (클리오 킬커버 픽서쿠션 SPF50+/PA+++ 0.53 oz + 리필 0.53 oz)
From $22.00
☆☆☆☆☆ No reviews



2023 MAY EDITION*** O HUI ULTIMATE COVER MESH CUSHION SPECIAL SET / 오휘 얼티밋 커버 메쉬 쿠션 스페셜 세트
$49.99
☆☆☆☆☆ No reviews

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email                     SUBSCRIBE

t © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

     



Exhibit G
Page 262

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한 주문하시 다음날에는 배송하는것을 원칙으로 하고 있습니다.

Case 2:23-cv-08749-RGK-BFM   Document 1   Filed 10/17/23   Page 263 of 273   Page ID #:263



저는 얼굴이 쉽게 붉어지는 21호 피부예요. 붉은기를 가리자고 커버를 두껍게 하면 너무 하얗게 뜨는 것 같아 고민이었는데, 이번 네오는 **커버도 얇게 되면서 특히 붉은기 커버가 잘 되어서** 만족스러워요! 21호를 사용하면 **얼굴부터 목까지 뜨는 것 없이** 딱 맞는답니다.

마케터S | 21호

## You may also like



LANEIGE NEO CUSHION MATTE 15g + Refill 15g + 3 NEO Cushion Puff 라네즈 네오 쿠션 글로우 15g + 리필15g + 네오 쿠션 퍼프 3개
$55.79
☆☆☆☆☆ No reviews



CLIO Kill Cover Glow Fitting Cushion SPF50+/PA++++ 0.53 oz + Refill 0.53 oz (클리오 킬커버 밀착광채 쿠션 SPF50+/PA++++ 0.53 oz +리필 0.53 oz)
From $12.99
☆☆☆☆☆ No reviews



CLIO Kill Cover Fixer Cushion SPF50+/PA++ 0.53 oz + Refill 0.53 oz (클리오 킬커버 픽서쿠션 SPF50+/PA+++ 0.53 oz + 리필 0.53 oz)
From $22.00
☆☆☆☆☆ No reviews



2023 MAY EDITION*** O HUI ULTIMATE COVER MESH CUSHION SPECIAL SET / 오휘 얼티밋 커버 매쉬 쿠션 스페셜 세트
$49.99
☆☆☆☆☆ No reviews

## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email                          SUBSCRIBE

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify



United States (USD $) ▾

        

Rewards

**Exhibit G
Page 263**

# EXHIBIT H



All Orders Free Shipping in US only (Shipping charge may apply to Canada)

Q Search    Log in   Sign up    🛒 Cart (0)

SM *Korea Beauty*

HOME

NEW ARRIVALS

BEST SELLERS

CLEARANCE

PREMIUM K-FOOD 프리미엄 한국간식

BRAND                –

설화수

The history of Whoo 후(后)

O HUI (오휘)

KAHI (가히)

d'Alba (달바 선크림)

INCELLDERM (인셀덤)

9:35 Vallatto (9시 35분 발라또)

Renecell (르네셀-연예인 화장품, 순한 Vit C 화장품)

ATOMY(애터미)

fwee (퓌 립틴트, 블러셔)

Dr. Jart+ (닥터자르트)

ESTHER FORMULA(여에스더 글루타치온)

Rom&nd (롬앤)

I.st (아이스트-김사랑 화장품)

CELLNOC (순한 리프팅 화장품)

Jungjun Industry (때르메스)

dodo FOOT CARE (발각질제거기)

KIM ALOE (김정문알로에)

Jung Saem Mool (정샘물)

ISAKNOX (이자녹스)

SOORYEHAN (수려한)

CosmeChef (흑당고, 녹당고, 백당고 *New!)

태극제약 도미나스 (기미관리)

MODA MODA (모다모다 염색샴푸)

BOSK (보스크 에스테틱샵 전용 제품)

VARI HOPE (베리홉) 8일의 기적, 미백화장품

VT COSMETICS (브이티 선쿠션)

LEADERS (피부과 의사가 만든 마스크팩)

(견미리 쿠션)

(루이쳴 팩트)

Beauty of Joseon (조선미녀)

Home › Sulwhasoo

# Sulwhasoo

## PLEASE TEXT OR CALL US (657)238-7018

## TO PLACE AN ORDER

Sorry, there are no products in this collection.

Rewards

**Exhibit H**
**Page 265**

All Orders Free Shipping in US only (Shipping charge may apply to Canada)

LEADERS (피부과 의사가 만든 마스크 팩)

AGE 20'S (견미리 쿠션)

LUICHEL (루이�첼 팩트)

Beauty of Joseon (조선미녀)

Deepte (딥트3일 피치번)

CLIO (클리오)

Too Cool For School (투쿨포스쿨)

Shimoment (꿀사 롤러 크림)

LizK (리즈케이 비타민세럼)

Centellian 24+ (동국제약)

DEOPROCE (딸땡이크림)

So Natural (쓰내추럴, 메이크업 픽서)

Golf Patch & Mask (골프패치 & 골프 마스크)

ROUND LAB (독도클렌저)

ma:nyo (마녀공장 클렌징오일)

AHC (아이크림)

CHARMZONE (참존)

Densp (공유 유산균-Probiotics)

SYSPANG (혈관팔팔, 관절팔팔)

Etude (모노 아이즈)

MEDIHEAL (부위별패치)

ESTHER FORMULA(여에스더 글루타치온)

TEAZEN KOMBUCHA (콤부차)

Life Pharm (생활약숙 기분전환)

SYSPANG(관절팔팔, 혈관팔팔)

Nutrione (고현정 석류 콜라겐, 비비랩)

Jardin Our Tea (콤부차, 과일티)

Dr.FORHAIR (현빈샴푸)

EDGEU (엣지유 셀프네일)

GIFT SETS

Homme (남성 스킨 케어 세트)

SKIN CARE                           +

MAKEUP                              +

SUN CARE

PERSONAL CARE                       +

WELLNESS

NEWS

BLOG

Rewards

**Exhibit H**
**Page 266**

저희 SM KOREA BEAUTY는 미국 California에 위치하고 있으며 재고가 있는 한, 주문하신 다음날에는 배송하는것을 원칙으로 하고 있습니다.

SYSPANG (혈관팔팔, 관절팔팔)

Etude (모노 아이즈)

MEDIHEAL (부위별패치)

ESTHER FORMULA(여에스더 글루타치온)

TEAZEN KOMBUCHA (콤부차)

Life Pharm (생활약숙 기분전환)

SYSPANG(관절팔팔, 혈관팔팔)

Nutrione (고현정 석류 콜라겐, 비비랩)

Jardin Our Tea (콤부차, 과일티)

Dr.FORHAIR (헌빈샴푸)

EDGEU (엣지유 셀프네일)

GIFT SETS

Homme (남성 스킨 케어 세트)

SKIN CARE                    +

MAKEUP                       +

SUN CARE

PERSONAL CARE                +

WELLNESS

NEWS

BLOG

FAQ



## Links

Terms of Service
Privacy Policy
Refund Policy
Shipping Policy

## Contact us

6950 Aragon Cir Ste 2&3

Buena Park, CA 90620

Phone: 657-238-7018 / 714-865-1997

Email : smkoreabeauty@gmail.com

카톡상담: @SMKbeauty

## Be in the know

Promotions, new products and sales. Directly to your inbox.

Your email                          SUBSCRIBE

Copyright © 2023, SUNSHINEMALL KOREA BEAUTY. Powered by Shopify

United States (USD $)  ▾

Rewards

**Exhibit H**
**Page 267**

# EXHIBIT I

**Exhibit I**
**Page 268**



**NEAL GERBER EISENBERG**

September 27, 2023

Ian J. Block
Attorney at Law

Tel 312.269.2960
Fax 312.578.1548
iblock@nge.com

**VIA FEDERAL EXPRESS AND EMAIL**

Sunshine Mall, Inc.
  d/b/a Sunshine Mall Korea Beauty
  d/b/a SM Korea Beauty
c/o Tae Woong Kim, Agent
6950 Aragon Circle, Suite 2
Buena Park, California 90620
smkoreabeauty@gmail.com
sunshinemallkorea@gmail.com

      Re:    **Demand that SM Korea Beauty Immediately Stop**
               **All Unauthorized Sales of Amorepacific Products**

Dear Mr. Kim:

      As you know from our multiple communications dating back to March 2020, we are intellectual property litigation counsel to Amorepacific Corporation ("Amorepacific"), the owner of many of the most well-known cosmetics brands in Korean beauty (https://amorepacific.com). You will recall that you signed an acknowledgement on April 10, 2020 of your agreement not to sell unauthorized Amorepacific products (the "2020 Agreement"). We have sent you numerous letters and emails since then to secure your compliance with your signed agreement, including more recently in our various calls and emails to you in April and May of this year.

      We are writing again because, despite your signed agreement, Sunshine Mall (d/b/a Sunshine Mall Korea Beauty and SM Korea Beauty) is continuing to offer and sell unauthorized international versions of Amorepacific products that are neither intended nor authorized for sale in the United States to U.S. consumers. These gray market products infringe Amorepacific's registered rights. You also have been using unauthorized versions of Amorepacific's copyrighted marketing materials to promote the unauthorized products you are selling. Worse yet, we also are aware that you very recently opened a second physical retail store in Los Angeles' Koreatown neighborhood, from which you continue to sell unauthorized Amorepacific products. This recent expansion is acutely harmful in light of the upcoming Korean Thanksgiving holiday, when Amorepacific customers increase their purchases of our client's products.

      **Therefore, in addition to our other outstanding demands, we specifically require that you remove all Amorepacific products from your retail store shelves by no later than 10:00 a.m. PT tomorrow, Thursday, September 28. Amorepacific representatives will be monitoring activities at your stores, and we have been instructed to file an infringement lawsuit against you in federal court if you fail to comply with this urgent requirement. Time is of the essence.**

**Exhibit I**
**Page 269**



Tae Woong Kim
Sunshine Mall, Inc.
September 27, 2023
Page 2

Your activities are infringing and harmful to Amorepacific for multiple reasons. First, after entering into the 2020 Agreement, you have continued to relist these offending products on your SM Korea Beauty online store (https://smkoreabeauty.com/). You have also stopped responding to our letters, emails, and calls, which caused us to take direct measures through Shopify, your website host. As you know, Shopify took down approximately 125 unauthorized Amorepacific product listings from your website on August 31, 2023. These included scores of gray market versions of Amorepacific's Sulwhasoo, Hanyul, Hera, Iope, Laneige, and Mamonde products. Incredibly, you listed yet another unauthorized Sulwhasoo product within a week of this takedown. We had Shopify remove that one as well. Your repeated, egregious conduct as a repeat infringer puts you at risk of Shopify discontinuing its hosting services to you.

Second, you have continued to promote these unauthorized versions of Amorepacific's products by using unauthorized copies of Amorepacific's copyrighted marketing materials. These include copies of Amorepacific's product photographs and advertisements featuring the K-pop star Rosé from the band BLACKPINK. You posted unauthorized versions of these ads in multiple product listings on your website, are posting them to your social media accounts, sending them by text to consumers in the United States, and including them in advertisements on websites and online newspapers that are popular within the Los Angeles Korean community. You do not own any rights to use or modify Amorepacific's advertisements, particularly in connection with your unauthorized promotion and sale of unauthorized gray market products.

Third, and most urgent, you recently expanded the footprint of your infringement by opening another physical retail store, this time at 3300 West 6th Street in the Koreatown neighborhood of Los Angeles, from which you continue to sell unauthorized Amorepacific products. Below is a photo of your new storefront, in which you are featuring unauthorized Amorepacific Sulwhasoo products. As you know from our prior exchanges, your sales of these unauthorized products are extremely damaging to Amorepacific and its authorized sellers/licensees since you are undermining and diverting Amorepacific's approved U.S. distribution chain.

**Exhibit I**
**Page 270**


NEAL GERBER EISENBERG

Tae Woong Kim
Sunshine Mall, Inc.
September 27, 2023
Page 3



As we have explained before, your sale of these products constitutes federal trademark infringement and unfair competition, as well as deceptive trade practices, unfair competition, and tortious interference with Amorepacific's contracts with its authorized distributors in violation of applicable state laws.  Moreover, your unauthorized uses of Amorepacific's marketing materials violate Amorepacific's copyrights and also add to the trademark infringement and unfair competition you are committing when you use them to falsely suggest that you and your products are affiliated with or authorized by Amorepacific.  You also have breached the 2020 Agreement. These illegal activities expose you to legal liability and entitle Amorepacific to injunctive and monetary relief.  Moreover, you have been on notice of Amorepacific's rights and available claims against your unauthorized sales for years, and you have repeatedly recognized the impropriety of your actions, including by signing the 2020 Agreement and acknowledging on multiple occasions that you would not sell Amorepacific products.  Thus, your continued sales of these unauthorized products and infringement of Amorepacific's marketing materials amounts to willful infringement, meaning a court may order you to pay enhanced damages and Amorepacific's attorneys' fees.

**Exhibit I
Page 271**



NEAL GERBER EISENBERG

Tae Woong Kim
Sunshine Mall, Inc.
September 27, 2023
Page 4

We renew all of the demands from our initial March 30, 2020 letter, to which you already agreed.  In particular, we insist – again – that you:

1. Immediately cease any and all current and planned use, sales, advertising, and other promotion of foreign versions of Amorepacific products in the United States or to consumers in the United States.  This prohibition applies to at least the following Amorepacific brands: SULWHASOO, HERA, LANEIGE, MAMONDE, INNISFREE, ESPOIR, ETUDE, ARITAUM, HANYUL, HAPPY BATH, IOPE, MISE EN SCENE, RYO, and PRIMERA.  Without limitation, this includes (a) stopping all sales of Amorepacific products through your physical locations; (b) not relisting or offering any such products for sale through any website; and (c) not promoting any of these products in any manner (social media, email, text message, mailers, Korean-language newspapers, or any other media); and

2. Immediately stop using and destroy all Amorepacific marketing materials that may be in your possession.

**And, as noted above, in light of the upcoming Korean Thanksgiving holiday this week, we specifically demand that you remove all Amorepacific products from your retail store shelves by no later than <u>10:00 a.m. PT tomorrow, Thursday, September 28</u>.  Amorepacific representatives will be monitoring activities at your stores, and we have been instructed to file an infringement lawsuit against you in federal court if you fail to comply with this urgent requirement.  Time is of the essence.**

Of course, you must not resume any of these prohibited, unauthorized, and illegal activities in the future.  Doing so will expose you to yet additional liability.

We require your immediate response: Please confirm your restated agreement to all of the terms set out above and all of the terms in our March 30, 2020 letter by completing the signature blocks at the end of this letter and returning it to us immediately.  Although Amorepacific still prefers an amicable resolution of this matter, in the absence of a prompt and acceptable response, we will be forced to escalate this matter by enforcing our client's rights in court.

**Exhibit I**
**Page 272**

 **NEAL GERBER EISENBERG**

Tae Woong Kim
Sunshine Mall, Inc.
September 27, 2023
Page 5


       Amorepacific reserves all rights and remedies, including its right to file suit against you without further notice.

Very truly yours,

Ian J. Block

IJB



**UNDERSTOOD AND AGREED:**


**Sunshine Mall, Inc.** | **Tae Woong Kim**
   **d/b/a Sunshine Mall Korea Beauty** |
   **d/b/a SM Korea Beauty** |

Signature: _____

Name: _____

Title: _____

Date: _____

Signature: _____

Date: _____

**Exhibit I**
**Page 273**