UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOREPACIFIC CORPORATION AND AMOREPACIFIC US, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE MALL D/B/A SM KOREA BEAUTY AND TAE WOONG KIM,<br><br>Defendants. | CASE NO. 2:23-cv-08749-RGK-BFM<br><br>Honorable Brianna Fuller Mircheff<br><br>Honorable R. Gary Klausner<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: April 8, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

Mitchell Silberberg & Knupp LLP

**STIPULATED PROTECTIVE ORDER**